# EXHIBIT B

PROGRESSIVE
PO BOX 94739
CLEVELAND, OH 44101



Named insured
Rasier, LLC
Rasier-CA, LLC
Rasier-DC, LLC
Rasier-PA, LLC
Rasier-MT, LLC
Hinter-NM, LLC
1515 3rd Street
San Francisco, CA 94158

Policy Number: 06250110
Underwritten by:
Progressive Express Insurance Company
Date of mailing: February 22, 2022
Policy Period: Mar 01, 2022 - Mar 01, 2023
Page 1 of 3

# Commercial Auto Insurance Coverage Summary

## This is your Declarations Page

Your coverage began on March 01, 2022 at 12:01 a.m. Pacific Time. This policy period ends on March 01, 2023 at 12:01 a.m. Pacific Time.

Premium payment information:

Initial premium due and payable at inception of policy period: ▓▓▓▓▓▓▓▓

Estimated total premium: ▓▓▓▓▓▓▓▓

The estimated total premium is subject to change based on the monthly reports you provide to us. A separate invoice will issue to you each month with the amount of premium due and payable.

Your insurance policy and any policy endorsements contain a full explanation of your coverage. The policy contract is form Z901 FL (07/21). The contract is modified by A261TNC P23 FL (12/21), Z903TNC (05/17), Z904 (05/17), Z904PN (01/18), Z907 (05/17), 4757TNC P23 FL (12/21), and 8610TNC (05/17).

The named insured organization type is a Limited Liability Corporation.

## Outline of coverage

| Description | Limits | Deductible |
|---|---|---|
| **Liability To Others** | | |
|     Bodily Injury and Property Damage Liability | $1,000,000 combined single limit | |
| Comprehensive | Actual Cash Value | $2,500* |
| Collision | Actual Cash Value | $2,500* |

*$1,000 deductible will apply only if the insured auto was rented or leased from a vendor recognized and authorized by the named insured for specific TNC use.

| | | |
|---|---|---|
| Uninsured Motorist Non-Stacked | Rejected | |

Form 6489TNC FL (01/18)

| | | |
|---|---|---|
| Underinsured Motorist Non-Stacked | | Rejected |
| Medical Payments | | $5,000 each person |

## Additional Insured information

| | | |
|---|---|---|
| 1. | Additional Insured | Uber Technologies, Inc. and its subsidiaries<br>1515 3rd Street<br>San Francisco, CA 94158 |
| 2. | Additional Insured | Hillsborough County Aviation Authority, members of the Authority's governing body, and the Authority's officers, volunteers and employees<br>Attn: Chief Executive Officer<br>Tampa International Airport<br>P.O. Box 22287<br>Tampa, FL 33622 |
| 3. | Additional Insured | Sarasota Manatee Airport Authority<br>6000 Airport Circle<br>Sarasota, FL 34243 |
| 4. | Additional Insured | Gainesville-Alachua County Regional Airport Authority and City of Gainesville<br>3880 NE 39th Ave., Suite A<br>Gainesville, FL 32609 |
| 5. | Additional Insured | Sanford Airport Authority<br>1200 Red Cleveland Blvd.<br>Sanford, FL  32773 |
| 6. | Additional Insured | City of Orlando and Greater Orlando Aviation Authority<br>Annex Building<br>5855 Cargo Road<br>Orlando, FL 32827-4349 |
| 7. | Additional Insured | Monroe County BOCC<br>Insurance Compliance<br>PO Box 100085 - FX<br>Duluth, GA 30096 |
| 8. | Additional Insured | Jacksonville Aviation Authority<br>14201 Pecan Park Rd.<br>Jacksonville, FL 32218 |
| 9. | Additional Insured | Tallahassee International Airport and the City of Tallahassee<br>City Hall<br>300 South Adams Street<br>Tallahassee, FL 32301 |
| 10. | Additional Insured - Primary and Non-Contributory | City of Pensacola Risk Management<br>PO Box 12910<br>Pensacola, FL 32521 |

| | | | |
|---|---|---|---|
| 11. | Additional Insured - Primary and Non-Contributory | | Panama City - Bay County Airport and Industrial District<br>Northwest Florida Beaches International Airport<br>6300 West Bay Parkway, Box A<br>Panama City, FL 32401 |
| 12. | Additional Insured - Primary and Non-Contributory | | Destin-Fort Walton Beach Airport<br>1701 FL-85<br>Eglin AFB, FL 32542 |
| 13. | Additional Insured - Primary and Non-Contributory | | St. Pete-Clearwater International Airport and Pinellas County Board of County Commissioners<br>14700 Terminal Blvd., Suite 221<br>Clearwater, FL 33762 |

## Waiver of Subrogation information

| | | |
|---|---|---|
| 1. | Waiver of Subrogation | City of Pensacola Risk Management<br>PO Box 12910<br>Pensacola, FL 32521 |
| 2. | Wavier of Subrogation | Palm Beach County<br>c/o Steve Schlamp<br>Department of Airports<br>846 Palm Beach International Airport<br>West Palm Beach, FL 33406 |
| 3. | Wavier of Subrogation | Hillsborough County Aviation Authority, members of the Authority's governing body, and the Authority's officers, volunteers and employees<br>Attn:  Chief Executive Officer<br>Tampa International Airport<br>PO Box 22287<br>Tampa, FL 33622 |
| 4. | Waiver of Subrogation | St. Pete-Clearwater International Airport and Pinellas County Board of County Commissioners<br>14700 Terminal Blvd., Suite 221<br>Clearwater, FL 33762 |

## Agent signature

*[signature: Mark Pauch]*

## Company officers

*[signature: Patricia M. Corwin]*

Secretary