# EXHIBIT A

Page 1

1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA

2                    CASE NO.:  0:22-CV-61795-KMM-LFL

3

4        KARINA MONASTERIO,

5                         Plaintiff,

6        vs.

7        UBER TECHNOLOGIES, INC., A
         FOREIGN CORPORATION FOR PROFIT;

8        RASIER (DC), LLC, A FOREIGN
         CORPORATION FOR PROFIT; AND

9        PROGRESSIVE EXPRESS INSURANCE
         COMPANY, A FOREIGN CORPORATION

10       FOR PROFIT,

11

                              Defendants.

12       _____/

13

                         REMOTE DEPOSITION

14                              OF

15                       KARINA MONASTERIO

16

17           TAKEN THROUGH A SPANISH INTERPRETER

18

                    Tuesday, March 7th, 2023

19                  10:26 a.m. - 6:11 p.m.

20            Location:  Coral Gables, Florida

21                 Via Zoom Remote Platform

22

23           Stenographically Reported Via Zoom By:
                  MaryKay Horvath, RMR, CRR, FPR

24                 Certified Realtime Reporter

25       Job No.: 5789818

Page 2

```
 1      APPEARANCES: (all appearing via Zoom)
 2
 3      On behalf of Plaintiff:
 4           ROBERTS & BASNUEVO, P.A.
             113 Almeria Avenue
 5           Coral Gables, Florida 33134
             (305)442-1700
 6           BY:  JAVIER A. BASNUEVO, ESQ.
             basnuevo@robertspa.com
 7
 8      On behalf of Defendant Progressive Express Insurance
        Company:
 9
             MORGAN & AKINS, PLLC
10           501 East Las Olas Boulevard
             Suite 300
11           Fort Lauderdale, Florida 33301
             (773)209-5463
12           BY:  PATRICK K. DAHL, ESQ.
             pdahl@morganakins.com
13
14
15      On behalf of Defendant Uber Technologies and Rasier,
        LLC:
16
             ROIG LAWYERS
17           1255 South Military Trail
             Suite 100
18           Deerfield Beach, Florida 33442
             (954)462-0330
19           BY:  VERESA JONES ADAMS, ESQ.
             vadams@roiglawyers.com
20
21
        ALSO PRESENT:
22      Carlos Rivera Navas, Interpreter
23      Nohemy Kattan, Interpreter
24      Lina Arcila, Interpreter in training
25
```

Page 3

1                        I N D E X
2
3     Proceedings                              Page
4     KARINA MONASTERIO                          5
5     Direct              By Mr. Dahl:           5
      Cross               By Ms. Adams:        143
6     Cross               By Mr. Basnuevo:     148
      Redirect            By Mr. Dahl:         156
7     Certificate of Oath                      170
      Certificate of Oath (Interpreter)        171
8     Certificate of Reporter                  172
      Errata Sheet                             173
9
10                 PLAINTIFF EXHIBITS
      No.                                       Page
11
      Exhibit 1 Plaintiff's Answers to Interrogatories  12
12
      Exhibit 2 2020 Tax Return                    79
13
      Exhibit 3 2019 Tax Return                    79
14
      Exhibit 4 2018 Tax Return                    79
15
      Exhibit 5 2017 Tax Return                    79
16
      Exhibit 6 Platform Access Agreement updated as  82
17              of January 01, 2022, marked
                Confidential
18
      Exhibit 7 Complaint and Demand for Jury Trial  90
19
20
21          (Stenographer's Note:  Exhibits sent to
      stenographer electronically.  A digital exhibit
22    sticker was placed on the documents which were
      marked during the proceeding and attached
23    hereto.)
24
25

Page 4

1      The following proceedings began at 10:26 a.m.:

2              THE STENOGRAPHER:  Please raise your right

3          hand.

4              Do you swear or affirm that you will

5          interpret English into Spanish and Spanish into

6          English to the best of your ability?

7              THE INTERPRETER:  I do, Carlos Rivera,

8          Certified Spanish Interpreter.

9      Thereupon:

10                   CARLOS RIVERA NAVAS

11     was sworn to truly and correctly interpret English

12     into Spanish and Spanish into English:

13             THE STENOGRAPHER:  Please have the

14         deponent raise their right hand.

15             Do you swear or affirm that the testimony

16         you are about to give is true and accurate to

17         the best of your ability?

18             THE WITNESS (through Interpreter):  Yes, I

19         swear.

20             THE STENOGRAPHER:  Thank you.

21

22

23

24

25

```
 1    Thereupon:
 2                    KARINA MONASTERIO
 3    having been first duly sworn, was examined and
 4    testified as follows:
 5
 6                    DIRECT EXAMINATION
 7    BY MR. DAHL:
 8         Q.    Good morning.
 9         A.    Good morning.
10         Q.    My name is Patrick Dahl, and I'll be
11    taking your deposition this morning.
12         A.    Okay.
13         Q.    My first question I hope will be my
14    easiest:  Have you ever given a deposition before?
15         A.    No.
16         Q.    Since this is your first time, I'd like to
17    go through some ground rules so this can go smoothly
18    and efficiently.
19              The first ground rule is because we have
20    an interpreter translating everything from English
21    to Spanish and back, please make sure to let me
22    finish my question and the interpreter translating
23    it before you answer.
24         A.    Okay.
25         Q.    The second rule is if you do not
```

1    understand a question, please let me know.

2         A.   Okay.

3         Q.   If you answer a question, I'm going to

4    assume that you understood it.  Is that fair?

5         A.   Okay.

6         Q.   Continuing on, it's very important,

7    because of the way that we are doing this through an

8    interpreter, with everybody remotely, that your

9    responses are out loud and in words as opposed to a

10   nod of your head or a shrug of your shoulders.

11        A.   Okay.

12        Q.   So if throughout this deposition I say "is

13   that a yes," "is that a no," I'm not trying to be

14   unnecessarily repetitive, I just want to make sure

15   we get a good written record.

16        A.   Okay.

17        Q.   If at any time during this deposition you

18   need to take a break, please let me know.

19        A.   Okay.

20        Q.   The one thing I would ask, however, is

21   that if there's a question pending, please answer

22   the question, and then we'll go on and take a break.

23        A.   Okay.

24        Q.   Throughout the -- we're going to be

25   talking about many things today.  I'm going to, to

Page 7

```
 1    the best of my ability, try to give you an idea of

 2    the general topic areas so we're not getting

 3    confused.  And so for the first example, I want to

 4    talk about what you did to prepare for your

 5    deposition today.

 6              What, if anything, did you do to prepare

 7    for your deposition today?

 8              MR. BASNUEVO:  I'm just going to give the

 9         witness an instruction not to disclose any

10         conversations she had with her counsel.

11         A.   I spoke to the attorney.

12    BY MR. DAHL:

13         Q.   Besides speaking with your attorney, did

14    you speak with anyone else in preparation for your

15    deposition?

16         A.   No.

17         Q.   When did you have your -- and -- strike

18    that.

19              When did this conversation with your

20    attorney occur?

21         A.   On Friday.

22         Q.   And how long did that conversation last?

23         A.   I don't recall exactly.

24         Q.   I understand that you don't recall the

25    exact time, but I do think I'm entitled to your best
```

1    estimate.  Was it more or less than an hour?

2            THE INTERPRETER:  May the interpreter have

3        clarification on the amount of time that

4        counsel gave?  Apologies.

5            MR. DAHL:  One hour.

6        A.   Like an hour.

7    BY MR. DAHL:

8        Q.   During that conversation, was there anyone

9    else present besides you and your attorney?

10       A.   No.

11       Q.   Have you, in preparation for your

12   deposition, reviewed any documents?

13       A.   No.

14       Q.   Have you, in preparation for your

15   deposition, gone back through any of the websites or

16   applications that were accessed in reference and in

17   connection with this case?

18       A.   No.

19       Q.   Where are you currently for purposes of

20   giving this deposition?

21       A.   At the attorney's office.

22       Q.   Is the attorney in the same room with you?

23       A.   Yes.

24       Q.   Is there anyone else present in the room

25   with you and the attorney?

Page 9

1     A.   No.

2          MR. BASNUEVO:  Here's a 360 view, Pat.

3          MR. DAHL:  Very fancy office,

4     Mr. Basnuevo.

5          MR. BASNUEVO:  Thanks.  It's my one chance

6     to show it off, you know?

7          MR. DAHL:  You have many leather-bound

8     books and your office smells of rich mahogany.

9          MR. BASNUEVO:  60 percent of the time it

10    works 100 percent of the time.

11    BY MR. DAHL:

12    Q.   Okay.  Back.  Ms. Monasterio, I'm going to

13    change gears now from kind of the preparation for

14    the deposition to kind of talking about your

15    background.

16         What is your current address?

17         THE INTERPRETER:  The interpreter needs a

18         clarification as there was a glitch and the

19         interpreter wasn't able to make out some of it.

20    A.   6135 Pierce Street, Hollywood, Florida

21    33024.

22    BY MR. DAHL:

23    Q.   And do you live at that address with

24    anyone?

25    A.   Yes.

Page 10

```
1          Q.   Who do you live at that address with?

2          A.   With my daughter.

3          Q.   What is your daughter's name?

4          A.   Angelica Rivero -- Angelica Rivero

5     Monasterio.

6          Q.   And how old is Angelica?

7          A.   Fourteen.

8          Q.   Since May of 2022, has anyone else lived

9     with you?

10         A.   No.

11         Q.   Are you currently married?

12         A.   Yes.

13         Q.   Who are you married to?

14         A.   With Wilfredo Colon.

15         Q.   Where is -- where does Mr. Colon live?

16         A.   Orlando.

17         Q.   Are you and Mr. Colon in the process of

18    separating or divorcing?

19         A.   No.

20         Q.   Where does Mr. Colon live separate from

21    you in Orlando with you -- separate from

22    you -- strike that.

23              Why does Mr. Colon live separate from you

24    and your daughter in Hollywood?

25         A.   Because we're separated.
```

```
                                                   Page 11

 1          Q.   How long have you and your husband been
 2     separated?
 3          A.   Like, over -- over a year.
 4          Q.   Had you and your husband already separated
 5     when your May 2022 accident occurred?
 6          A.   Yes.
 7          Q.   Is your marriage to Mr. Colon your first
 8     marriage?
 9          A.   No.
10          Q.   Is Mr. Colon Angelica's father?
11          A.   No.
12          Q.   Who is Angelica's father?
13          A.   Darwin Rivero.
14          Q.   Were you ever married to Darwin Rivero?
15          A.   No.
16          Q.   How many times have you been married prior
17     to marrying Mr. Colon?
18          A.   Can you repeat the question, please?
19          Q.   How many times have you been married
20     before marrying Mr. Colon?
21          A.   Once.
22          Q.   Who were you married to previously?
23          A.   With Romer Ipolito.
24          Q.   Where were you and Mr. Ipolito married?
25          A.   San Antonio, Texas.
```

Page 12

1          Q.   And where were you and -- how did your

2     marriage with Mr. Ipolito end?

3          A.   We got divorced.

4          Q.   Where were the proceedings for that

5     divorce?  Were they in Texas or in Florida?

6          A.   In Texas.

7          Q.   Were those divorce proceedings also in the

8     San Antonio, Texas area?

9          A.   Yes.

10         Q.   Is your date of birth September 6th, 1988?

11              THE INTERPRETER:  Counsel, the interpreter

12         may have repetition on the question?

13    BY MR. DAHL:

14         Q.   Is your date of birth September 6th, 1988?

15         A.   Yes.

16         Q.   From the information --

17              MR. DAHL:  I'm going to mark -- this can

18         be -- I'm going to mark on my screen what we're

19         going to have Plaintiff's Exhibit No. 1.  These

20         are plaintiff's answers to interrogatories.

21              (Marked for identification as Plaintiff

22         Exhibit 1.)

23    BY MR. DAHL:

24         Q.   It is 11 pages, and it has what appears to

25    be your signature on the 11th page.

Page 13

1        A.   Yes.

2        Q.   My first question for you regarding

3    Exhibit No. 1:  Is that your signature on page 11?

4        A.   Yes, it is mine.

5        Q.   All of these questions that you are

6    certifying are written and answered in English,

7    correct?

8        A.   Yes.

9        Q.   When you answered these questions, were

10   you answering -- were the questions translated for

11   you, or were you able to read them in English and

12   answer them in English?

13       A.   The attorney helped me with all of that.

14       Q.   I understand.  And I don't want to get

15   specifically into what your attorney -- information

16   was provided or not.  My concern and question just

17   is only the mechanics of how it went from -- whether

18   or not you answered it in English or you answered

19   the questions in Spanish.

20       A.   The attorney wrote it down in English, and

21   he told me everything in Spanish.

22       Q.   And that kind of goes to the question that

23   I'm getting at, is this:  We have an interpreter

24   here because -- to make you comfortable in your

25   native tongue.  But I want to get an idea concerning

Page 14

1    your comfort level with English.

2           A.    I don't speak English.

3           Q.    All right.  Do you read English?

4           A.    Little.  A little.

5           Q.    When you say a little, how would you

6    personally characterize your level of -- your

7    ability to read English?

8           A.    I try to relate the words to each other,

9    one to the other.

10          Q.    If you have, for example -- or let me ask

11   you this question:  With respect to the house -- or

12   with respect to your home in Hollywood, is that a

13   house or an apartment?

14          A.    It's a house.

15          Q.    Did you rent it or did you buy it?

16          A.    I bought it.

17          Q.    When you bought it, you had to sign all

18   the legal documents when you went through to

19   purchase the house, correct?

20          A.    Yes.

21          Q.    Were you able to read all those

22   documents -- or strike that.

23                Were all those documents in English when

24   you bought the house?

25          A.    The realtor and the lender also were

```
1    helping.  They helped me out.  They were helping me
2    with that.
3         Q.   But my question is:  Were all those
4    documents -- regardless of who was helping you, were
5    all those documents in English or in Spanish?
6         A.   They were in English.
7         Q.   Were you able to read all of those
8    documents that you had to sign in connection with
9    buying your house, and understand them, or did you
10   rely upon the real estate agent and the broker?
11        A.   They translated it for me.
12        Q.   Do you require assistance with people
13   translating documents like that so you can
14   understand them from English to Spanish?
15        A.   Basically, yes.
16        Q.   Switching gears somewhat, this house that
17   you were in -- we'll talk about some other things
18   some more later -- but with respect to this house,
19   how long have you lived there?
20        A.   I moved in -- I moved in in January of
21   2022, which is when I bought it.
22        Q.   And prior to that -- or strike that.  Let
23   me ask you this question.
24             Were you still with your husband when you
25   bought the house?
```

```
 1        A.    We were separated, but we were in -- we
 2    were in the process.
 3        Q.    Understood.
 4              Prior to living in the current house, from
 5    the records I have, it appears that the entirety of
 6    your time living in the United States was all in
 7    Texas; is that correct?
 8        A.    Yes.
 9        Q.    And it looks like you moved to Florida in
10    2022; is that correct?
11        A.    Yes.
12        Q.    Why did you move from Texas to Florida in
13    2022?
14        A.    Well, because I wanted a change from the
15    state, I wanted to move.  I don't have family in
16    Texas, and so I wanted a change.  I don't have any
17    family here either, but I have friends and
18    acquaintances, something I didn't have in Texas.
19        Q.    And it shows from the answers to
20    interrogatories that I have that you were living in
21    Texas from February 5th, 2016, through August 13th,
22    2020 -- or strike that.
23              The first date that I have, and I'll show
24    you Exhibit No. 1, of you living in Texas appears to
25    be February 5, 2016.  Have I represented that
```

Page 17

1    accurately?

2         A.   February 5th?

3         Q.   Six, sorry.  It's up on the screen.

4         A.   I'm sorry, what?  Oh, 20 -- I arrived

5    to -- I'm sorry, could you repeat the question,

6    please?  I don't think I'm hearing it right.

7         Q.   Certainly.

8              The interrogatories that I have suggest

9    that you lived in Texas beginning on February 5th,

10   2016.

11        A.   I started living in -- it says February.

12   I started living in Texas -- when I moved to the

13   United States, I went to Texas.  That's where I went

14   to live first, when I went to the United States.

15        Q.   So let's ask it this way:  When did you

16   move to the United States?

17        A.   I arrived on January 20th of 2016.

18        Q.   And where did you arrive from?

19        A.   From Venezuela.

20        Q.   What is your current residency status in

21   the United States?

22        A.   I have the TPS, as well as asylum.  So a

23   TPS.

24        Q.   If I'm doing -- even though I said there'd

25   be no math, I'm doing the math now.  You immigrated

```
 1     to the United States from Venezuela when you were 27

 2     years old?

 3          A.   Yes, I was -- yes, I was 27 years old.

 4          Q.   I'm just trying to put timing things

 5     together.  Was Angelica born in the United States or

 6     was she born in Venezuela?

 7          A.   In Venezuela.

 8          Q.   What is your highest level of education?

 9          A.   I started to be a flight attendant.

10          Q.   Was that starting to be a flight attendant

11     in Venezuela or once you came to the United States?

12          A.   In Venezuela.

13          Q.   Aside from your training to become a

14     flight attendant in Venezuela, do you have any

15     formal -- what is your highest level of formal

16     education, for example, high school, university,

17     things like that?

18          A.   I studied accounting at the University

19     of Venezuela in Carabobo.  I started -- I studied

20     accounting at UC, the University of Carabobo, in

21     Venezuela.

22          Q.   Did you graduate?

23          A.   No.

24          Q.   How many years did you spend studying

25     accounting at U of C?
```

```
 1        A.   Like four and a half years.  I almost
 2    finished my career -- my education there, my degree,
 3    but I didn't.
 4        Q.   Why didn't you finish your degree?
 5        A.   Because there were a lot of strikes and
 6    disturbances, political strikes in Venezuela, and
 7    those always delayed the education.
 8        Q.   Putting aside formal education, do you
 9    have any formal additional continuing education
10    since you immigrated to the United States?
11        A.   No.
12        Q.   You currently have a Texas driver's
13    license, correct?
14        A.   Yes.
15        Q.   Do you have any other professional
16    licenses issued by any other governments?
17        A.   No.
18        Q.   Do you have any training in any area of
19    medicine such as nursing, doctor, EMT, anything like
20    that?
21        A.   No.
22        Q.   You're not a licensed insurance adjuster
23    by any chance, are you?
24        A.   No.
25        Q.   Have you ever been a party to -- you were
```

Page 20

1    a party to at least one legal proceeding previously,

2    that would be at a minimum your divorce proceeding

3    in Texas, correct?

4         A.   A divorce.

5         Q.   Aside from your divorce, have you ever

6    been involved in any other court or judicial

7    proceedings, whether it be in the United States, in

8    Texas or Florida, or in Venezuela?

9         A.   No.

10        Q.   Okay.  I'm going to show you what was

11   previously marked as Exhibit No. 2 [sic].  And

12   specifically, interrogatory No. 22 asks the

13   following:  Please state if you have ever been a

14   party, either a plaintiff or a defendant in a

15   lawsuit, other than the present matter, and if so,

16   state whether you were plaintiff or defendant.

17             MR. DAHL:  You know what?  It's easier for

18        me to do this.  Let me strike that question and

19        I'll do it the easy way.

20             With the parties' stipulations, can I just

21        have the interpreter read and interpret No. 22

22        for the witness rather than me do it and have

23        to try to hope I get it right for the

24        interpreter?

25             MR. BASNUEVO:  Sure.  But is there a

1          question?  Are you asking her, you know, is

2          this correct?  I think --

3                  MR. DAHL:  I'm going to go through it.

4          Because she identified the Israel thing and she

5          didn't identify it there in her answer, and I

6          want to make sure that she understood the

7          question and is answering them.

8                  MR. BASNUEVO:  That's fine.

9                  MS. ADAMS:  No objection.

10                 MR. DAHL:  So, Mr. Interpreter, can you

11         just -- the question is for you to read 22 and

12         then ask her have I read that accurate -- do

13         you understand that question.  That's all I

14         want to know.

15                 THE INTERPRETER:  Okay.

16         A.    I haven't been, no.

17    BY MR. DAHL:

18         Q.    You haven't been.

19               Then, ma'am, if you haven't been, why, in

20    your answer to 22, did you say:  Yes, Karina

21    Monasterio versus Michael Israel, case

22    No. CACE22-009088 filed in July 2022 in circuit

23    court for Broward County, Florida?

24         A.    Yes, yes.  Yes, I'm sorry.  Yes.  That is

25    true.  Yes.  Yes.  But that was last year.  I'm

1  sorry.  Yes.  I didn't understand.

2      Q.   Okay.  Now that you actually understand,

3  aside from your divorce, which wasn't identified in

4  the answers to interrogatories, and the lawsuit that

5  you filed less than a year ago that you forgot about

6  in the intervening minutes, are there any other

7  judicial proceedings you've been involved in, in

8  your life?

9          MR. BASNUEVO:  Objection and move to

10         strike counsel's colloquy.

11         MR. DAHL:  That's fine.  I'd move to

12         strike the nonanswer earlier.  But we got to

13         both move on.

14     A.   The Uber driver.  But I don't know if that

15  is -- counts as a lawsuit.  I don't know because

16  they -- you know, they sent it to my house.  But,

17  you know, that issue is something -- I mean, it's in

18  the past.  And so I don't know if that arises to

19  that.  I don't know if that's what that means.

20  BY MR. DAHL:

21     Q.   In connection with -- for example, have

22  you ever -- have you ever sued aside from the

23  Uber -- aside from the driver?

24     A.   No.

25     Q.   Have you ever been sued by anyone?

Page 23

```
 1        A.   No.
 2        Q.   Have you ever been involved in any
 3   bankruptcy proceedings?
 4        A.   No.
 5        Q.   Have you ever been involved in any
 6   eviction or foreclosure proceeding?
 7        A.   No.
 8        Q.   Just continuing by way of just background,
 9   do you currently own a car?
10        A.   Yes.
11        Q.   What type of car do you own?
12        A.   It's an Equinox.  An Equinox.
13        Q.   How long have you owned that car?
14        A.   Less than a year.
15             MR. BASNUEVO:  I'm sorry, Mr. Interpreter.
16        I object to the interpretation of that.  That's
17        not accurate.
18             THE INTERPRETER:  Of which -- if the
19        interpreter may have a repetition on the
20        question or on the answer.
21        A.   I have a car.  I have an Equinox.
22   BY MR. DAHL:
23        Q.   How long have you had the Equinox?
24        A.   Less than a month.
25             MR. BASNUEVO:  Right.  That was my
```

Page 24

```
 1          objection.  I think you said --
 2               THE INTERPRETER:  The interpreter stands
 3          corrected.  The interpreter stands corrected.
 4               MR. DAHL:  Don't worry.  Between
 5          everybody, if we're trying to fix it to get if
 6          right, we're all fine about it.  I didn't think
 7          Javier was going --
 8               MR. BASNUEVO:  No, and I just want to say,
 9          Mr. Interpreter, you've been doing an excellent
10          job.  Excellent job.
11               MR. DAHL:  Nobody cares about your
12          opinion, Mr. Basnuevo.  And if you think
13          that -- yes, that's intentionally
14          tongue-in-cheek.
15     BY MR. DAHL:
16          Q.  When you say you've owned the Equinox for
17     less than a year --
18               MR. BASNUEVO:  Month.
19               MR. DAHL:  Now I'm doing it.  Less than a
20          month.
21               Drag it out, shoot it like Old Yeller, and
22          let's start over.
23     BY MR. DAHL:
24          Q.  When you say you've owned the Equinox for
25     less than a month, where did you purchase the
```

Page 25

1    Equinox from?

2         A.   I bought it from some friends who own a

3    dealership.

4         Q.   Did you have to make any modifications or

5    adjustments to the Equinox in order to operate it?

6         A.   No, not yet.  They haven't even delivered

7    it yet.

8         Q.   Are you having them make any changes or

9    modifications to the vehicle?

10        A.   They're painting it currently.

11        Q.   Aside from painting it, are you having any

12   other modifications, changes, or alterations made to

13   the Chevy Equinox that you purchased less than a

14   month ago?

15        A.   I haven't done anything to it yet.

16        Q.   When you say yet, are you planning on

17   doing anything to it?

18        A.   I want to have it first in order to then

19   get my -- the license for people with -- that have a

20   handicap.  That have handicap.

21        Q.   You purchased the car; when you purchased

22   it, did you take it for a test drive?

23        A.   No, I can't.

24        Q.   Did you buy this car new or used?

25        A.   Used.

Page 26

```
 1              THE STENOGRAPHER:  I think we lost
 2        Ms. Adams.
 3              MR. DAHL:  Is it really a loss?
 4              THE STENOGRAPHER:  There she is.
 5              MR. BASNUEVO:  It is a huge loss to the
 6        community.
 7              MS. ADAMS:  Okay.  I'm back.
 8              MR. DAHL:  So you know what you missed,
 9        they observed that you were lost and I
10        admittedly questioned whether or not that was a
11        loss.  I am bold enough to say it both to your
12        face and potentially on the record.
13              MS. ADAMS:  And I'm glad that the nicer
14        entities recognized that it would be a loss.
15        Thank you, Javier.  I'm going to disregard Pat.
16        I caught that as I was coming back.
17              MR. DAHL:  Fair enough.
18              Ms. Court Reporter and Interpreter, can we
19        please repeat the last question and answer that
20        I think Ms. Jones Adams missed?
21              (Requested portion read back.)
22        BY MR. DAHL:
23        Q.   And with respect to this purchase, what
24        was the name of the dealer that you purchased this
25        car from?
```

Page 27

```
 1        A.   I don't know.  I have to look for it.
 2   Again, it's -- it's a friend's dealership, so it
 3   belongs to some friends.  I'm not -- I don't know
 4   the name.
 5        Q.   What's the name of your friends whose
 6   dealership it is?
 7        A.   Flavio Guyagos.
 8        Q.   From the time of your May accident up
 9   until your purchase a month ago, did you own a car?
10        A.   Yes.
11        Q.   What type of car did you own?
12        A.   Before the accident?  I'm sorry.  Can you
13   repeat the question, please?  I'm sorry.
14        Q.   Certainly.  Let's just ask it:  Before the
15   accident, did you own a car?
16        A.   Yes.
17        Q.   What type of car did you own right before
18   the accident?
19        A.   A Honda Acura Sport.
20             MR. BASNUEVO:  No, I'm sorry.
21   Mr. Interpreter, clarification.  Accord, not
22   Acura.
23        A.   A Honda Accord Sport.
24   BY MR. DAHL:
25        Q.   Okay.  Did you have insurance on your
```

Page 28

1    Honda Accord Sport?

2         A.   Yes.

3         Q.   Is that the same insurance that you got --

4    that you had placed on the Chevy Equinox?

5         A.   I haven't insured the Equinox yet.

6         Q.   But my understanding, when you have to buy

7    a car -- in order to buy a car, you have to give

8    them proof of insurance.  Do you understand that?

9         A.   I bought it from the dealership, but they

10   have to paint it first and get it ready to be able

11   to deliver it to me, to be able to pass it and

12   transfer it over to me from the dealership in order

13   to be able to get it registered and tags and all of

14   that process, to get it in my name.  That process

15   still hasn't taken place.

16        Q.   Now I understand.

17             Now, with respect to the insurance that

18   you had on the Honda Accord, what insurance company

19   insured your Honda Accord?

20        A.   Oh, let's see.  I have to look at the

21   insurance here on my -- on my phone here.

22             MR. BASNUEVO:  No, no, no.

23        A.   I don't remember the name of the company.

24   I have it here on my phone, but -- but I have it --

25   but I have it here.  I don't -- but I have it here.

Page 29

```
 1      I have to look it up.

 2              MR. DAHL:  Why don't we do this --

 3              MR. BASNUEVO:  On the next break, I'll

 4          have to look it up.  I just don't want her

 5          looking through the phone.

 6              MR. DAHL:  Thank you, Javier.  I

 7          appreciate it.  Why don't we take a break right

 8          now.  Go off for ten minutes.  She can look.

 9          We can use the bathroom.

10              I don't like going much more than an hour

11          without taking a break.  I think that's cruel

12          and unusual punishment.  We've been going about

13          an hour.

14              MR. BASNUEVO:  I appreciate it.

15              THE STENOGRAPHER:  Okay.  Back at, like,

16          11:32?

17              MR. DAHL:  Yep.

18              MS. ADAMS:  Perfect, thanks.

19              (Off the record from 11:22 a.m. to 11:38

20          a.m.)

21      BY MR. DAHL:

22          Q.   All right.  Ms. Monasterio, before we

23      broke, you were going to go look and identify who

24      your insurance carrier was for your Honda Accord.

25              Were you able to do that during the break?
```

Page 30

1      A.   Yes.

2      Q.   What was the name of your insurance

3   carrier for your Honda Accord?

4      A.    Infinity.

5      Q.   What type of insurance did you have

6   through Infinity for your Honda Accord?

7      A.    Full coverage.

8      Q.   When you say full coverage, what did that

9   include?

10      A.   Damage to third parties, as well as to my

11   own vehicle.

12      Q.   What was the limit of liability for damage

13   to third parties that you carried?

14      A.   No, I don't remember.

15      Q.   Did you have uninsured or underinsured

16   motorist coverage in your policy under Infinity?

17      A.   No.  No.

18      Q.   Aside from the Honda Accord, prior to the

19   Honda Accord, did you have any other vehicles since

20   you've lived in the United States?

21      A.   Yes.

22      Q.   How many other cars have you owned since

23   you've lived in the United States?

24      A.   Two.

25      Q.   Have they all been insured with Infinity?

```
 1         A.   No.
 2         Q.   When you say that you've had two, was it
 3    two prior to the Accord or two including the Accord?
 4         A.   Before.
 5         Q.   Two before.
 6              With respect -- did you carry insurance on
 7    both of those cars?
 8         A.   Yes.
 9         Q.   When you carried insurance on those cars,
10    did you ever previous -- on either of those -- for
11    those two cars, for either of them, did you ever
12    have uninsured or underinsured coverage for either
13    of those vehicles?
14         A.   I don't know, it's insurance for
15    everything.  I don't know.
16         Q.   Do you know what uninsured/underinsured
17    motorist coverage even is?
18         A.   Yes.
19         Q.   What is it?
20         A.   I'm sorry, can you repeat the question?
21         Q.   Sure.
22              What is uninsured/underinsured motorist
23    coverage?
24         A.   That's coverage for third parties, if
25    there's any, you know, damages, as well as taking
```

Page 32

1    care -- you know, covering your own vehicle.  For

2    instance, if they have any injuries, if they have to

3    go to the doctor or something.

4         Q.   That's liability coverage; you understand

5    that's different than uninsured/underinsured

6    coverage, you understand the difference, correct?

7            MR. BASNUEVO:  Object to the form of the

8        question.

9    BY MR. DAHL:

10         Q.   You can answer, ma'am.

11         A.   I don't understand, I guess.  I guess I

12    just don't understand.

13            MR. BASNUEVO:  Yeah, let me explain to her

14        what happens when I object to the form of the

15        question, just so that she knows.

16    BY MR. DAHL:

17         Q.   Can we go back to make sure there's no

18    misunderstandings?

19          As you sit here, you cannot tell me what

20    the difference is between liability coverage and

21    uninsured/underinsured motorist coverage, correct?

22            MR. BASNUEVO:  Form.

23         A.   No.

24    BY MR. DAHL:

25         Q.   Then what's the difference between

1    liability coverage -- strike that.

2          If I am incorrect and I misunderstood,

3    then, ma'am, explain for me what is the difference

4    between liability coverage and

5    uninsured/underinsured motorist coverage.

6         A.   For low-income people it's to cover their

7    costs.  It's to cover, you know, whatever costs they

8    incur.  You know, to cover their medical costs or to

9    be able to help them because of anything that they

10   suffered.  Because of an accident, to cover all

11   those things for them.

12        Q.   So according to you,

13   uninsured/underinsured motorist coverage, the

14   difference is it's only available to low-income

15   people?

16              MR. BASNUEVO:  Form.

17        A.   No.

18   BY MR. DAHL:

19        Q.   How is the insurance you just described

20   different from mandatory no-fault PIP coverage?

21              MR. BASNUEVO:  Form.

22   BY MR. DAHL:

23        Q.   You can answer.

24        A.   The insurance is to cover the person -- to

25   cover you and to cover even if the other person

1  doesn't have insurance.  The insurance is there to
2  cover to -- because it's your responsibility.  It's
3  by law that you have to have insurance.  So it's --
4  you know, that insurance is there to cover you, even
5  if the other person doesn't have insurance.
6      Q.  So according to you, the law requires you
7  to carry uninsured/underinsured motorist coverage,
8  then, ma'am, why didn't you have it on your Accord
9  like you answered several moments ago?
10          MR. BASNUEVO:  Form.
11      A.  I had full coverage.
12  BY MR. DAHL:
13      Q.  But, ma'am, I asked you specifically
14  whether or not you had -- and your understanding, I
15  specifically asked you -- trying to remember the
16  question and answer.
17          You say you had full coverage.  But as you
18  sit here today, can you tell me whether or not you
19  had uninsured/underinsured motorist coverage for
20  your Accord?
21      A.  Well, there was the -- the insurance for
22  the Uber, as well as the insurance for my vehicle.
23      Q.  I'm just talking about your policy with
24  Infinity.
25          Did you or did you not have

Page 35

```
 1    underinsured/uninsured motorist coverage on your
 2    2020 Honda Accord?
 3        A.   No.
 4        Q.   But, ma'am, I thought you said you had to
 5    have that coverage earlier.  So my question for you
 6    is:  Ma'am, if you had to have it, why didn't you
 7    get it?
 8             MR. BASNUEVO:  Form.
 9    BY MR. DAHL:
10        Q.   You can answer.
11        A.   I don't understand, I guess.
12        Q.   Okay.  Ma'am, let's switch gears.
13             When you moved to Florida -- or strike
14    that.
15             Are you currently employed?
16        A.   No.
17        Q.   When was the last time -- have you been
18    employed since you moved to Florida?
19        A.   Yes.
20        Q.   When you've been in Florida, where have
21    you worked?
22        A.   In Amazon and Uber.
23        Q.   For how long had you been working at
24    Amazon?
25        A.   Five years.
```

1          Q.   Were you working at Amazon in Texas before

2     you emigrated to Florida?

3          A.   Yes.

4               MR. BASNUEVO:   Emigrated to Florida?

5          We're not a different country, Pat.

6               MR. DAHL:   It is, we are a strange land.

7     BY MR. DAHL:

8          Q.   Now, with respect to the work you were

9     doing in Amazon, what was your job position or

10    title?

11         A.   I worked packing.   Yes.

12         Q.   Were you working packing -- was that the

13    same position you held back when you were in Texas

14    once you moved to Florida?

15         A.   Yes.

16         Q.   Were you always making $17.75 an hour

17    while you were working at Amazon?

18         A.   No.

19         Q.   When did your salary most recently change?

20         A.   I don't remember the exact date.

21         Q.   I'm going to show you what's previously

22    been marked as deposition Exhibit No. 1 just

23    because -- or strike that.

24              When's the last day you worked at Amazon?

25         A.   I worked in March, but I don't remember

1    the date.  It was March.

2         Q.   March of 2022 or March of 2023?

3         A.   Of 2022.

4         Q.   So you haven't worked --

5         A.   No, no, no, no, no, it was in -- in April.

6    It was in -- in -- it was before having the

7    accident.  I believe it was April.

8         Q.   When you were working at Amazon, did you

9    have a set schedule or shift that you would work?

10        A.   No.

11        Q.   How many days a week were you working at

12   Amazon?

13        A.   It varied.

14        Q.   Was this a full-time position or a

15   part-time position?

16        A.   Part-time.

17        Q.   When you moved to Florida, were you only

18   working at Amazon in the Opa Locka location?

19        A.   Yes.

20        Q.   In packing, what specifically were you

21   required to do?  What were your physical job duties

22   and responsibilities in packing at Amazon once you

23   moved to Florida?

24        A.   It's just that the job is -- varies and

25   changes a lot.  So we're always doing different

1    things.

2         Q.   Well, it's packing, how did it vary --

3    like, what would you -- is there -- you're in

4    packing for Amazon.  What specifically would you do

5    when you would have an actual shift there?

6         A.   Well, I mean, there was many things.

7    That's the thing is that we were in packing, yes.

8    But, I mean, we'd pack, we'd do some packing.  They

9    would also have us doing troubleshooting.  They

10   would have us in the trucks.

11            So, I mean, it's just that we worked at

12   the location there, and there's many different

13   departments, and they would have us cover many

14   different things.

15        Q.   Okay.  What departments would you be

16   involved in covering?

17        A.   They were always on the trucks, that all

18   of the -- that all of the pack -- that all of the

19   packages go -- go to.

20        Q.   Would you be responsible for physically

21   loading the trucks with the packages?

22        A.   Yes.

23        Q.   Would you have responsibility for -- were

24   there any physical requirements for your job to work

25   in Amazon?

Page 39

1        A.   Well, we're talking about just -- it was a

2    lot of just pure physical activity.

3        Q.   For example, were there any requirements

4    that you lift -- in order to do the job, was there a

5    requirement at Amazon that you be able to lift more

6    than 50 pounds?

7        A.   Yes.  Yes, I mean, I don't remember the

8    exact number of pounds, but it was 30 -- 30,

9    45 pounds.  I don't remember the exact amount.

10       Q.   With respect to after the accident, have

11   you ever gone back and requested a different job or

12   accommodation with Amazon?

13       A.   I'm sorry.  Can you repeat the question,

14   please?  I didn't really hear it all that clearly.

15       Q.   Certainly.

16            Since you went back -- or strike that.

17            After your accident, have you ever gone

18   back to Amazon and ask that they make any

19   accommodation for your present condition?

20       A.   No.

21       Q.   Why not?

22       A.   Because at the current -- present time I'm

23   not in any condition to -- to go to any particular

24   job.

25       Q.   Have any of your current physicians said

Page 40

```
 1    that you are completely and totally unemployable in
 2    any capacity?
 3              THE INTERPRETER:   Counsel, can interpreter
 4        have repetition of the question?
 5              MR. DAHL:   Certainly.
 6    BY MR. DAHL:
 7        Q.   Have any of your healthcare providers told
 8    you that you're unemployable in any capacity?
 9        A.   No.
10        Q.   Then if none of your doctors have said
11    that, why is it that you haven't gone back and asked
12    whether Amazon could hire you or employ you with
13    accommodations for your physical condition?
14              MR. BASNUEVO:   Form.
15        A.   Because I can't sit for long periods of
16    time or lay down for long periods of time.  My body
17    is still in the process of adapting to my certain --
18    my new condition.
19              And I cannot, therefore, work in any form
20    where I have to be in a position -- in a particular
21    position for any long periods of time because I
22    can't sit for any long periods of time or lay down
23    for any long periods of time.
24    BY MR. DAHL:
25        Q.   Have any of your doctors placed
```

Page 41

```
 1      restrictions on your ability to sit for any

 2      particular period of time?

 3           A.   No.

 4           Q.   Have any of your doctors placed any

 5      limitations on your ability to lay down for any

 6      particular periods of time?

 7           A.   No.

 8           Q.   You didn't attend medical school, correct,

 9      ma'am?

10           A.   No.

11           Q.   You're not a healthcare provider

12      specialized in the treatment of people with any

13      level of spinal injury, correct?

14           A.   No.

15           Q.   So then basically you just made the choice

16      based upon your decision-making, regardless of what

17      any of the other healthcare providers said, you made

18      the determination that you couldn't do certain

19      things, correct?

20                MR. BASNUEVO:  Object to form.

21           A.   The problem isn't that I made a choice to

22      do any such thing.  I mean, the issue is that I

23      can't lay down or sit down for long periods of time

24      because my body won't permit me to do so.  It's not

25      a choice.  This is not an option I'm taking.  My
```

Page 42

```
 1    body just won't allow me to do it.
 2    BY MR. DAHL:
 3         Q.   Ma'am --
 4              MR. BASNUEVO:  Hold on.  Hold on, Pat.
 5         I'm sorry.  She was continuing with her answer
 6         and I need you to let her get everything she
 7         wants to get out.
 8    BY MR. DAHL:
 9         Q.   Go ahead and finish your answer, ma'am.
10         A.   Well, as a matter of fact, in order to
11    come to this office to do this, I had to bring an
12    airbag to be able to help me.  Because if I sit for
13    long periods of time, my ankles swell and they hurt.
14    They hurt terribly.  At home, I don't sit for more
15    than two hours or three hours at a time because I
16    can't.
17              I did not study medicine.  How -- I did
18    not go to medical school.  However, my body's the
19    one that's telling me and will not allow me to do
20    certain things.
21         Q.   So your body is telling you to do things
22    but your own doctors aren't placing those same
23    restrictions on you, right?
24              MR. BASNUEVO:  Form.
25         A.   It's that I don't spend my time at the
```

Page 43

```
 1    doctors.  You know, I mean -- I think if I were to

 2    ask, they would probably give me the restrictions.

 3    But I don't spend my time with the doctor.  You

 4    know, I spend my time at home.

 5    BY MR. DAHL:

 6         Q.   Aside from Amazon -- let's just go through

 7    your answers to interrogatories.

 8              Interrogatory No. 2, you were asked to

 9    list the names, address, dates of employment, and

10    rates of pay regarding all your employers.

11              For Amazon, you said it was from

12    November 17th, 2017, to present, making 17.75 an

13    hour, correct?

14         A.   Yes.

15         Q.   But you answered these interrogatories,

16    and they were served on us in December of 2022,

17    right?

18         A.   Yes.

19         Q.   So when these answers came to us in

20    December of 2022, you hadn't worked at Amazon for

21    seven months, correct?

22         A.   Yes.

23         Q.   Why did you say that you were working for

24    Amazon from 2017 to the present when you hadn't been

25    working there for over six months when you answered
```

Page 44

1    these interrogatories?

2              MR. BASNUEVO:  Form.

3         A.   Because with Amazon, I'm still employed.

4    They haven't fired me.  So I'm still I guess -- I'm

5    still with the company.

6    BY MR. DAHL:

7         Q.   Have you received any payment from Amazon

8    since May of 2022?

9         A.   Yes.  Well, they don't pay me, but I'm

10   still employed by them.  I don't know if I'm

11   explaining myself.

12        Q.   Do you have health insurance or any

13   benefits still through Amazon?

14        A.   No.

15        Q.   In addition, you listed Door Dash from

16   2018 to 2021 on Exhibit No. 2.  Have I identified

17   that correctly?

18        A.   Yes.

19        Q.   What were you doing for Door Dash from

20   2018 to 2021?

21        A.   I did deliveries, food deliveries.

22        Q.   When you were doing food deliveries, was

23   that all -- did you do all of your food deliveries

24   through Door Dash while you were living in Texas?

25        A.   Yes.

Page 45

1      Q.    When you were doing through doing Door

2    Dash while in Texas, did you ever inquire as to

3    whether Door Dash was providing you with any

4    insurance coverage while you were operating your

5    vehicle?

6      A.    Yes.

7      Q.    How much liability insurance did Door Dash

8    afford you while you were driving your car for Door

9    Dash between 2018 and 2021?

10      A.    I don't recall at this point in time.

11      Q.    How much uninsured motorist coverage did

12    Door Dash provide while you were driving in 2018 and

13    2021 in Texas?

14      A.    I don't recall.

15      Q.    Do you know whether or not Door Dash even

16    provided uninsured/under -- strike that.

17            Do you know whether, between 2018 and

18    2021, Door Dash even provided uninsured/underinsured

19    motorist coverage for drivers in Texas?

20      A.    Yes.

21      Q.    How do you know that, ma'am?

22      A.    Via Internet.

23      Q.    So you went on the Internet and

24    specifically identified and confirmed that Door Dash

25    carried uninsured/underinsured motorist coverage in

Page 46

1   Texas for drivers between 2018 and 2021?

2        A.   No, no.

3        Q.   Well, then, ma'am, how, then, do you know

4   that Door Dash provided uninsured/underinsured

5   motorist coverage for drivers in Texas between 2018

6   through 2021?

7        A.   Through acquaintances, friends.

8        Q.   Okay.  What friends or acquaintances told

9   you that Door Dash provided uninsured/underinsured

10  motorist coverage for drivers in Texas between 2018

11  and 2021?

12       A.   Friends that I have in Texas.  The same

13  people that tell you, you know, that -- that you can

14  do deliveries.

15       Q.   Ma'am, maybe there was a disconnect.

16            What are their names?

17       A.   Hello?  Can you hear me?  Well, these are

18  friends from work.

19       Q.   That's fine.  I want their names.

20       A.   Okay.  I mean, these -- these are friends,

21  but they are -- they're asking me for -- I mean, if

22  I tell you anything, I don't -- as far as names, I'd

23  be giving you nicknames, because they're my friends.

24            I remember one of them.  His name is Jesus

25  Bracho.  Jesus Bracho.  And his -- and his wife.

1    They've been doing Door Dash for a long time.

2         Q.   And they're the ones who told you that

3    Door Dash provided uninsured/underinsured motorist

4    coverage for drivers in Texas?

5         A.   Yes.

6         Q.   All right.  They just didn't tell you how

7    much coverage was provided, correct?

8         A.   No.

9         Q.   That's not correct, they did tell you how

10   much coverage was available?

11        A.   No.

12        Q.   So which is it?  They either told you the

13   amount or they didn't tell you the amount.

14             MR. BASNUEVO:  Form.

15        A.   They did not tell me the amount.

16   BY MR. DAHL:

17        Q.   Did you ever learn what the amount of

18   coverage was for uninsured/underinsured motorist

19   coverage provided by Door Dash while you were

20   operating for it in Texas?

21             THE INTERPRETER:  Counsel, I may need

22        repetition on the question.

23             MR. DAHL:  Certainly.

24   BY MR. DAHL:

25        Q.   Did you ever learn the amount of

Page 48

1    uninsured/underinsured motorist coverage that Door

2    Dash procured while you were driving for it between

3    2018 and 2021 in Texas?

4        A.   Can you repeat the question, please?

5        Q.   Did you ever learn the amount of

6    uninsured/underinsured motorist coverage that Door

7    Dash had obtained for Texas drivers between 2018 and

8    2021?

9        A.   No, I'm sorry.  My daughter's writing to

10   me.  I don't know what she's writing about.

11            MR. DAHL:  You know, we've been going for

12       about another hour.  Why don't we come back at

13       12:30.

14            MR. BASNUEVO:  Can we take a 40-minute

15       break so that I can get something to eat?

16            MR. DAHL:  Yeah, that's fine.  Let's come

17       back at 1:00.

18            (Off the record from 12:21 p.m. to 1:10

19       p.m.)

20            (Mr. Rivera Navas exited the meeting.)

21            (Nohemy Kattan, Spanish interpreter,

22       entered the Zoom meeting.)

23            THE STENOGRAPHER:  Ms. Kattan, please

24       raise your right hand.

25            Do you swear or affirm that you will

Page 49

```
 1          interpret English into Spanish and Spanish into
 2          English to the best of your ability?
 3               THE INTERPRETER:  I do.
 4     Thereupon:
 5                    NOHEMY KATTAN
 6     was sworn to truly and correctly interpret English
 7     into Spanish and Spanish into English:
 8               MR. BASNUEVO:  Ms. Kattan, before we
 9          begin, are you court certified for federal
10          court?
11               THE INTERPRETER:  No, I am in the process.
12          Because of the pandemic there was a backlog.
13          If you need a certified I can call a friend of
14          mine right away.
15               MR. BASNUEVO:  Yes, please.  I --
16               THE INTERPRETER:  Yes.  No problem.  Let
17          me call her up.  Okay.  Thank you.
18               MR. BASNUEVO:  Yeah, Pat, I'm sorry, but I
19          can't agree to an interpreter that's not
20          certified.
21               (Off the record from 1:11 p.m. to 1:27
22          p.m.)
23               (Mr. Rivera Novas rejoined the meeting and
24          Ms. Kattan exited the meeting.)
25               MR. DAHL:  Back on the record.
```

Page 50

1            THE STENOGRAPHER:  Yes, sir.

2    BY MR. DAHL:

3       Q.   Ms. Monasterio, before we broke, we were

4    talking about whether or not you even knew if Door

5    Dash provided with uninsured/underinsured motorist

6    coverage benefits while you were driving using that

7    application in Texas.

8            I'm now going to change gears because,

9    according to the interrogatory answers I have, you

10   also drove utilizing the Uber and Uber Eats app from

11   the period of 2020 through 2022 while you were in

12   Texas; is that correct?

13      A.   Yes.

14      Q.   How much UM/UIM coverage was provided

15   either by you, Uber, or Uber Eats, when you were

16   driving between 2020 and 2022 in Texas?

17      A.   I don't recall how much the coverage was.

18      Q.   Did you ever look at it?

19      A.   Yes.

20           MR. BASNUEVO:  Pat, I'm going to ask --

21           when you say "UM" or "UIM," that doesn't

22           translate into Spanish well, so I don't want to

23           make you say uninsured or underinsured, but so

24           it translates to Spanish.

25           MR. DAHL:  Reasonable request.  I'm going

```
 1          to be guilty of it.  Correct me if I screw it
 2          up.
 3               MR. BASNUEVO:  I will.
 4               MR. DAHL:  I'm going to be guilty just
 5          because of how I talk, but, no, feel free to
 6          get me to do it the right way.
 7               MR. BASNUEVO:  Thanks.
 8     BY MR. DAHL:
 9          Q.   Did the limits of uninsured/underinsured
10     coverage change from the period of 2020 through 2022
11     while you were operating using the Uber and
12     Uber Eats app in Texas?
13          A.   I believe so.
14          Q.   What did they change from to what amount?
15          A.   I don't recall what the amounts were, but
16     it is my understanding that they did change based
17     on -- from state to state coverage for Texas is one
18     thing.  Coverage for Florida's a different thing.
19     So according to what the policy says is that based
20     on the change from state to state.
21          Q.   No, ma'am.  I'm not talking about changing
22     from state to state.  I'm talking solely while you
23     were working in Texas.  What was the amount of
24     coverage -- or did the amount of coverage for
25     uninsured/underinsured motorists change at all just
```

Page 52

1    while you were in Texas?

2         A.   Well, I don't believe so.

3         Q.   Okay.  What was the amount -- or did you

4    have -- or strike that.

5              When you were making the decision to use,

6    whether it's the Uber, the Uber Eats, or the Door

7    Dash application in Texas, what was the amount of

8    uninsured/underinsured motorist coverage that you

9    needed in order for you to be comfortable driving

10   utilizing those apps?

11             MR. BASNUEVO:  Form.

12        A.   Well, to be honest with you, I don't

13   remember amounts.  I just know that there was enough

14   coverage.  There was ample coverage to be able to

15   feel comfortable driving for that type of company.

16   BY MR. DAHL:

17        Q.   How did you know there was ample amount of

18   coverage if you can't tell me right now what any of

19   those coverage amounts were?

20             MR. BASNUEVO:  Objection to the form of

21        the question.  Argumentative.

22             MR. DAHL:  You know what?  I -- simply

23        because you don't like the question doesn't

24        make it argumentative.

25

1    BY MR. DAHL:

2         Q.   Ma'am, you can answer that question.

3              MR. BASNUEVO:  Note my objection.

4         A.   Well, with Door Dash, like I said, I had

5    some friends that worked for them for years, and

6    they told me that it was definitely a company that

7    you can feel safe driving for.

8              And I don't remember amounts.  I don't

9    remember amounts because I -- I don't remember the

10   amount that it -- that it was at the time.  I just

11   don't.  But I do remember that with them, you know,

12   they told me that it was something where there was

13   enough coverage to make you feel safe driving for

14   them should anything happen to you.

15             Now, with Uber, Uber's a much bigger

16   company than Door Dash.  Uber is a much bigger

17   company, and therefore, I felt even safer with Uber

18   because a company that size and that well

19   established would have clearly have had better

20   coverage than a company like Door Dash.  So

21   therefore, that's why I felt safer driving even with

22   them, and that's why I started working with them

23   even more than I was with Door Dash.

24             Because for a driver, it is important to

25   feel that you're being well protected by the company

Page 54

```
 1    that you're working for, and Uber is a much bigger

 2    company than Door Dash and therefore would have

 3    offered that much more protection for its drivers.

 4    And I felt a lot safer doing so that way.

 5    BY MR. DAHL:

 6         Q.   Okay.

 7              MS. ADAMS:  Move to strike as

 8         nonresponsive.

 9    BY MR. DAHL:

10         Q.   Ma'am, when you started driving using the

11    Uber or Door Dash apps, did you ever look at what

12    the insurance amounts were that were available when

13    you started for either of the two entities in Texas?

14              THE INTERPRETER:  Counsel, may the

15         interpreter have repetition on the question?

16         Apologies.

17              MR. DAHL:  Certainly.

18    BY MR. DAHL:

19         Q.   When you were driving using the Door Dash,

20    Uber, and Uber Eats apps in Texas, did you ever look

21    at what the amounts of any insurance coverage was?

22              MR. BASNUEVO:  Form, compound question.

23         A.   I did not with Door Dash, but with Uber

24    Eats, yes.  I got -- I went into their app and

25    reviewed it.
```

1   BY MR. DAHL:

2        Q.   All right.  So you said with Uber Eats.

3   So then you did not with Uber, correct?

4             MR. BASNUEVO:  Form.

5        A.   Well, with Door Dash, I didn't.  With Uber

6   Eats, yes.  They're two different -- these are two

7   different companies.  Door Dash I did not.  Uber

8   Eats, I did.  With Door Dash I did not because my

9   friends were the ones who told me.

10  BY MR. DAHL:

11       Q.   But, ma'am, you're talking about three

12  different companies.  Uber Eats is different from

13  Uber is different than Door Dash.  Do you know that?

14       A.   Oh, yes.  Yes, yes.  Yes, I do.

15       Q.   So regardless of what you looked in with

16  Uber Eats, did you ever look and see what the

17  insurance limits -- when you were in Texas, driving

18  for multiple years, utilizing these apps, did you

19  ever look at what the insurance was available under

20  specifically Uber, not Uber Eats?

21       A.   For Uber, no.  Not for Uber, because what

22  I did there was Uber Eats.  I -- so that all I was

23  paying attention was to Uber Eats.  I didn't do Uber

24  while I was in Texas.

25       Q.   Okay.  Ma'am, I -- then there's a

Page 56

1    fundamental disconnect here or you're a big

2    Britney Spears fan, and I don't understand which.

3                MR. BASNUEVO:  You don't need to answer

4          that.  It's not an actual question.

5    BY MR. DAHL:

6          Q.   Because here we go, which is -- here are

7    the answers to interrogatories No. 2 again.  And it

8    says, list the businesses, addresses, and dates of

9    employment and rates of pay for the last ten years,

10   and you identified both Uber and Uber Eats from 2020

11   to 2022, ma'am.

12               MR. BASNUEVO:  You don't need to answer

13         that because there's no actual question

14         pending.  Pat --

15   BY MR. DAHL:

16         Q.   So, ma'am, the question is -- so the

17   question is -- or strike that.  Let me ask you this

18   first.

19               When you signed your answers to

20   interrogatories, you understood that they were

21   supposed to be true, correct, accurate, and they

22   were made under oath, right, ma'am?

23         A.   Yes.

24         Q.   So, ma'am, which one should I believe when

25   your statements today are supposed to be under oath,

```
 1    and your statements in your response to your answers

 2    to interrogatories are supposed to be under oath,

 3    and you're now saying you've never worked for Uber

 4    in Texas but your sworn answers to interrogatories

 5    say you were?

 6              MR. BASNUEVO:  Hold on a second.

 7              I'm going to instruct the witness not to

 8         answer that question.  You're berating the

 9         witness.  That's not an accurate interpretation

10         of what this document says.

11              She says she works for Uber and Uber Eats

12         approximately from 2020 to 2022.  It doesn't --

13         maybe it should have been clearer, but it

14         doesn't mislead and it's not incorrect.

15              MR. DAHL:  Good luck with you with that --

16              MR. BASNUEVO:  You --

17              MR. DAHL:  You can't instruct a witness

18         not to answer a question when it's --

19              MR. BASNUEVO:  I am letting you know --

20         Pat, I'm letting you know --

21              (Simultaneous colloquy.)

22              MR. DAHL:  Good luck with that one.

23              MR. BASNUEVO:  I'm letting you know I'll

24         move for a protective order if you continue

25         this kind of questioning.
```

Page 58

1           MR. DAHL:  Feel --

2           (Simultaneous colloquy.)

3           THE STENOGRAPHER:  I'm sorry.  Excuse me.

4      Excuse me.  One at a time, please.

5           MS. ADAMS:  -- what you wrote in the

6      interrogatories what she said --

7           MR. BASNUEVO:  No, sir.

8           MR. DAHL:  Good luck with that.

9           MR. BASNUEVO:  No, sir, you're not.

10          MR. DAHL:  Okay.

11          MR. BASNUEVO:  No, sir, you're not.

12          If you want to rephrase the question,

13      maybe you can figure out a way to rephrase the

14      question.  It's harassing to the witness.  You

15      know that and I know that and the Court will

16      know that if you make me take it up with the

17      Court.

18          MR. DAHL:  You know what?  We're going to

19      get an answer to the question.

20      BY MR. DAHL:

21      Q.  Ma'am, you said you were working for Uber

22      and Uber Eats, you aggregated them together,

23      indicating that you were working for both of those

24      entities for a two-year period of time beginning in

25      2020, correct?

Page 59

```
 1              MR. BASNUEVO:  Form.
 2     BY MR. DAHL:
 3          Q.   You can answer.
 4          A.   Yeah, but there's some confusion here
 5     because Uber Eats, eats taking food, I did in Texas.
 6     Uber as in passengers for Uber, I did that in Miami.
 7     I only did that in Miami.  I never did that in
 8     Texas.
 9              In Texas, all I ever did was Uber Eats.
10     So maybe I put it down wrong.  I didn't -- I didn't
11     specify when I wrote the answer.  But Uber Eats is
12     what I did in Texas.  That's all I did in Texas.
13     Uber, regarding the passengers, actually taking
14     passengers, all I ever did that was in Miami in
15     Florida.  I only did that in Florida.
16          Q.   So despite your interrogatory answers made
17     under oath, you're now saying you did not work and
18     do anything with Uber until you moved to Florida?
19              MR. BASNUEVO:  Object to the form of the
20          question.
21          A.   Yes, that's correct.
22     BY MR. DAHL:
23          Q.   But your answer under oath where you swore
24     to tell the truth said both Uber and Uber Eats from
25     2020 to 2022, correct?
```

Page 60

```
 1              MR. BASNUEVO:  Form.
 2         A.   Well, and it's because I work for Uber and
 3    Uber Eats during that period of time.  I didn't
 4    realize that I had to specify when I did which for
 5    which one.  Because they're the same company.
 6              And so when I say that I worked for Uber
 7    and Uber Eats, I worked for the company Uber for a
 8    period of those two years.  Just like if I worked
 9    for Amazon and they have different departments, it's
10    still Amazon.  Uber and Uber Eats are still Uber,
11    and so I worked for that company.
12    BY MR. DAHL:
13         Q.   No, they're not.
14         A.   I worked for that company for a period of
15    two years.  I didn't realize I had to specify.
16         Q.   You did, and they're different companies.
17              MR. BASNUEVO:  Objection and move to
18         strike counsel's colloquy.
19    BY MR. DAHL:
20         Q.   So, ma'am --
21         A.   I didn't understand.
22         Q.   Let's just go through.
23              What you were going through with respect
24    to your earning history, of all the places that you
25    have worked, let me ask you this question:  Have you
```

Page 61

1    filed taxes for the calendar year 2021?

2         A.   Yes.

3         Q.   How much money did you earn in 2021,

4    first?

5         A.   I don't recall the exact amount because I

6    give everything to the accountant, but -- I don't

7    recall the exact amount, to be honest with you.

8         Q.   Why haven't you produced your 2021 tax

9    return?

10             MR. BASNUEVO:  Interpreter, it's 2021, not

11        2022.

12             THE INTERPRETER:  The interpreter can

13        clarify.

14        A.   I have the tax returns for 2021.

15   BY MR. DAHL:

16        Q.   I know.  You were asked to produce it, and

17   you haven't, so my question is:  Why haven't you?

18        A.   Oh, sorry.  Then let me -- I guess I just

19   didn't give them to the attorney.  I'm sorry, I must

20   have missed that.  Apologies.

21        Q.   Okay.  Well -- so you can't tell me how

22   much you earned in 2021, and that will be on the tax

23   return that we don't have that was previously

24   requested, hasn't been supplemented.

25             So then let's go through with the 2022

Page 62

1    taxes -- 2020 taxes.

2              According to you, you earned wages of

3    $45,946, correct?

4         A.   Yes, that's correct.

5              MR. BASNUEVO:  Objection and move to

6         strike -- objection and move to strike

7         counsel's colloquy.  Those comments are

8         improper and they should be stricken from the

9         record.

10   BY MR. DAHL:

11        Q.   But, ma'am, that's actually not what you

12   actually earned because you wrote off $26,030 from

13   your actual taxable earnings from your other

14   business, correct?

15             MR. BASNUEVO:  Object to form.

16        A.   I don't understand.

17   BY MR. DAHL:

18        Q.   Ma'am, it says you have a loss listed at

19   line 8 on your tax returns of $26,030.  Do you see

20   that on your screen?

21        A.   I give everything to my accountant.  He's

22   the one who does my tax returns.  He's the one who

23   prepares it all.  I don't prepare any of it.

24        Q.   You sign it before they're filed, though,

25   right, ma'am?

1      A.   I just give everything to the accountant,

2    yes.  I mean, I give it all to the accountant.

3      Q.   But then you sign it and approve it before

4    it's filed with the federal government, right?

5      A.   Yes.

6      Q.   So you verify that it's accurate before it

7    goes and gets filed?

8      A.   Yes.

9      Q.   So, ma'am, what is the additional business

10   that you had and were identifying in your 2020 tax

11   return that lost $26,030 in 2020?

12           MR. BASNUEVO:  Form.

13      A.   I don't understand.

14   BY MR. DAHL:

15      Q.   Sorry.  Didn't mean to pop that up.

16           Ma'am, on your tax return, on your

17   Schedule 1, there is a line, business income or

18   loss, attach Schedule C, and next to it there's a

19   loss that's identified as $26,030.

20           Do you see that?

21      A.   Yes.

22      Q.   What business did you have or were you

23   involved in that lost $26,030?

24           MR. BASNUEVO:  Form.

25      A.   I don't know.  No, I don't -- I don't

Page 64

```
 1    know.
 2    BY MR. DAHL:
 3        Q.   So what's the basis for claiming a $26,030
 4    loss on your tax return if you can't identify the
 5    business that lost that amount for which you'd be
 6    entitled to the reduction?
 7            MR. BASNUEVO:  Form.
 8        A.   Well, like I said, it's my accountant who
 9    does all this, so I give him all -- everything that
10    I have.  He's the one who prepares my tax returns.
11    I try to make sure that he has everything so he can
12    prepare them all, and I try to get it done right so
13    I don't have any problems with the government.
14    BY MR. DAHL:
15        Q.   Where are all the sources -- in 2020,
16    45,000 is a higher number that you had made
17    previously.  What sources of income did you have in
18    2020, besides working at Amazon?
19        A.   Well, the thing is that in Amazon, I do
20    extra hours.  I do extra hours.  In -- for Amazon,
21    when I was in Texas, I didn't work part-time.  I
22    worked full-time.  And I did overtime on top of
23    that.  So -- and they paid that at time and a half.
24    So you add that up with the deliveries, and that's
25    how much I made.
```

Page 65

1      Q.   So did you make money or you lose money

2   doing the delivery -- what I'm trying to get at is

3   did you make money or lose money doing deliveries?

4   Because if that's -- 2020 is -- you're writing it

5   off -- I'm trying to figure out where the writeoffs

6   go to $26,030 for 2020.

7           MR. BASNUEVO:  Form.

8      A.   To be honest with you, I don't know.  I

9   couldn't tell you.  I don't know what the accountant

10  did, how he did it.  I don't know.  I could not tell

11  you.

12  BY MR. DAHL:

13     Q.   Because what I'm really trying to find out

14  is -- because I think there's something wrong in

15  reading the tax return.  I'm not trying to be

16  difficult or problematic.  It is -- I think they

17  added in your delivery income as the W-2 line and

18  they claimed all the deductions, but at line 8 --

19  and they should have offset those.

20          Otherwise, the numbers get too big.  It

21  looks like you're making more money, and then you're

22  getting a bigger deduction for the writeoffs.  Line

23  8 should be really smaller, and line 1.

24          But aside from asking you, I don't know

25  how to figure that out.  And then when you look

Page 66

1    at --

2            MR. DAHL:  Oh, go ahead.  I'm sorry.

3            MR. BASNUEVO:  Objection.  Move to strike,

4        and I instruct the client not to answer because

5        it's not an actual question.

6            If you have a question, you can ask it,

7        but she's not going to be responding to a

8        comment.

9            MR. DAHL:  That's fine.  If she doesn't

10       want to try to explain it.

11   BY MR. DAHL:

12       Q.   Ma'am, let's go through 2019.

13            This is your 2019 tax return, correct?

14       A.   Yes, correct.

15       Q.   It indicates that -- on your wages, it

16   says a number of $42,830, correct?

17       A.   Yes, that's correct.

18       Q.   Then there's a negative -- or a deduction

19   of $20,041, correct?

20       A.   Yes, that's correct.

21       Q.   Okay.  And that you attached a Schedule C

22   or a Schedule 1.  And it says you lost $20,041.

23   Then it goes on and you attach a Schedule C in which

24   you then have -- you say you made 4,000, you had

25   20,000 in expenses, so you lost $20,000 driving for

1    what appears to be Door Dash, correct?

2         A.   Yes.

3         Q.   Why were you operating a business that

4    you -- for which you were losing $20,000?

5         A.   Because it wasn't -- I wasn't losing

6    those -- there wasn't losses.  There wasn't -- I

7    wasn't -- I wasn't losing the money.

8              I was -- well, you know, also understand

9    that whenever you drive, delivery drivers, they have

10   to take into account wear and tear on the vehicle.

11   Wear and tear on the vehicle, as well as fuel.  All

12   of that does add up.  So...

13        Q.   Ma'am, does the $20,000 that you paid

14   include all of your expenses for owning a car for

15   the entire year in 2019?

16        A.   No.

17        Q.   Did your -- the line item you have as an

18   expense, what advertising did you personally do that

19   cost you $1,300.06?

20        A.   Excuse me, I'm sorry, can you repeat the

21   question, please?  I didn't hear it.

22        Q.   Certainly.

23             You have -- you claimed on the expenses

24   for profit or loss of business that you spent

25   $1,300.06 on advertising.  What advertising did

Page 68

```
 1    you -- what advertising did that include?
 2         A.   I don't recall.
 3         Q.   You said you had office expense for this
 4    business of $5,638.  Ma'am, where was your office
 5    for your Door Dash business?
 6         A.   No, I -- I didn't have an office.  I don't
 7    recall.
 8         Q.   Well, then, ma'am, if you don't -- if you
 9    never had an office, why are you paying 56 -- $5,638
10    for office expenses?
11         A.   I'm sorry.  I don't understand.  The
12    accountant's the one who did that.  I don't know why
13    he included that.
14         Q.   Well, ma'am, you're the one who approved
15    it, based upon your prior answer.  And so I'm
16    wondering why this was included, unless this -- if
17    this is inaccurate -- let me ask you this.
18              Now that you know that this is all
19    inaccurate, do you intend to file an amended tax
20    return?
21              MR. BASNUEVO:  I object to the form of the
22         question.  There's been no testimony that this
23         is inaccurate.  The testimony has simply been
24         that the accountant was the person who filled
25         this out, and she does not know what the
```

Page 69

```
 1            accountant used to include these numbers.  That
 2            does not mean that it's inaccurate.
 3                 I object to Mr. Dahl's imputation of that
 4            characteristic to my client and her testimony.
 5            And this is the second occasion where Mr. Dahl
 6            has been harassing my client with inaccurate
 7            accusations.
 8                 MR. DAHL:  Okay.
 9                 MR. BASNUEVO:  If it happens a third time,
10            we will seek protection from the Court.
11                 MR. DAHL:  You can say whatever you want,
12            Mr. Basnuevo.
13      BY MR. DAHL:
14            Q.   Ma'am, this is your tax return, right?
15                 MR. BASNUEVO:  Wait, I'm sorry.
16            Mr. Interpreter, Mr. Interpreter, you have to
17            interpret everything that's said onto the --
18                 THE INTERPRETER:  The interpreter can.
19                 Now, if the interpreter may have a
20            repetition on the question?
21                 MR. DAHL:  Certainly.
22      BY MR. DAHL:
23            Q.   Ma'am, these tax returns that I've been
24      showing you are your tax returns, right?
25            A.   Yes.
```

Page 70

1          Q.   Ma'am, what insurance, other than health

2     insurance, did you purchase for your Door Dash

3     business?

4          A.   Besides -- I'm sorry, can you repeat the

5     question, please?

6          Q.   Certainly.

7               What insurance, other than health

8     insurance, did you purchase for your Door Dash

9     business?

10         A.   Well, I used the insurance that the

11    company has, as well as my own car insurance.

12         Q.   Was that your -- was 3,769 the total

13    amount for your entire premiums for all of 2019?

14         A.   Around there, yes.

15         Q.   But you used your car for things other

16    than Door Dash during this time; you were driving to

17    your job at Amazon, correct?

18         A.   I did use it to go to my Amazon job.

19         Q.   What was -- why didn't any of that go --

20    or strike that.

21              What supplies are you referring to -- are

22    included in your 2019 tax return for $6,483?

23         A.   I don't understand.

24         Q.   All right.  Let's go look at your 2018 tax

25    return.

Page 71

1           According to your 2018 tax return, you

2     earned $27,005, correct?

3          A.   Yes, that's correct.

4          Q.   Of that -- and that's why you were

5     working -- this is while you're in Texas and were

6     working for Amazon full-time, correct?

7          A.   Yes.

8          Q.   And your full-time year, according to your

9     W-2 in 2018, you earned a full $27,015, correct?

10              THE INTERPRETER:  May interpreter have

11          repetition on the amount, counsel?

12              MR. DAHL:  Certainly.

13     BY MR. DAHL:

14          Q.   $27,015.15 correct?

15          A.   Yes.

16          Q.   But going through here, we again have a

17     business loss of $7,872, correct?

18          A.   Yes.

19          Q.   Ma'am, you had $8,983 in car and truck

20     expenses.  And your -- oh, go ahead.

21              THE INTERPRETER:  Go ahead, counsel.

22     BY MR. DAHL:

23          Q.   I'll just -- strike that, and I'll repeat

24     it.

25              You have car and truck expenses of $8,983,

Page 72

1    correct?

2          A.   Yes.

3          Q.   Is that the entirety of your car payment

4    for the entire year in 2018?

5          A.   I believe so.

6          Q.   So you utilized your side hustle to write

7    off your entire car as a business deduction despite

8    the fact that you did not -- or strike that.

9               You used your entire services profit and

10   loss for business to be able to write off your

11   entire car?

12               MR. BASNUEVO:  Form.

13         A.   I don't recall.  I don't recall that.  No.

14   BY MR. DAHL:

15         Q.   Okay.  Did this side business that you

16   were doing -- it just says "services" under the

17   Schedule C.  What services were you providing?  Or

18   does this refer to Door Dash, Uber Eats, and that

19   type of work again?

20         A.   Well, yes, that's what I did.

21         Q.   All right.  Did you ever obtain a separate

22   tax ID for this business that you were operating?

23         A.   No.

24         Q.   Did it have a separate bank account?

25         A.   No.

Page 73

1          Q.   Did this separate business ever file

2     separate or independent tax returns?

3          A.   No.

4          Q.   Okay.  Let's look at 2017.  It says that

5     you earned $4,631 in wages.  Correct?

6          A.   Yes.

7          Q.   And it says you earned $5,726 in business

8     income, correct?

9          A.   Yes.

10         Q.   What services were you providing -- strike

11    that.

12              It says you were house cleaning as a

13    different side job.  So my question for you, ma'am,

14    is:  Who were you house cleaning for?

15         A.   A person that I met at church.

16         Q.   Okay.  So you were working for --

17              MR. BASNUEVO:  I'm sorry.  Object --

18         sorry, I have to object to the interpretation.

19         Not a person, but people plural.

20              THE INTERPRETER:  Oh, the interpreter

21         misheard it.  The interpreter may ask for a

22         repetition on the reply.

23         A.   People from church.

24    BY MR. DAHL:

25         Q.   Okay.  Ma'am, I'm going to show you --

Page 74

```
1    ma'am, what year is it right now?
2           A.    In 2017 right there, right?
3           Q.    That -- no.  I'm sorry, what year is it
4    now?
5           A.    Oh, we're in 2023.
6           Q.    And you answered the interrogatories at
7    the end of 2022, right?
8           A.    I'm sorry.  I can't hear very well.  What
9    did he say?  Can you repeat that, please?
10          Q.    Certainly.
11                And you answered the interrogatories in
12    2022, right, ma'am?
13          A.    Yes.
14          Q.    So, ma'am, why didn't you identify any of
15   the people and sources of additional income you had
16   in 2017, which is within ten years, in your answer
17   to interrogatory No. 2?
18                MR. BASNUEVO:  Form.
19          A.    Because I didn't do it like a job, per se.
20   I mean, there was just a few friends from church.
21   It was just some people from church that I cleaned
22   for.
23   BY MR. DAHL:
24          Q.    Ma'am, a few people that you cleaned for
25   accounted for more than 50 percent of your income in
```

Page 75

1    2017.

2            A.   Because that's what the -- that was done

3    by the -- I don't know.  I don't understand that.

4            Q.   Okay.  But -- so you're literally more

5    than -- I just want to make sure.

6                 Basically, you were asked to account

7    for -- strike that.  Let me just go back this way.

8                 Ma'am, you're asserting a claim for loss

9    of income and earning capacity in this case, right?

10           A.   Yes.

11           Q.   But when we go through and we look at your

12   income and earnings, you can't explain anything

13   about it, and when we go through your

14   interrogatories, there are other employment that we

15   have apparently identified that you haven't

16   identified, correct?

17                MR. BASNUEVO:  Form.

18           A.   Well, I mean, like I said, you know, the

19   thing with that is that this is something that I

20   did, this is not -- this was not, like, formal

21   employment, per se.

22   BY MR. DAHL:

23           Q.   It was formal enough for you to disclose

24   it on your tax return, though, right, ma'am?

25           A.   Because the accountant wanted to include

Page 76

```
 1    it, yes.
 2         Q.   Ma'am, what are you doing for money
 3    currently?
 4         A.   Right now, nothing.
 5         Q.   You have zero sources of income to take
 6    care of either yourself or your daughter?
 7              MR. BASNUEVO:  Form.
 8    BY MR. DAHL:
 9         Q.   You can answer.
10         A.   Do I have to answer?  I mean, because -- I
11    mean, I'm not working.
12         Q.   But you have sources of money, and I'm
13    entitled in discovery to find out where that is
14    coming from.  So where are you -- what other sources
15    of money do you have currently, ma'am?
16              MR. BASNUEVO:  Hold on.  I think she's
17         concerned because of the confidentiality
18         portion to the settlement agreement with GEICO
19         and Michael Israel.  But because you guys are
20         the UM insurer, we've already disclosed that to
21         you.
22              So let me just let her know that it's okay
23         for her to disclose that here.  Okay?  Because
24         I also have permission from GEICO to disclose
25         that to you-all.
```

Page 77

1      A.   Yeah, because I swore that was

2  confidential.   I didn't know if I could divulge

3  that.

4  BY MR. DAHL:

5      Q.   I understand.  Let me ask the question

6  this way.  And I'm not -- please don't let my

7  silence regarding the suggestion or inference from

8  Mr. Basnuevo that we are the UM carrier in this

9  case, his characterization that we would disagree

10  with, are disagreeing with.

11          But putting that aside, I'll re-ask the

12  question this way.

13          Ma'am, is your only current source of any

14  income or funds the settlement with Mr. Israel?

15      A.   Yes.

16      Q.   What was the amount of your settlement

17  with Mr. Israel?

18      A.   I was given 305.

19      Q.   Is that $305,000?

20      A.   Yes.

21      Q.   Is that net --

22          MR. DAHL:  Javier, trying to ask her this

23          is going to be too problematic.  You know what

24          I'm going to ask.  Is that the net or the

25          gross?

1          MR. BASNUEVO:  Yeah, I don't think that

2      you are really entitled to get into that.  I

3      don't mind telling you privately and off the

4      record.

5          MR. DAHL:  No, but it -- what she paid

6      you -- or what she paid you.  There's a gross

7      sum for which I'm -- regardless, I'm going to

8      be entitled to a setoff.  We can do it off the

9      record.  I just need to know.

10          MR. BASNUEVO:  Yeah, why don't we go off

11      the record for a second and I can kind of

12      explain what it is.

13          MR. DAHL:  Let's go off the record.  I

14      don't like to -- let's go off the record, have

15      this, and then probably come back at 2:45.

16          (Off the record from 2:45 p.m. to 2:51

17      p.m.)

18          (Lina Arcila joined the meeting.)

19          THE STENOGRAPHER:  I admitted Lina, but

20      I'm not sure who that is.

21          THE INTERPRETER:  That is the interpreter

22      that wanted to sit in and observe me work.

23          MR. DAHL:  Not a problem.  So long as

24      you're cool with somebody watching you work.

25          THE INTERPRETER:  I'm great at it.

Page 79

```
 1                THE STENOGRAPHER:  Can you just tell me

 2         Lina's full name real quick, please?

 3                THE INTERPRETER:  Lina Arcila.

 4                THE STENOGRAPHER:  Thank you.

 5                MR. DAHL:  Before we broke,

 6         Ms. Monasterio, we were talking about your tax

 7         returns.  Just so the transcript's complete,

 8         I'm going to be marking the 2020 tax return as

 9         Exhibit 2.

10                (Marked for identification as Plaintiff

11         Exhibit 2.)

12                MR. DAHL:  The 2019 tax return as

13         Exhibit 3.

14                (Marked for identification as Plaintiff

15         Exhibit 3.)

16                MR. DAHL:  The 2018 tax return as

17         Exhibit 4.

18                (Marked for identification as Plaintiff

19         Exhibit 4.)

20                MR. DAHL:  And the 2017 tax return as

21         Exhibit 5.

22                (Marked for identification as Plaintiff

23         Exhibit 5.)

24     BY MR. DAHL:

25         Q.   Ma'am, in 2022, before this accident
```

Page 80

```
 1    occurred, did you have any sources of income other
 2    than working at Amazon and income generated from
 3    driving your vehicle through the Uber or Uber Eats
 4    app?
 5         A.   No.
 6         Q.   Have you filed your income tax return for
 7    2022 yet?
 8         A.   No.
 9         Q.   And if I forgot to ask this when we were
10    talking about the tax returns, I apologize.  Or if I
11    did and I'm asking a question again, I don't mean
12    to.  I'm just going through my notes and didn't see
13    it.
14              When you -- in the 2020, 2019, and 2018
15    tax returns identified profits and loss for a
16    business, did any of those businesses file separate
17    tax returns?
18         A.   No.
19         Q.   Changing gears, I want to talk about when
20    you started using the Uber app.  When did you first
21    download the Uber app to use as a partner driver?
22         A.   I don't recall exactly, but I believe that
23    it was between January and February.
24         Q.   Would that be January or February of 2022?
25         A.   Yes.
```

Page 81

1          Q.   When you sought to use the Uber app as a
2     partner driver, were you required to acknowledge or
3     sign off on any agreements before you were allowed
4     to operate?
5          A.   Yes.
6          Q.   Were those agreements that you had to
7     acknowledge and sign, were they agreements that you
8     accessed through the Uber app?
9          A.   Yes.
10         Q.   Were those agreements in English or in
11    Spanish?
12         A.   In English.
13         Q.   Did you sign those agreements or execute
14    them through the application?
15         A.   It was through the application -- through
16    the app.
17         Q.   When you were reviewing the agreements and
18    acknowledgments using the application, did you have
19    someone translate them for you?
20         A.   I did it myself.
21         Q.   Okay.
22              MR. DAHL:  Ma'am, I'm going to show you
23         what we're going to mark as deposition
24         Exhibit No. 6.  This is the Platform Access
25         Agreement for people seeking to utilize the

Page 82

1          Uber application as a partner driver that was

2          in effect as of January 1, 2022.

3               (Marked for identification as Plaintiff

4          Exhibit 6.)

5               MR. BASNUEVO:  Pat, can you send me that

6          in email?  I can't see it on your screen, and

7          I'd like to be able to blow it up instead of

8          asking you to blow it up.

9               MR. DAHL:  I can, but I can't remember

10         where I put it.

11              MS. ADAMS:  I can send it to you, Javier.

12              MR. DAHL:  That would be great.

13              MS. ADAMS:  You can keep going.

14    BY MR. DAHL:

15         Q.   This is the agreement that we had been

16    talking about that you would have had to have

17    executed before using the Uber app as an Uber

18    driver, correct?

19         A.   Yes.

20         Q.   This Platform Access Agreement contains

21    various terms and conditions, including provisions

22    regarding insurance, correct?

23         A.   Yes.

24         Q.   In particular, in paragraph 3.5, it

25    provides that, "We may, in our sole discretion,

Page 83

```
1    choose to maintain auto insurance related to your
2    rides, but we are not required to provide you with
3    any specific coverage for loss to you or your
4    vehicle unless we specifically describe it in an
5    addendum to this PAA.  We can change, reduce, or
6    cancel insurance that is maintained by us if any --
7    at any time without notice to you or authorization
8    from you."
9              Correct?
10        A.   Yes.
11        Q.   The addendum applicable for Florida as of
12   January 1, 2022, when you started, also addresses
13   the available insurance coverage, correct?
14        A.   I'm sorry.  I did not hear that.  I did
15   not hear it completely.
16        Q.   I'll read it again.
17             The addendum that was -- the addendum for
18   Florida also addressed the amount of insurance, if
19   any, that would be provided when operating as a Uber
20   partner driver, correct?
21        A.   Yes.
22        Q.   And under insurance coverage, specifically
23   at paragraph 1A and B, it outlines the types of
24   insurance coverage that are available, correct?
25        A.   Yeah, but it doesn't say that -- that it
```

Page 84

1    had been --

2              THE INTERPRETER:  Bear with the

3         interpreter just a moment.

4         A.   It doesn't say that it's been rejected or

5    that it's been turned down or anything like that.

6    BY MR. DAHL:

7         Q.   Ma'am, that's not the question I asked.

8    My question was that this addendum specifically

9    identifies the coverage types that are available,

10   correct?

11        A.   Yes.

12        Q.   And nowhere within the insurance coverage

13   section of the addendum that you agreed to and

14   signed in January or February, when you became a

15   partner driver, is there any suggestion or mention

16   of the existence of uninsured or underinsured

17   motorist coverage, correct?

18        A.   It says so on the Internet.

19        Q.   Ma'am, I didn't ask you what it said on

20   the Internet.  I asked what it says on the addendum

21   that you actually agreed to.

22             MS. ADAMS:  I want to place an objection,

23        move to strike her answer.

24        A.   Well, from what I read and from what I

25   saw, it doesn't say in anywhere there that the

Page 85

1    insurance is being turned down or rejected or that

2    you're not -- that -- it doesn't say anything like

3    that.  It just says that you're going to have

4    coverage.

5    BY MR. DAHL:

6         Q.   Ma'am --

7              MR. BASNUEVO:  Pat, let's go through and

8         read what it says.

9              I'm sorry, can you pause this just one

10        second?  I have to hand a check to a contractor

11        for my house that came to pick it up.  I'll be

12        back in 30 seconds.

13             (Off the record briefly at 3:07 p.m.)

14             MR. BASNUEVO:  Okay.  I'm back.  You can

15        keep going.  Sorry.

16             MR. DAHL:  Okay.

17   BY MR. DAHL:

18        Q.   Ma'am, let's just go through.

19             Where in this document does it say that

20   Uber or anyone else is providing uninsured or

21   underinsured motorist coverage in this document?

22        A.   It doesn't say it there specifically, but

23   it does so online.

24        Q.   Okay.  When you say online, the -- you can

25   go online and I can find people that will say that

Page 86

1    the leprechaun is real, Santa Claus exists, and the

2    Easter Bunny can be found.

3            So where, ma'am, online does it say that

4    there is uninsured motorist coverage for drivers in

5    Florida in 2022?

6        A.   I went directly to the Uber app, to the

7    Uber website.

8        Q.   And so according to you, the Uber website

9    said there was -- how much uninsured motorist

10   coverage did it say there was for drivers in

11   Florida?

12       A.   It said that it could cover up to -- well,

13   okay, I'm not completely sure.  But I believe that

14   it was up to, like, a million dollars.

15       Q.   The million dollars was only for death,

16   bodily injury and property damage, automobile

17   liability insurance, correct?

18       A.   Yes.

19       Q.   And that's different from

20   uninsured/underinsured motorist coverage, correct?

21       A.   Yes.

22       Q.   So then based upon your prior answer, you

23   have never seen, whether it's online or anywhere

24   else, anything to suggest that there was

25   uninsured/underinsured motorist coverage for drivers

Page 87

```
1      operating as Uber partner drivers at any time,

2      correct?

3             MR. BASNUEVO:  Form.

4         A.   I saw it online.  I mean, because it says

5      so clearly on there that it does cover for somebody

6      that ends up with the type of injury that I ended up

7      with, as severe as I was, it -- you are covered.  I

8      saw that.  Of course I did.

9      BY MR. DAHL:

10        Q.   Okay.  Just you saw it -- it just doesn't

11     say it in the agreement you signed, though, right,

12     ma'am?

13        A.   Yes, in the agreement that I signed, maybe

14     doesn't say it specifically but, as I said before,

15     it does show -- it does appear online.

16        Q.   So it doesn't say specifically?

17            MS. ADAMS:  Move to strike.

18     BY MR. DAHL:

19        Q.   Let's go -- where does it generally --

20     where do the words uninsured and underinsured

21     motorist coverage appear anywhere within the

22     agreement and addendum that you signed?

23        A.   It doesn't say it specifically in what I

24     signed.

25        Q.   Ma'am, I didn't ask specifically.
```

1          A.   As I said before --

2          Q.   I'm talking generally.  It literally could

3    be -- can you find the words uninsured or

4    underinsured anywhere within the document that you

5    signed?

6               MR. BASNUEVO:  Objection.

7          A.   It doesn't say specifically.

8    BY MR. DAHL:

9          Q.   Okay.  And then let's go up to -- you

10   specifically, in this same agreement, acknowledged

11   that you understand that while you are providing P2P

12   service, your personal automobile insurance policy

13   may not afford liability, comprehensive collision,

14   medical payments, personal injury protection,

15   uninsured/underinsured motorist, or other coverage

16   for you?

17         A.   Yes.

18         Q.   You were also advised that if you had any

19   questions, it was your responsibility to resolve

20   them with your insurer?

21         A.   Yes.

22         Q.   Ma'am, did you, at any time after signing

23   the Platform Access Agreement, ever contact your

24   insurance agent and raise any questions concerning

25   the amounts, types, or existence of coverage under

```
 1    your policy or that you believed was being provided
 2    by Uber?
 3         A.   No.
 4         Q.   And, ma'am, just so I can make sure,
 5    before you could usually use the app, before you
 6    could pick up any rides and make any money, you
 7    actually had to sign this agreement, correct?
 8         A.   Yes.
 9         Q.   Now, how many rides -- once you signed
10    that, you said -- did you also, when you were signed
11    up, before May 6th, 2022, did you -- according to
12    you, did you also look up any insurance information
13    through either the Uber app or something else
14    regarding the insurance that was available or that
15    you believed was available?
16         A.   Can you repeat the question, please?
17         Q.   Certainly.
18              Did you go through the Uber app, prior to
19    May 6th of 2022, to determine what you -- strike
20    that.
21              You said you went online, and I think you
22    also had said that you looked through the app
23    regarding insurance information.  Is that correct?
24         A.   Yes.
25         Q.   Was the insurance information that you saw
```

Page 90

1     the same as what is contained in your complaint?

2                MR. DAHL:  Which I will mark as

3          Exhibit No.--

4                THE STENOGRAPHER:  Seven.

5                MR. BASNUEVO:  Seven.

6                MR. DAHL:  Thank you.

7                (Marked for identification as Plaintiff

8          Exhibit 7.)

9     BY MR. DAHL:

10         Q.   Is this the insurance -- or strike that.

11    This is -- Exhibit No. 7 is the nine-page complaint.

12    I'm on page 4 of 9 currently with the certificate of

13    insurance.

14                My question for you, ma'am, is the

15    insurance information that you claim to have seen,

16    is it this certificate of insurance that is on your

17    screen currently?

18         A.   Yes.

19         Q.   Where on this document do the words

20    uninsured/underinsured motorist appear?

21         A.   It doesn't say it specifically.

22         Q.   Does it say it unspecifically somewhere?

23         A.   That's what I understood.

24                My understanding from that is that they

25    would be able to cover us should anything happen to

1    us.

2         Q.   Ma'am, my question simply is -- so your

3    basis for that understanding isn't anything that's

4    in a document.  It's anything -- strike that.

5              Your basis for that understanding isn't

6    based upon what's contained in a document but rather

7    it's based upon your general belief and

8    understanding of what you thought they were doing,

9    not something they told you they were doing,

10   correct?

11             MR. BASNUEVO:  Form.

12        A.   I mean, it doesn't say that it's being

13   rejected or that -- or that anything is being

14   rejected or anything like that.  That's why, you

15   know, I felt more than comfortable with the coverage

16   that the company was providing that we were going to

17   be covered.

18   BY MR. DAHL:

19        Q.   Okay.  Ma'am, you've repeated this concept

20   that it doesn't say rejected.  Why do you believe

21   that there was an -- strike that.

22             Ma'am, do you believe that there was an

23   obligation to tell you that uninsured/underinsured

24   motorist coverage was rejected?

25             THE INTERPRETER:  Counselor, the

Page 92

```
 1          interpreter may have repetition on the

 2          question?

 3               MR. DAHL:   That's fine.

 4     BY MR. DAHL:

 5          Q.   Ms. Monasterio, do you believe that

 6     whether it's Uber, Progressive, or anyone else had

 7     to tell you that underinsured/uninsured motorist

 8     coverage had been rejected?

 9          A.   Yes.

10          Q.   What's the basis for that belief, ma'am?

11          A.   Excuse me?

12          Q.   What's the basis for your belief that that

13     was required to be told to you?

14          A.   Because it doesn't say it's rejected, and

15     since it doesn't say that it's been rejected, then I

16     believe that we're going to be covered.

17          Q.   But, ma'am, my question isn't -- that

18     might have been a question -- an answer to a

19     question that somebody else might ask later, but I

20     didn't ask that question.   Let's go back to the

21     question I asked.

22               Why do you believe it is required that you

23     be told that coverage was rejected?

24          A.   Because I thought it was included.

25          Q.   So you made a mistake reading, they should
```

Page 93

```
 1    have to tell you -- strike that.
 2              MR. BASNUEVO:  Yeah -- strike that.
 3    BY MR. DAHL:
 4         Q.   Because you didn't understand a document
 5    that you signed and agreed to, they should have to
 6    further specify out something that wasn't required
 7    by any statute or anything else, according to you,
 8    ma'am, right?
 9              MR. BASNUEVO:  Object -- hold on a second.
10              Objection to the form of the question.
11         That's argumentative.  That's inserting your
12         own beliefs about what's required or not
13         required by the statute --
14              MR. DAHL:  Read 627.7272.  Be done.  Thank
15         you.  Goodbye.
16              Let's move on and get an actual answer to
17         the question.  Because that's a speaking
18         question, too.
19              MR. BASNUEVO:  Well, you're asking
20         improper questions.  You've been doing it all
21         day.  Your own commentary about what is
22         required and what isn't required is not proper
23         in a question.
24              MR. DAHL:  No, I'm asking her what she
25         thinks is required and she's not answering it,
```

Page 94

1          so I'm trying to figure out.
2     BY MR. DAHL:
3          Q.   Ma'am --
4               MR. BASNUEVO:  She's saying -- you're
5          telling her if something is not required by
6          statute, who are you to determine whether
7          something is or isn't required by statute?
8               MR. DAHL:  A lawyer, a member of the Bar,
9          just for starters.  But I digress.
10              MR. BASNUEVO:  Well, you and I have
11         different opinions about what is required by
12         the statute.  You're representing an insurance
13         company that's denied a claim.
14    BY MR. DAHL:
15         Q.   Ma'am --
16              MR. BASNUEVO:  I do think it's improper to
17         be commending the way you've been commenting on
18         this stuff.  I've asked you multiple times to
19         cut it out and you haven't done so.
20    BY MR. DAHL:
21         Q.   Ma'am, let's go back to the question I
22    asked.
23              What is your source or your belief that
24    there is an obligation anywhere to tell you that
25    certain coverages have been rejected?

1      A.   Well, because if I'm driving for them,

2  then I -- then I -- they -- I should be covered or

3  they should tell me that I'm not being covered

4  because I'm driving for them.

5  BY MR. DAHL:

6      Q.   So that's your assumption?

7           MR. BASNUEVO:  Form.

8           MS. ADAMS:  Move to strike.

9  BY MR. DAHL:

10     Q.   They told you that they had a million

11 dollars liability coverage, right?

12          MR. BASNUEVO:  Form.

13     A.   I read it, yes.

14 BY MR. DAHL:

15     Q.   And you also did not read that there was

16 any uninsured/underinsured motorist coverage,

17 correct?

18     A.   Because it didn't specify it exactly.

19     Q.   Correct.

20          So you made an assumption, not based upon

21 what was anything in the -- the agreement that you

22 signed or what you went online to see, but you made

23 an assumption that there was uninsured/underinsured

24 motorist coverage, correct?

25          THE INTERPRETER:  Counselor, the

1              interpreter may have repetition on the

2              question?

3                    MR. DAHL:  Certainly.

4                    MR. BASNUEVO:  Object to the form.

5       BY MR. DAHL:

6         Q.  You made an assumption that there was

7       uninsured and underinsured motorist coverage, but

8       that assumption was not based upon the contents of

9       any of the documents that you saw or that were

10      provided to you, correct?

11                   MR. BASNUEVO:  Form.

12        A.  No.

13      BY MR. DAHL:

14        Q.  Okay.  Ma'am, show me a single document

15      that was provided to you that suggests or implies

16      that $1 million of uninsured or underinsured

17      motorist coverage would be provided for you while

18      driving utilizing the Uber app?

19                   MR. BASNUEVO:  Form.

20                   Mr. -- I'm sorry, Mr. Interpreter.  You

21              cut out.  We didn't hear the whole beginning of

22              your interpretation.

23                   MR. DAHL:  I'll restart.

24                   THE INTERPRETER:  If the interpreter can

25              begin again.

1    BY MR. DAHL:

2         Q.   I'll restate the question.

3              Ma'am, show me a single document that you

4    received, that you reviewed, that you read, that

5    said that you would be covered by $1 million of

6    uninsured/underinsured motorist coverage while

7    operating as a partner driver for Uber in Florida.

8              MR. BASNUEVO:   Form.

9         A.   Well, the document is that one.   The one

10   that I have.   The ones that -- that's the one

11   from -- that's online.   The -- that's -- that's

12   approved there.

13   BY MR. DAHL:

14        Q.   Okay.   So this is the document and the

15   only document you're referring to, correct?

16             MR. BASNUEVO:   Form.

17        A.   The one that's -- that's on the Internet,

18   yes.   Yes.

19   BY MR. DAHL:

20        Q.   Is this the same document that is on the

21   Internet?

22        A.   Yes.

23        Q.   You agree with me, ma'am, that there is

24   nothing in this document that says -- or strike

25   that -- it says -- this document that you are

Page 98

```
 1    relying upon -- or strike that.  Let me ask you this
 2    question.
 3              Ma'am, what is inaccurate according to
 4    this document, to you?
 5         A.   In this document -- this document it
 6    doesn't say that it's rejected.
 7         Q.   Okay.
 8         A.   It doesn't say that it's rejected.
 9    However, you know, when I hire an attorney, that
10    attorney doesn't say -- then that attorney says that
11    it shows me something else.  And that something else
12    shows that it's -- that it's rejected.  But it
13    doesn't say that here.
14         Q.   All right.  So according to you, this
15    document is inaccurate or contains a
16    misrepresentation because it doesn't affirmatively
17    say uninsured/underinsured motorist coverage was
18    rejected?
19              THE INTERPRETER:  Counselor, the
20         interpreter may have a repetition?
21              MR. DAHL:  Yeah.
22    BY MR. DAHL:
23         Q.   The only inaccuracy -- according to you,
24    the only inaccuracy within this document is the fact
25    that it does not specifically say that
```

Page 99

```
 1    uninsured/underinsured motorist coverage was
 2    rejected?
 3         A.   Yes.
 4         Q.   And the only reason that you believe -- if
 5    I understand you correctly, the only reason you
 6    believe that they should have said that -- and when
 7    I say -- they should have told you that it was
 8    rejected is because otherwise, you assumed that
 9    there was such coverage?
10         A.   Yes.
11              MR. BASNUEVO:   Form.
12    BY MR. DAHL:
13         Q.   Ma'am, why did you agree -- when you chose
14    to drive with Uber in Florida, as an Uber partner
15    driver, what was the minimum amount of
16    uninsured/underinsured motorist coverage that you
17    were comfortable driving in Florida with?
18         A.   I don't understand the question.
19         Q.   Certainly.
20              MS. ADAMS:   Just for purposes of
21         clarifying the record, we keep referring to I
22         think it's Uber partner driver.  Just to be
23         clear, the plaintiff was not an employee of
24         Uber and was an independent contractor.
25              So I just want make -- I understand, Pat
```

Page 100

1          what you're saying was a partner driver, but I

2          just want to make sure that we object to any

3          type of characterization of her being an

4          employee of Uber or Rasier.

5               MR. DAHL:  I don't think anybody thought I

6          was trying to do that.  I'll explicitly say I'm

7          not.

8     BY MR. DAHL:

9          Q.   So let me go back.

10              Ma'am, according to you -- so let's just

11    go back because I want to make sure it's very clear.

12    And let's go back and pull up the complaint.

13              Ma'am, we've covered this.  You have

14    alleged that paragraph 29 in your complaint, Uber

15    and Rasier stated in the Uber app that drivers were

16    protected by uninsured/underinsured motorist

17    coverage with limits varying by state as noted

18    above.  The required limits in Florida are

19    $1 million.

20              Correct?

21         A.   Yes.

22         Q.   Did you independently verify whether or

23    not UM coverage needed -- verify whether the

24    required coverage limits were $1 million?

25              MR. BASNUEVO:  Form.

Page 101

```
 1        A.   Yes.
 2   BY MR. DAHL:
 3        Q.   So -- and according to your complaint, you
 4   relied upon the -- or strike that.
 5             So you independently verified -- where did
 6   you look to find out that Uber was required to have
 7   $1 million in UM coverage?
 8             MR. BASNUEVO:  Hold on.  She's getting a
 9        call on her phone.
10        A.   Well, it wasn't that it was -- it
11   verified, but it was -- I was driving for the
12   company and I felt sure and confident that they were
13   protecting me.  I felt sure that I was being
14   protected, of course.
15             No one believes that anything factually
16   going to happen to them.  But I did feel safe and
17   comfortable driving because I felt that, you know,
18   in some form, the company was definitely protecting
19   you.  That you were being protected.
20   BY MR. DAHL:
21        Q.   So you didn't verify, ma'am, that the
22   requirement in Florida was $1 million?
23             MR. BASNUEVO:  Form.
24        A.   I mean, it says online -- it says online
25   that it's a million dollars.  It says online that
```

Page 102

1      it's a million dollars.

2              And so, you know, that's why I said that I

3      felt comfortable with that kind of protection

4      because it said that I would be covered up to a

5      million dollars if anything were to happen.  You

6      know, if I had some kind of serious injury or, you

7      know, something serious were to happen, then there

8      was that kind of coverage.

9              You know, it says online that there's a

10     coverage of a million dollars.

11     BY MR. DAHL:

12         Q.   And when you say online, we're going back

13     to the certificate of insurance that's up on your

14     screen right now, correct?

15         A.   Yes.

16         Q.   And that says $1 million combined single

17     limit or bodily injury and property damage under the

18     liability to others coverage section, correct?

19         A.   Yes.

20         Q.   And this same -- this Internet that you've

21     referred to, this document further provides that it

22     is for informational purposes only.  It confers

23     rights upon the certificate holder.  It does not

24     change, alter, modify, or extend coverages afforded

25     by the policies listed below.

Page 103

```
 1              Have I read that correctly?
 2              THE INTERPRETER:  Counselor, the
 3         interpreter asks that either to be amplified or
 4         if the interpreter --
 5              MR. DAHL:  Oh, yeah, yeah.  Sorry.
 6         A.   Yes.
 7    BY MR. DAHL:
 8         Q.   Further says that the coverage afforded by
 9    the policies listed below are subject to all the
10    terms, exclusions, limitations, endorsements, and
11    conditions of these policies.
12              Correct?
13         A.   Yes.
14         Q.   Did you ever ask for -- before you agreed
15    and signed up, or when you were looking at this, did
16    you ever ask for copies of the policies to confirm
17    that your understanding was correct?
18              THE INTERPRETER:  Counsel, may the
19         interpreter have repetition?
20              MR. DAHL:  Certainly.
21    BY MR. DAHL:
22         Q.   At any time, either before you executed
23    the PAA agreement or at any time before May 6th,
24    2022, did you ever request copies of the policies so
25    you could verify whether or not your assumptions
```

Page 104

1    were correct?

2              MR. BASNUEVO:  Form.

3         A.   No.

4              THE INTERPRETER:  Counselor, the

5         interpreter may request a brief comfort break.

6              MR. DAHL:  Certainly.

7              THE INTERPRETER:  Thank you.

8              (Off the record from 3:44 p.m. to 3:53

9         p.m.)

10   BY MR. DAHL:

11        Q.   Ma'am, before we broke, we were talking

12   about the representations.

13             According to your interrogatory answers,

14   you suggested that the Uber app stated that UM

15   coverage was provided with coverage levels varying

16   by state, but they did not state that there was no

17   coverage at all in Florida.

18             When was that representation made to you?

19             THE INTERPRETER:  The interpreter is

20        unable to hear the witness.

21             MR. DAHL:  Either can I.

22             MR. BASNUEVO:  Hello, can you hear us now?

23             THE INTERPRETER:  I can, yes.

24             If the interpreter can ask for repetition.

25             MR. BASNUEVO:  Can you ask the question

Page 105

1          again?  I think there was a problem coming in.

2          I also think there was a problem in the

3          interpretation.  Mr. Dahl asked when, and

4          Mr. Interpreter asked where.

5     BY MR. DAHL:

6          Q.   Start it over.

7               THE INTERPRETER:  The interpreter may ask

8          for repetition.

9     BY MR. DAHL:

10         Q.   Ma'am, your interrogatory answers suggest

11    that the Uber app stated that UM coverage was

12    provided with coverage limits varying by state, but

13    they did not state that there was no coverage at all

14    in Florida.

15              My question for you, ma'am, is:  When

16    specifically was that representation made?

17         A.   It says so on the Uber website.

18         Q.   Ma'am, when did you access the Uber

19    website?

20         A.   In January.  I don't recall exactly, but I

21    believe it was, like, January or February.

22         Q.   So sometime within two months, you went to

23    a website and specifically were interested in

24    insurance, but, ma'am, why was it suddenly that you

25    were interested in insurance when you never worried

Page 106

```
 1    about it when you were driving before in Texas?
 2              MR. BASNUEVO:  Form.
 3         A.   No, I said that I did review in Texas
 4    the -- for Uber Eats.  What I said was I didn't
 5    remember the amount.
 6    BY MR. DAHL:
 7         Q.   Ma'am, what was the -- let's go back to
 8    the question.
 9              What's the amount of uninsured motorist
10    coverage that you felt was -- that you needed in
11    order for you to be able to -- that you needed in
12    order for you to drive?
13              MR. BASNUEVO:  Form.
14         A.   Well, to be honest with you, I don't -- I
15    don't have, like, a set amount for that.
16    BY MR. DAHL:
17         Q.   Ma'am, did it have to be at least -- did
18    it have to be -- strike that.
19              So, ma'am, do you know whether or not you
20    even had -- when you were operating for Door Dash or
21    Uber Eats -- whether or not when you were driving in
22    Texas they afforded you with UM coverage?
23              MR. BASNUEVO:  Form, asked and answered.
24              MR. DAHL:  You know what?  That one's
25         right.  I've already asked that question.  I
```

Page 107

1           can move on.

2      BY MR. DAHL:

3           Q.   Now, ma'am, according to your complaint,

4      when you first became a TNC driver, so we're talking

5      in, according to my records, February of 2022, you

6      relied on the understanding that defendants offered

7      all insurance coverages required by law.  And you

8      relied on the understanding that defendants provided

9      her uninsured and underinsured motorist coverage.

10               Hold on.  Let me...

11               Paragraph 10.

12               MR. BASNUEVO:  The complaint, Interpreter.

13          A.   Yes, that's correct.

14     BY MR. DAHL:

15          Q.   Okay.  Ma'am, what -- prior to you signing

16     and agreeing to be a partner driver, what was your

17     understanding of what UM -- or strike that.

18               What was your understanding of what

19     insurance coverages, specifically what

20     uninsured/underinsured motorist coverages, were

21     required under Florida law?

22          A.   That they had to have coverage.

23          Q.   Well, ma'am, what was the basis for your

24     belief that they had to have coverage?  Because you

25     didn't have coverage on your car.

Page 108

1            MR. BASNUEVO:  Form.

2    BY MR. DAHL:

3        Q.   You may answer.

4        A.   No, because the coverage has to -- because

5    it's required by law.

6        Q.   Ma'am, when did you develop that -- you

7    requiring -- according to your testimony earlier,

8    you're supposed to -- required to have UM coverage

9    by law, right?

10           MR. BASNUEVO:  Form.

11       A.   Of course, but that's why I was with Uber,

12   because Uber was protecting me.  I mean, I was under

13   the Uber insurance.  Besides my -- on top of my own

14   insurance.

15           MS. ADAMS:  Form.

16           MR. DAHL:  Move to strike, nonresponsive.

17           MS. ADAMS:  Move to strike.

18   BY MR. DAHL:

19       Q.   Let's go back to the question that I

20   asked, because that wasn't it.

21           Ma'am, what was -- where did you -- you

22   said, and specifically have alleged, that you relied

23   on the understanding the defendants offered all

24   insurance coverages required by law.

25           What did you specifically understand was

Page 109

1    required in connection with uninsured and

2    underinsured motorist coverage?

3        A.   That they had to have the coverage.

4        Q.   But you keep saying it, and I appreciate

5    the circular logic, but, ma'am, where did that

6    belief come from?

7        A.   Because it's required by law.  And nowhere

8    does it say it's been rejected.

9        Q.   Ma'am --

10       A.   So I'm covered by Uber.  Because they have

11    the coverage.

12           MS. ADAMS:  Move to strike.

13           MR. DAHL:  Move to strike.

14   BY MR. DAHL:

15        Q.   Ma'am, when, prior to becoming a TNC

16    driver in the state of Florida, did you review the

17    law regarding the insurance obligations for TNC

18    company?

19        A.   Can you repeat the question?

20        Q.   Certainly.

21           When, before you became a TNC driver in

22    Florida, did you read the law regarding the

23    insurance requirement?

24           MR. BASNUEVO:  Form.

25        A.   This is just general understanding that,

Page 110

1    you know, you have to have insurance coverage.

2    And --

3    BY MR. DAHL:

4         Q.   Okay.

5         A.   -- since Uber was providing that, then I

6    felt comfortable being an Uber driver.

7         Q.   Okay.  Ma'am, on May 6th, 2022, were you

8    involved in an accident?

9         A.   Yes.

10        Q.   Were you involved in an accident while you

11   were transporting an Uber rider?

12        A.   Yes.

13        Q.   When did you start -- when did you log

14   into the application for the first time on May 6th,

15   2022?

16        A.   I'm sorry.  Can you repeat the question?

17        Q.   Certainly.

18             When did you log into the application on

19   May 6th, 2022?

20        A.   I don't recall exactly.  I believe it was,

21   like, my second ride that day.  The first or second.

22   I don't remember exactly.

23        Q.   How long had you been driving that day

24   before your accident occurred?

25        A.   Like, less than an hour.  I don't recall

Page 111

1    exactly, but it wasn't very long.  I mean, I had

2    basically just left my house.

3         Q.   I think you suggested it but I didn't ask

4    the question, so I'm going to do it this way:  How

5    many fare -- how many Uber passengers had you picked

6    up before picking up the passenger involved -- who

7    you were transporting at the time of the accident?

8         A.   How many passengers had I picked up

9    before?  That's what I don't remember, to be honest

10   with you.  I don't remember exactly.

11        Q.   Okay.  What was the name of the

12   passenger --

13             MR. BASNUEVO:  There's a fly in here.

14             MR. DAHL:  Clean your office, your filthy

15        animal.

16   BY MR. DAHL:

17        Q.   What was the name of the passenger who you

18   had accepted at the time of the accident?

19        A.   I don't recall.

20        Q.   Where were you picking him up from?

21        A.   At the Fort Lauderdale airport.

22        Q.   And where were you planning on taking him

23   to?

24        A.   I don't recall exactly what the address

25   was, but I believe it was Miami because it was about

Page 112

1    an hour away.

2         Q.   What was the route that you were planning

3    to take to get from Fort Lauderdale airport to the

4    ultimate destination in Miami?

5         A.   I took I-95, the route which is the one

6    that the GPS told me to take.

7         Q.   And, I'm sorry, I should have asked this

8    earlier.  Did you get matched up with this

9    particular fare at Fort Lauderdale airport through

10   the Uber app?

11        A.   The Uber app is the one that assigns

12   the -- the routes that we get.  The rides that we

13   get.  We don't -- I mean, we can just accept them or

14   not, but we don't get to choose them.  It is the app

15   that gives us and that -- the one that assigns the

16   rides.

17        Q.   Fair enough.

18             And you accepted a ride through the Uber

19   app?

20        A.   Yes, that's correct.

21        Q.   And I'm -- I should have asked this

22   earlier, and I apologize for jumping around, but I

23   want to make sure I get it when I go back so I don't

24   have to go back.

25             When we were talking about the

Page 113

```
 1    representations through the Uber app and online,
 2    when you were asked about the statement the Uber app
 3    stated that the UM coverage was provided with
 4    coverage limits varying by state, but they did not
 5    state that there was no coverage at all in Florida,
 6    that statement was not made by Progressive, correct?
 7         A.   Yes.
 8         Q.   Now, you get matched with this individual.
 9    According to the complaint, the individual is
10    identified as Mr. Cavanaugh.  Does that sound right?
11         A.   Yes.
12         Q.   Now, where did -- specifically did this
13    accident occur?  I know you said it's southbound 95,
14    but it's, like, up in Hollywood, down in -- closer
15    to Miami?
16              MR. BASNUEVO:  I'm sorry.  I object to the
17              interpretation.  The question was where did the
18              accident occur, not where --
19              THE INTERPRETER:  The interpreter will
20              need a repetition.  If the interpreter may have
21              repetition on the question.
22              MR. DAHL:  Certainly.
23    BY MR. DAHL:
24         Q.   Where, ma'am -- I know you said southbound
25    95, but can you be slightly more specific, whether
```

Page 114

1    it's a city or anywhere else -- where on 95 did the

2    accident occur?

3        A.   It's around the Hollywood exit.  Around

4    the area where the Hollywood exit is.  I don't know

5    the number of the exit exactly, but it is around

6    that area.

7             And it's because I have gone by there

8    several times since.  I don't remember during the

9    accident where it was.  I don't remember exactly

10   where it was during the accident, but after the

11   fact, I've gone by there several times.  And so it

12   is around the Hollywood exit.

13       Q.   And as you're approaching the accident

14   area, what lane of traffic were you in?

15       A.   The one that's -- in the one that is

16   closest to the -- to the -- what is that, the

17   concrete barrier, the -- the concrete there --

18   barrier there.  I was going down the -- the express

19   lane, the one that's -- that's off to the side, I

20   was going down the express lane, and it's got two

21   lanes on the express lane there.

22            I was on the one that was closest to the

23   concrete barrier.

24       Q.   So you were in the furthest left lane of

25   the express lanes in all of 95?

Page 115

1      A.   Yes.

2      Q.   How fast were you driving, ma'am?

3      A.   I don't recall, but I always drive safely.

4           MR. DAHL:  Move to strike.  I don't think

5      even I could get away with bolstering myself

6      that way.

7           MR. BASNUEVO:  Hold on.  You asked her a

8      question.  She said she doesn't recall.

9      There's nothing improper about that.

10          MR. DAHL:  "I always drive safely" is the

11     one you can't get -- Javier, you can't do that.

12     You know you can't do that.

13          MR. BASNUEVO:  Why not?

14          MR. DAHL:  So we're going to allow her to

15     proffer her own character and habit evidence

16     when there's been no foundation and it hasn't

17     been challenged?  Good luck.

18          MR. BASNUEVO:  What's your -- yeah.  I

19     mean, I --

20          MR. DAHL:  You can't offer character and

21     habit like that, and you know it.

22          MR. BASNUEVO:  That's not a proper motion.

23     But let's just keep going.  I won't -- let's

24     get done with this.

25

Page 116

BY MR. DAHL:

Q.   So, ma'am, you don't know what speed you were going, correct?

A.   No, but I'm certain that I wasn't speeding because I don't speed.

Q.   What was the traffic conditions like? Were there a lot of cars?

A.   So-so.

Q.   Did you ever see any of the cars that were also involved in the accident before being struck?

THE INTERPRETER:  Counselor, can the interpreter have repetition on the question?

MR. DAHL:  Certainly.

BY MR. DAHL:

Q.   Did you ever see either of the other two vehicles that were involved in the accident before you were struck?

A.   No.

Q.   What part of your car came into contact with what part of any of the other vehicles?

A.   The front of my car marked the -- the car that ended up just coming out of nowhere.  I mean, it was so sudden that it didn't give a chance to do anything.  That car came over the cones and -- and just came right into the lane and didn't give an

Page 117

1    opportunity to brake or anything.  It was just

2    sudden.

3         Q.   So, ma'am, a car came -- you said came

4    over the cones; it came from your right side to your

5    left, correct?

6         A.   Yes.

7         Q.   You had one full lane to your right that

8    was still in the express lanes before the cones,

9    correct?

10        A.   Yes.

11        Q.   And it was the front -- when you say the

12   front of your car, was it the center of your car or

13   was it -- the impact more to the right front, the

14   side, what specific part -- strike that.  Let me ask

15   it this way:

16             Was the impact between your car and the

17   other vehicle by the front bumper of your car?

18        A.   Can you repeat the question, please?

19        Q.   Certainly.

20             Was the damage -- was the first point of

21   the impact of your car up by the front bumper in

22   front of the hood?

23        A.   Yes.

24        Q.   So a vehicle comes from your right, is in

25   front of you, crosses the poles and an entire lane

Page 118

```
 1    of traffic, and according to you, there was not

 2    time, it just came out of nowhere, correct?

 3         A.   That's correct.

 4         Q.   At any time before impact, did you apply

 5    your brakes?

 6         A.   I don't remember.

 7         Q.   At any time before impact, did you make

 8    any steering inputs either to the left or to the

 9    right?

10         A.   I don't recall.  It was all so fast.

11         Q.   Were there any vehicles -- you're

12    approaching the point of impact; were there any

13    vehicles in the right lane or to your right also

14    heading southbound in the express lane?

15         A.   No.

16         Q.   Did anything prevent you from seeing the

17    vehicle that came from your right across the cones,

18    across an entire lane of traffic, before impact?

19         A.   No.  No, the car -- it was a matter of

20    seconds.  I didn't get an opportunity to brake or

21    anything.  I don't remember any of that.

22         Q.   Do you remember the impact?

23         A.   No, nothing.

24         Q.   After you struck the other vehicle, what's

25    the next thing that you remember?
```

Page 119

1              MR. BASNUEVO:  Form.

2        A.   When I wake, I can't feel anything from my

3   waist down, from the middle of my body down.  I

4   thought I was going to die at that point in time.

5   BY MR. DAHL:

6        Q.   Where did you wake up?

7        A.   I was in the car.

8        Q.   I should have asked you this earlier.

9   Were you wearing your seatbelt?

10        A.   Of course, yes.

11        Q.   Can you tell me what part of your body, if

12   any, hit any part of the interior of the car?

13        A.   I don't know.

14        Q.   Can you tell me how you were specifically

15   wearing your seatbelt?  Was it properly over your

16   shoulder into the harness?  Did you have any portion

17   behind you?

18              THE INTERPRETER:  Counsel, may the

19         interpreter have repetition of the question?

20              MR. DAHL:  Certainly.

21   BY MR. DAHL:

22        Q.   Were you wearing -- how were you -- let me

23   just rephrase it.

24              How were you wearing the seatbelt?

25        A.   Like this, how you wear it.

Page 120

1          Q.   Just -- the witness was showing over her

2     left shoulder attached like one would --

3               MR. DAHL:  Mr. Basnuevo, you'd agree the

4          standard seatbelt formation, does that work?

5               MR. BASNUEVO:  That works.

6     BY MR. DAHL:

7          Q.   You said immediately after the impact, you

8     felt that there was -- you couldn't feel anything

9     from your waist -- did you say from your waist down,

10    or did you say from your chest down?

11         A.   I don't know exactly.  I mean, from here

12    on down.  From here down.  I mean, I would say

13    that -- yeah, I mean, I would say from here, because

14    I would do like this, and I wouldn't feel anything

15    down below.

16               I mean, it just felt hollow.  It felt

17    complete emptiness.  Hollow.

18         Q.   Were you treated -- did you have any

19    conversations with anyone at the scene of the

20    accident?

21         A.   Anyone like whom?  What do you mean, like,

22    over the phone or to a paramedic.

23         Q.   Anybody.  Absolutely anybody.

24         A.   I grabbed my phone and I tried calling

25    several friends to let them know what had happened,

Page 121

```
 1     but, no.
 2          Q.   Okay.  So you've made attempts to call,
 3     but the only people you actually spoke to, if I
 4     understand you correctly, were the paramedics when
 5     they arrived?
 6          A.   The paramedics hadn't even taken me out of
 7     the vehicle.  They were outside discussing things.
 8     They were -- they -- they weren't helping me.  I
 9     mean, maybe they thought I was dead.
10               MR. DAHL:  Move to strike.  Calls for
11          speculation.
12     BY MR. DAHL:
13          Q.   But let's go back.
14               Ma'am, at any time -- or were you
15     eventually removed from the car?
16          A.   Yes.
17          Q.   Once you were removed from the car, did
18     you have conversations with anybody aside from the
19     paramedics?
20          A.   I just said I couldn't feel my legs.
21     Just -- oh, they were asking me for my name.
22          Q.   Did you -- did they have to use any
23     special tools to get you out of the car?
24          A.   Yeah, like, this thin, long stretcher-type
25     device thing.  Because since I couldn't feel my
```

                                                    Page 122

1     legs, then they had to put it -- put it underneath

2     me to try and pull me out.

3          Q.   Have you heard the phrase backboard?

4          A.   No.

5          Q.   Were you taken to the hospital?

6          A.   Yes.

7          Q.   What hospital were you taken to?

8          A.   Memorial.  The one that's in Hollywood.

9          Q.   Were you ever told what was wrong with

10    you?

11         A.   The doctor, just when I got to the

12    hospital, they made me sign a bunch of forms

13    telling -- you know, that -- you know, telling me

14    that they were going to have to do blood

15    transfusion, asking if I feel my legs, my name,

16    things like that.  And that they had to do emergency

17    surgery.

18         Q.   Did they tell you why they needed to do

19    emergency surgery?

20         A.   The doctor did -- told me that they had to

21    do a bunch of tests first, and then they said that

22    they had to operate because I had a lot of

23    compression in my back, and so that they had to

24    operate to see what exactly I had.

25         Q.   Were you ever told what caused -- and I'm

Page 123

1    not talking just on the day of May 6th, at any time

2    after -- did you break something?  Was there -- what

3    caused the issues that you're experiencing with your

4    lower extremity?

5         A.   Yes.

6         Q.   What did they tell you caused the issues

7    with your lower extremity?

8         A.   They told me that I had problems in the

9    medula of L2 and that -- but there was a lot of

10   pressure and inflammation, and that I had to wait to

11   see what the -- what -- how that would progress.

12        But it was basically they did say that --

13   that it was a complete -- that it was a full injury

14   where I was not going to be able to walk again.

15        Q.   You said the injury was at the L2 level?

16        A.   L2.

17        Q.   They told you that you had sustained any

18   other injuries to your spine in any other levels

19   besides the L2 level?

20        A.   That there was a lot of compression

21   happening with the spine, that the discs were not --

22   that they had all been moved about.  That the actual

23   injury was to L2, but that the accident had created

24   problems all the way from T2 -- T12 all the way to

25   L1.

Page 124

1      Q.   Had you ever -- prior to this accident on

2   May 6th, 2022 -- ever experienced any form of back

3   problem?

4      A.   No.

5      Q.   Have you ever -- prior to May 6th, 2022 --

6   ever previously undergone any form of MRI?

7      A.   Can you repeat the question, please?

8      Q.   Certainly.

9           Had you ever undergone an MRI before

10  May 6th, 2022?

11     A.   Yes.

12     Q.   For why had you undergone an MRI prior to

13  May 6th, 2022?

14     A.   Because -- I don't remember the exact

15  year, but I was riding with a friend, and we had an

16  accident.

17     Q.   When you say don't know exact year, was

18  that in 2020s, 2010s, when?

19     A.   That was, like -- I'd say that was about

20  ten years ago.  My friend was -- my girlfriend -- my

21  friend was the one that was driving.  She's the one

22  who had the accident.

23     Q.   But you were in the car?

24     A.   Yes, I was the copilot.

25     Q.   When you did that, you were injured

Page 125

1    sufficient enough to have to undergo an MRI,

2    correct?

3        A.   I got hit here in the eyebrow, and just

4    for safety precautions, they did a resonance.

5        Q.   Did you -- as a result of being involved

6    in that accident, did you file any claim for

7    insurance benefits?

8        A.   No.

9        Q.   Did you receive any sums in terms of a

10   settlement, regardless of whether you made a claim?

11       A.   No.

12       Q.   And I should have asked this earlier.

13   With respect to this case, have you taken out any

14   loans or advances against any potential proceeds of

15   any -- the resolution of this case or your accident

16   claims?

17       A.   No.

18       Q.   With respect to -- who was the doctors --

19   you identified four doctors in response to your

20   answers to interrogatories.  You say Dr. Buttrick

21   performed the operation; what operation did

22   Dr. Buttrick perform?

23       A.   The back surgery.

24       Q.   When was the last time you've been seen by

25   Dr. Buttrick?

Page 126

1          A.   I don't recall exactly, but I believe it
2      was July.  June or July.
3          Q.   Have you been -- June or July of this year
4      or last -- it has to be last year.  We haven't
5      invented time travel.
6          A.   Yes.
7          Q.   Do you have any plans to see Dr. Buttrick
8      in the future?
9          A.   Yes.
10         Q.   Do you have any appointments scheduled
11     with Dr. Buttrick?
12         A.   No, not yet.
13         Q.   Okay.  So if I understand it, you last saw
14     him in June or July, you have not seen him since,
15     and you have no current appointments, correct?
16         A.   Correct.
17         Q.   All right.  And then you've identified
18     Dr. Joanne Marie Delgado-Lebron.  What type of
19     doctor is Dr. Lebron?
20         A.   She was -- she was at the rehab center
21     where I was sent after the surgery.  She was the one
22     who had me under observation.
23         Q.   From when to when were you at the rehab
24     center?
25         A.   One week after the accident up to it.

Page 127

1              THE INTERPRETER:  The interpreter needs to

2        clarify.

3        A.   So June 2nd was when I was with her.

4   BY MR. DAHL:

5        Q.   Have you had any subsequent appointments

6   or evaluations by Dr. Delgado-Lebron since you left

7   the rehab center on June 2nd?

8        A.   No.

9        Q.   The next doctor that's identified is

10  Dr. Dan Jurus, a chiropractor.  From when to when

11  were you being seen by Dr. Jurus?

12       A.   He saw me in July --

13              THE INTERPRETER:  The interpreter needs to

14        clarify again.

15       A.   In June.  Saw me in June.  And I still see

16  him.

17  BY MR. DAHL:

18       Q.   You still see him.

19              What was the last time that you've been

20  seen by Dr. Jurus, the chiropractor?

21       A.   I believe, like -- I believe two weeks

22  ago.

23       Q.   Okay.  And you're seeing the physical

24  therapist at Neurofit 360, correct?

25       A.   Yes.

Page 128

1     Q.   Who is the physician -- the doctor, not a
2     therapist, not a chiropractor -- that is managing
3     your overall care?
4     A.   Well, the only doctor is the one who
5     operated on me.  He's the one who gives the orders
6     for me to go to therapy or things like that, but I
7     don't see him.  It's just by phone.
8     Q.   Have you gone back -- have you been
9     examined by -- whether it's a physician's assistant
10    in his office or anyone else -- have you been seen
11    by -- whether it's Dr. Buttrick, a physician's
12    assistant, anyone -- actually examined you since you
13    left the hospital with Dr. Buttrick's office?
14    A.   In September.  In September I had some --
15    a bone density exam performed, and then some x-rays.
16    They -- they had -- he had -- he requested some --
17    it was a resident -- no, not a resonance.  It was an
18    x-ray.
19         It was an x-ray to see and make sure that
20    everything with the surgery was still in place, that
21    nothing had moved or shifted and everything was the
22    same.  And -- because he's the one that has to see
23    me in order to order any kind of therapy or anything
24    like that.  But in order to order those things, to
25    make sure that -- and determine what moves -- what

Page 129

```
 1    all I can move and what all I should be working on
 2    and doing, he's got to see me.
 3              And the last time, that was in September.
 4         Q.   So you have not been seen by a medical
 5    doctor since September, correct?
 6         A.   That's correct.
 7         Q.   Have any of your physicians given you --
 8    or strike that.
 9              Have any of your doctors said that you
10    need to undergo any additional surgical procedures
11    in the future?
12         A.   No.
13         Q.   Have any of your doctors told you what you
14    are -- the ultimate prognosis is for your condition?
15         A.   No.
16         Q.   Since the time of your initial injury up
17    until the present, have you had improvements
18    concerning your lower extremity function?
19         A.   Yes.  A little.
20         Q.   Can you describe that for me, please?
21         A.   I feel like -- it's, like, a map of my
22    legs.  You know, like, I can -- there's some things
23    that I can -- you know, like, I can move one foot
24    but I can't move the other.  Like, I can move some
25    toes in my right foot but not --
```

Page 130

```
 1              THE INTERPRETER:  The interpreter needs to
 2         clarify.
 3         A.   I can move my toes -- I can move my toes
 4    in my right foot, but nothing on my left foot.
 5    Nothing at all.
 6    BY MR. DAHL:
 7         Q.   How far -- or strike that.
 8              Some of the notes that I have suggest that
 9    you have progressed to the point where you can use a
10    walker.  Is that accurate?
11         A.   I mean, I can't do it without any kind of
12    assistance.  I can't because my legs won't hold
13    me -- my legs -- my knees, they don't have any
14    strength and they don't hold me, and they just
15    completely buckle.
16              So in order to be able to do that, I have
17    to have actual physical help.  So I basically have
18    to have a brace to be able to lock my knees in
19    place, and then I also have to have the walker.
20    Plus actual physical help from somebody.
21              So it's three different types of aid to be
22    able to use a walker, so not something I can
23    actually use.
24         Q.   So you're currently using a -- when you
25    say -- the issues that you're having in your lower
```

1    extremities, do you have full feelings up to your

2    knees or down to your knees.

3            And I'm trying to show from your chest

4    down to your knees.

5        A.   Yes.  Yes, I have, but I feel very

6    little -- it's limited.  It's very limited.

7        Q.   I'm trying to figure out where -- where --

8    I -- I can't put myself in your body.  I'm trying to

9    figure out where along your body, from your hips as

10   you go lower down to your knees and to your ankles,

11   where does -- where is there a change in sensation

12   or a -- where do you begin to lose feeling?

13       A.   What I feel from my waist to my knees is

14   very limited sensation.  Very limited feeling,

15   something that's not normal because it's extremely

16   limited.  From my knees down to my feet I feel

17   absolutely nothing.

18       Q.   And that's on both sides?

19       A.   No.  On my right, I can feel all the way

20   down to the foot.  I have feeling down to the foot

21   from my -- from my hip all the way down to the foot,

22   limited.  On my left side, I have from my hip to my

23   knee.  From my hip to my knee.

24            But from my knee down on my left foot,

25   nothing.

Page 132

1          Q.   Okay.  I want to work -- I just want to
2     understand the differences between the right side
3     and the left side.
4               With the right side, when you say you have
5     feeling all the way down to your foot, is that
6     normal feeling all the way down to your foot, or is
7     that less -- a less than normal feeling from your
8     hip all the way down to your foot?
9          A.   It's very limited.  It's not a -- it's not
10    a normal feeling that I have.  It's very limited.
11    Not that you would normally have.  You know, out of
12    let's say 100 percent, I would feel I have maybe
13    30 percent feeling, which is not normal.
14         Q.   Is that more or less than you had at the
15    time of the incident?
16         A.   It's more.  I mean, when I had the
17    accident, it was zero.
18         Q.   Would you agree that it's progressing,
19    albeit slowly?
20         A.   Yes.
21         Q.   Now changing gears to the left, has there
22    been -- the entirety from the hip down all the way
23    to the foot is nothing; do I understand you
24    correctly?
25         A.   That's correct.  And I also can't --

Page 133

1            THE INTERPRETER:  And the interpreter
2        needs to clarify.
3        A.  I also can't use the -- I also can't go to
4    the restroom.  I can't do either of them.
5    BY MR. DAHL:
6        Q.  Do you currently have a catheter or a
7    colostomy bag?
8        A.  Yes, I have to use them.  I have no -- no
9    strength or function.
10       Q.  So you have -- you have both a colostomy
11   bag and a catheter?
12       A.  I -- I do my -- I do it myself.  I -- I
13   insert my own catheter.
14       Q.  No, I was just -- you do have a
15   catheter -- you have a colostomy bag and a catheter?
16   I'm not saying that somebody else has to place it
17   for you.
18       A.  Yes, that's correct.
19       Q.  Have any of your physicians suggested or
20   implied that that may improve over time to the point
21   where you may regain that level of function?
22       A.  No.  They say that no one knows.
23       Q.  Are you currently under the care of any
24   neurologist?
25       A.  No.

Page 134

1          Q.   Have you been evaluated by a physiatrist

2     or a life care planner?

3          A.   No.

4          Q.   Do you currently have any appointments to

5     be seen or evaluated by either a physiatrist or a

6     life care planner?

7          A.   Not currently, no.

8          Q.   Do you currently have any appointments to

9     be seen by a neurologist?

10         A.   No.

11         Q.   Aside from the issues that you're

12    experiencing as a result of your spinal injury in

13    the lower extremities, the colostomy bag, the

14    catheter, are there any other injuries for which

15    you're claiming connection with this lawsuit?

16         A.   Well, the insurance thing.

17         Q.   No, I'm talking about physical injuries to

18    your body.  Sorry.

19         A.   Well, I mean, just this.  You know, I

20    can't walk.

21              MR. DAHL:  Just briefly off the record.

22              (Off the record from 5:03 p.m. to 5:07

23         p.m.)

24    BY MR. DAHL:

25         Q.   Ms. Monasterio, before we broke, we were

Page 135

1    talking about your medical care and treatment.  And

2    I just want to make sure I understand every injury

3    that you're claiming.

4              You have the back and spinal issues that

5    resulted in a four-level fusion, correct?

6         A.   Yes.

7         Q.   What were the levels of the fusion?  You

8    had mentioned L2 earlier, but there has to be more

9    levels than that.

10        A.   It was T12 -- it was from T12 on.  So it

11   was T12 -- I believe T12, L1, L2, and L3.  Yes, yes.

12   Because it was from T12 and all the way down.

13   Right.  Yes.

14        Q.   In addition -- I understand that you had a

15   hip fracture; is that correct?

16        A.   The hip.

17             MR. BASNUEVO:  Misspoke.

18   BY MR. DAHL:

19        Q.   Was that the hip or pelvis?

20        A.   I mean, the fracture's actually L2.

21   That's where the fracture was.  That's the one that

22   broke.

23        Q.   Any other fractures that you're claiming

24   as a result of this accident?

25        A.   I don't know if they're -- I don't know if

Page 136

 1    they're fractures or not, but my ribs, my ribs, you
 2    can't touch them even now because they hurt.
 3    Because it's, like, this whole area here with the
 4    ribs.  It was like it was crushed.  It was like it
 5    was crushed.
 6        Q.   Did your airbag deploy in connection with
 7    the accident?
 8        A.   Yes.  And it actually broke my eyebrows.
 9        Q.   Now, just going through and wrapping up
10    some things, back in Texas, you said you were seen
11    by OB/GYN doctors, a nurse practitioner, and an
12    aesthetic doctor.
13            The aesthetic doctor, did you undergo any
14    surgical procedures?
15        A.   No.
16        Q.   And what were you seeing what you refer to
17    as aesthetic doctors for?
18        A.   Aesthetic doctor, I don't remember.  I
19    don't remember what that one is.  I don't remember.
20        Q.   Okay.  With respect to some of the other
21    answers, you included in your answer to
22    interrogatory No. 2 -- or interrogatory -- strike
23    that.
24            You included in your answer to
25    interrogatory No. 13 that you were claiming

Page 137

1    estimated lost wages of $45,000 for 31 years.

2    Correct?

3         A.   Yes.

4         Q.   But we know from what we covered earlier,

5    you weren't making $45,000 a year because you were

6    losing, for example, 26,000 of that every year in a

7    different business, correct?

8              MR. BASNUEVO:  Form.

9         A.   No.

10   BY MR. DAHL:

11        Q.   Okay.  So then let's go through this

12   again.

13             MR. BASNUEVO:  No, I object to this as

14             harassing the witness.  You know as well as I

15             do that income and taxable deductions are two

16             different things.  So if you're going to do

17             this, you're going to walk into a motion for

18             protective order on this issue.

19             MR. DAHL:  Then you know what?  So is

20             committing -- bringing a claim that is on the

21             edge of unsupported and probably would be

22             predicated upon -- these aren't -- because

23             she's claiming business losses on your personal

24             income and your wages in income from other

25             sources for a business she's not declaring and

1    she's writing it off as a business loss.
2         The tax ramifications go both ways,
3    Mr. Basnuevo.
4         MR. BASNUEVO:  No, they don't.  We're
5    talking about what income she can earn.
6    Whether she can take a deduction from that
7    income doesn't reduce her ability to earn it.
8    And medically whether she's able to do it or
9    not.
10        MR. DAHL:  Mr. Basnuevo, whether or not
11   she's formed the calculation predicated upon
12   figures that I think are on the edge of
13   potentially issues that would at a minimum
14   require amending your tax return, because
15   that's not income.  That's predicated upon a
16   calculation that is on the equivalent of I
17   think misleading and potentially fraudulent.
18        MR. BASNUEVO:  I, No. 1, would be very
19   careful with your words.  No. 2, you're not a
20   tax lawyer, from what I know.  I haven't seen
21   that you got a tax LLM anywhere.
22        MR. DAHL:  Last time I checked, you don't
23   need one to be able to do it because my -- I
24   know pretty much tax law on what you can do on
25   a Schedule C and it's not that.

```
1              MR. BASNUEVO:  Well, you haven't seen
2         any -- you haven't seen any of the underlying
3         documents, and you haven't --
4              MR. DAHL:  Because you haven't produced
5         them, by the way.  Because you haven't produced
6         them.
7              MR. BASNUEVO:  I don't have them.
8              MR. DAHL:  But you are predicating your
9         claim on this number.  So you --
10             (Simultaneous colloquy.)
11             THE STENOGRAPHER:  I'm sorry.  One at a
12        time, please.
13             MR. DAHL:  I think I'm standing on pretty
14        good ground right now.
15             MR. BASNUEVO:  Oh, I don't think you're
16        standing on good ground at all.  I don't think
17        you're standing good ground at all.
18             She was earning that amount of money, and
19        that amount was taken from her earnings and her
20        taxes.  Now, whether or not she had business
21        losses and deductions doesn't take way from the
22        fact that she was earning that money and she's
23        now unable to earn it because she's unable to
24        work because she can't walk.
25             MR. DAHL:  Okay.
```

Page 140

```
 1              (Simultaneous colloquy.)
 2              THE STENOGRAPHER:  Excuse me.  Excuse me.
 3      Excuse me.  I can't take both of you at the
 4      same time.
 5              MR. DAHL:  You haven't produced a W-2.
 6      She has a prior history of providing all of her
 7      platform income in both places and double
 8      dipping.  You know what?  Using 45, and she was
 9      working part-time for two months, and the last
10      calculation you have is in 2020 and she hasn't
11      filed or produced 2021 return.
12              MR. BASNUEVO:  I've given you everything
13      that she gave me.  I'm not holding anything --
14              MR. DAHL:  Not --
15              (Simultaneous colloquy.)
16              THE STENOGRAPHER:  I'm sorry.  You have to
17      stop.
18              MR. BASNUEVO:  Right.  Before today, I
19      gave you everything she gave me.  You never let
20      me know that there was any issue, that you
21      wanted any additional documents.  So for you to
22      come now and say, well, I haven't gotten this,
23      I haven't gotten that, well, respectfully,
24      Mr. Dahl, you haven't told me that you were
25      missing anything or wanted anything additional.
```

Page 141

```
 1              MR. DAHL:  Not my obligation in federal
 2         court, Mr. Basnuevo.  Last time I checked,
 3         there's a duty to supplement.
 4              MR. BASNUEVO:  There's a duty to
 5         supplement, if I'm aware there's a need for
 6         supplementing.
 7              MR. DAHL:  So you don't think the omission
 8         of a 2021 tax return --
 9              MR. BASNUEVO:  No.  I asked her for
10         everything she had and this is what I received.
11              MR. DAHL:  That's fine.  Let's go through
12         it.
13              MR. BASNUEVO:  As far as I --
14    BY MR. DAHL:
15         Q.   Ma'am --
16              MR. BASNUEVO:  Anyway, I'm not going to
17         argue this with you.  I'm telling you don't go
18         back over things you've already gone over.
19              I think you've already been harassing the
20         witness.  You're also on the edge of
21         impermissible conduct.  We've been here for
22         hours on hours and you only started to get to
23         the meat of this case after 3:00.
24              MR. DAHL:  I disagree with you because I
25         think I got my meat pretty early in this
```

Page 142

1          mission.  But we'll disagree like we have on

2          most things.

3      BY MR. DAHL:

4          Q.   So, ma'am, my question is:  The $45,000

5      per year you're quoting, the only tax return you've

6      ever produced that shows $45,000 of earnings is your

7      2020 tax return, correct?

8          A.   Yes.

9          Q.   So in 2017, you only earned $10,000,

10     correct?

11         A.   Yes.

12         Q.   And in 2018, it was only 27,000, correct?

13         A.   Yes.

14         Q.   So why didn't you average out in your

15     calculation the amount of -- or strike that.  Let me

16     ask you this:

17              Do your W-2s from Amazon for 2019 and 2020

18     reflect $42,000 in W-2 income from Amazon?

19              MR. BASNUEVO:  Form.

20         A.   Something like that.  Around there.

21     Something like that.

22              MR. DAHL:  I don't have any further

23         questions at this time.

24              MR. BASNUEVO:  Veresa?

25              MS. ADAMS:  Sure.

```
 1                    CROSS-EXAMINATION
 2   BY MS. ADAMS:
 3        Q.   Hi, Ms. Monasterio.  I have a few
 4   questions.  I'm going to try to be very quick here.
 5             To be clear, you were not an employee of
 6   Uber Technologies or Rasier, its subsidiary, when
 7   you used the app from 2018 to 2022; is that correct?
 8             THE INTERPRETER:  Counsel, may the
 9        interpreter have repetition on the question?
10        My apologies.
11             MS. ADAMS:  Pardon me?
12             THE INTERPRETER:  May the interpreter have
13        repetition on the question?
14   BY MS. ADAMS:
15        Q.   Ms. Monasterio, were you -- or you were
16   not, rather, an employee of Uber or its subsidiary
17   Rasier when you used the app from 2018 to 2022?
18        A.   Yes.
19        Q.   And you set your hours when you were going
20   to be using the app or when you were not, correct?
21        A.   Yes.
22        Q.   You didn't wear a uniform?
23        A.   No.
24        Q.   And when you worked with Amazon, I believe
25   you testified that you were full-time; is that
```

Page 144

1    correct?

2         A.   Yes.

3         Q.   Was there a time when you were working for

4    Amazon that you were also using any apps, either

5    delivery apps or rideshare apps?

6         A.   I don't understand.  Can you ask the

7    question again?

8         Q.   Did you work for Amazon -- so let's say in

9    24 hours a day you did some work with Amazon.  Was

10   there ever a time that you would come home and

11   either get on one of the apps to either have

12   deliveries or pick up rides?  And that's for any

13   app.

14        A.   Yes.

15        Q.   And which apps or app did you use when you

16   were working for Amazon?

17        A.   When I was in Texas, I used Uber apps

18   and -- Uber Eats and Door Dash.  And then when I was

19   here in Florida, Uber.

20        Q.   Got it.  Okay.

21             We talked a little bit about your medical

22   treatment and bills.  Did you -- and I apologize if

23   Mr. Dahl asked this question, but do you know how

24   much is outstanding in your medical bills?

25        A.   Yes.

Page 145

1          Q.   And how much is outstanding?

2          A.   How much I still owe?

3          Q.   Yeah.

4          A.   I don't -- I don't know that I owe

5     anything anymore.

6          Q.   How much has been paid?

7          A.   I don't recall.

8          Q.   Were they paid through any of your

9     settlement proceeds?

10         A.   No.

11         Q.   And is it your believe that Mr. Israel, I

12    believe was his name, was at fault for the May 2020

13    accident?

14         A.   Yes.

15         Q.   Did you ever read the insurance policy

16    before gaining access to Uber's app?

17              THE INTERPRETER:  Counselor, may the

18         interpreter have repetition on the question

19         again?

20    BY MS. ADAMS:

21         Q.   Did you ever read the insurance policy

22    before gaining access to Uber's app?

23         A.   Yes.

24         Q.   And when was that?

25         A.   Like, in January or February.  I don't

Page 146

1    recall the exact date.

2         Q.   And that's -- you're saying in January you

3    actually read the insurance policy, you testified

4    you got on the website or the app at that time.  Are

5    you saying that you read the insurance policy in

6    January or February?

7         A.   No.

8         Q.   No what?  I'm sorry.  I don't understand

9    what you're saying.

10        A.   The policy I -- I read it, like, in

11   January or February at some point.  I don't remember

12   exactly when.

13        Q.   Okay.

14        A.   I -- I don't remember exactly what it was

15   after I registered to drive for Uber.

16        Q.   Okay.  Did you ever make any insurance

17   payments to Rasier for coverage?

18        A.   No.

19        Q.   Your interrogatories indicate that you

20   relied on insurance for coverage required by law.

21   And I think your response to Mr. Dahl was that they

22   had to have coverage.

23             I understand that you have a general

24   understanding and your testimony is that there

25   required some -- you believe there's some

Page 147

```
 1    requirement for UIM -- UI, UIM coverage, but what I
 2    want to know is what is your understanding of the
 3    amount of that coverage?
 4         A.   Well, I mean, according -- from what I
 5    read online, it covered a million dollars.
 6         Q.   And is that a million dollars or up to a
 7    million dollars based on what you believe you read
 8    online?
 9         A.   A million dollars.
10         Q.   And when you say what you read online,
11    we're again talking about the certificate of
12    insurance that was included in Mr. Dahl's Exhibit 7
13    that was a part of the complaint?
14         A.   Yes.
15         Q.   And if I understand your testimony
16    correctly, your issue is not with the coverage
17    that's listed in that certificate of insurance but
18    what's not listed?
19         A.   Yes.
20         Q.   And that's your belief, despite you
21    entering into an agreement, the PAA that Mr. Dahl
22    pulled up earlier, that did not provide for UM/UIM
23    coverage?
24              MR. BASNUEVO:  Form.
25         A.   Yes.
```

Page 148

```
 1    BY MS. ADAMS:
 2         Q.   Did you ever see an insurance policy that
 3    included UM/UIM coverage in Florida?
 4         A.   Yes.
 5         Q.   You saw that in an insurance policy?
 6         A.   Yes, of course.
 7         Q.   You understand that Uber's not an
 8    insurance carrier, Ms. Monasterio?
 9         A.   Of course, yes.
10              MS. ADAMS:  Okay.  I don't have any other
11         questions.  Thank you.
12              Mr. Basnuevo.
13              MR. BASNUEVO:  Thank you.
14                     CROSS-EXAMINATION
15    BY MR. BASNUEVO:
16         Q.   Give me a second.  Let me just go through
17    my notes and streamline this.
18              MR. DAHL:  He has no questions.
19              MR. BASNUEVO:  I have some.
20              MR. DAHL:  I'm kidding.  It's been seven
21         hours.
22              MR. BASNUEVO:  I have some.
23              MR. DAHL:  I know.
24              MS. ADAMS:  Javier is out of jokes at
25         5:34.  You've had enough.
```

Page 149

1    BY MS. ADAMS:

2         Q.   Okay.  Karina, before the collision that

3    occurred in May of 2022, was it your understanding

4    that Uber, as a transportation network company, was

5    required to provide you with uninsured or

6    underinsured motorist coverage when you were working

7    as a driver on their app?

8         A.   Yes.

9         Q.   Okay.  Did you gain that understanding

10   through the representations made on the Uber app

11   where they told you that they had UM or UIM coverage

12   in amounts varying by state?

13        A.   Yes.

14        Q.   And did you also base that understanding

15   on the certificate of insurance provided by

16   Progressive and posted on the Uber website and in

17   the Uber app which declared that there was a million

18   dollars of insurance coverage?

19             MR. DAHL:  Objection, mischaracterization

20        of the documents.

21             MS. ADAMS:  Form.  And join.

22             MR. BASNUEVO:  Okay.

23             You can answer.

24        A.   Yes.

25

Page 150

1    BY MR. BASNUEVO:

2         Q.   And in that document, which we've talked

3    about at length, neither Progressive nor Uber ever

4    discloses to the Uber drivers that Uber had

5    attempted to reject uninsured or underinsured

6    motorist coverage in Florida, correct?

7              MS. ADAMS:   Form.

8         A.   Yes.

9              MR. BASNUEVO:   Okay.   And then I don't

10             remember, Pat, if you had attached the PAA

11             as --

12             MR. DAHL:   Yeah, I attached the PAA as 6.

13   BY MR. BASNUEVO:

14        Q.   Okay.   So going back to the PAA, which is

15   Exhibit 6 that Ms. Jones was asking you about and

16   Mr. Dahl asked you about earlier, nowhere in this

17   contract does it disclose to you that Uber had

18   attempted to reject UM or UIM coverage; isn't that

19   correct?

20             THE INTERPRETER:   Counsel, if the

21             interpreter may have repetition on the last

22             portion of the question.

23   BY MR. BASNUEVO:

24        Q.   Nowhere does it disclose that UM or UIM

25   coverage was regained, correct?

Page 151

1             MS. ADAMS:   Form.

2        A.    Correct.

3             MR. BASNUEVO:   What's wrong with the form

4        of the question?

5             MS. ADAMS:   It actually does speak about

6        rejection and specifically what coverages are

7        available.

8    BY MR. BASNUEVO:

9        Q.    My question was --

10            MR. DAHL:   Section 3-5.   She just told

11       you.   You're mischaracterizing the document.

12            MR. BASNUEVO:   Did you make an objection,

13       Pat?

14            MR. DAHL:   It -- objection.

15       Mischaracterizes the document.   See section

16       3.5.

17            MR. BASNUEVO:   Okay.   There was an

18       objection, so let's pull the document up on the

19       screen.

20            Mr. Interpreter, can you --

21   BY MR. BASNUEVO:

22       Q.    Section 3.5 states "Uber maintains

23   insurance.   We may, in our sole discretion, choose

24   to maintain auto insurance related to your rides,

25   but we are not required to provide you with any

Page 152

```
1    specific coverage for loss to you or your vehicle
2    unless specifically described in an addendum to PAA.
3    We can change, reduce, or cancel insurance that is
4    maintained by us, if any, at any time without notice
5    to you or authorization from you."
6            Does that statement disclose to you that
7    Uber had attempted to reject uninsured or
8    underinsured motorist coverage in Florida in 2022?
9        A.   No.
10       Q.   In the insurance coverage section of the
11   P2P services only city addendum for Florida, does it
12   disclose that Uber attempted to reject UM or UIM
13   coverage in the state of Florida?
14           MS. ADAMS:  Form.
15       A.   No.
16   BY MR. BASNUEVO:
17       Q.   Does this in fact disclose that the
18   company maintains a primary automobile liability
19   insurance in the amount of a million dollars for
20   death, bodily injury, or property damage?
21       A.   Yes.
22       Q.   Okay.  Is it your understanding that
23   uninsured or underinsured motorist coverage is
24   normally automatically included along with
25   automobile liability coverage in Florida unless it
```

Page 153

1      is specifically rejected?

2              MR. DAHL:  Objection, mischaracterization

3          of the obligations under 627.7271 and 2.

4              MS. ADAMS:  Join.

5      BY MR. BASNUEVO:

6          Q.   You can answer.

7              THE INTERPRETER:  Counsel, if the

8          interpreter can show where counsel read it or

9          have repetition on the question.

10             MR. BASNUEVO:  Sure.

11     BY MR. BASNUEVO:

12         Q.   My question is:  Is it your understanding

13     that in Florida, uninsured and underinsured motorist

14     coverage is automatically included in an automobile

15     liability insurance policy, unless it is

16     specifically rejected?

17             MR. DAHL:  Same objection,

18         mischaracterization of the statute.

19             MS. ADAMS:  Form.  Join.

20         A.   Yes.

21     BY MR. BASNUEVO:

22         Q.   Did you rely on your understanding that

23     Uber and Progressive had a policy of uninsured and

24     underinsured motorist coverage to protect the Uber

25     drivers while they were logged into the app when

Page 154

```
 1    deciding to drive for Uber?
 2              MR. DAHL:  Objection, form.
 3              MS. ADAMS:  Form.
 4              MR. DAHL:  And lacks predicate.
 5        A.   Yes.
 6    BY MR. BASNUEVO:
 7        Q.   And when -- after the collision in May of
 8    2022, did you learn that both Uber and Progressive
 9    were refusing to provide uninsured and underinsured
10    motorist coverage to compensate for your losses?
11        A.   Yes.
12        Q.   Was that position different from the
13    position that you were led to understand from the
14    statements made on the Uber app on the Uber website
15    and in the Progressive certificate of insurance
16    posted on the Uber app and in the Uber website?
17        A.   Yes.
18        Q.   The injuries that we're here about today
19    that you suffered in this collision, were they
20    caused by the negligence of Michael Israel?
21              MR. DAHL:  Objection.  Calls for improper
22         legal conclusion by an unqualified lay witness.
23         Displaces the province of the jury.  That one
24         will never see the light of day in a courtroom.
25              MS. ADAMS:  Join.
```

Page 155

1    BY MR. BASNUEVO:

2         Q.   Let me ask the question this way:  Was

3    Michael Israel operating his motor vehicle in a

4    reasonable manner when he caused the collision that

5    led to your injuries?

6              MR. DAHL:  Same objection.  Improper form.

7         Trying to seek improper expert opinion from a

8         lay witness, No. 1.  Trying to displace the

9         trier of fact in an ultimate issue from a lay

10        witness, No. 2.  Lack of qualification, 3.

11             MS. ADAMS:  Join.

12   BY MR. BASNUEVO:

13        Q.   That's fine.  You can ignore that and

14   answer, ma'am.

15        A.   No.

16        Q.   Did Mr. Israel's personal automobile

17   insurance policy have sufficient coverage to pay for

18   the damages that he caused?

19             MS. ADAMS:  Form.

20             MR. DAHL:  Objection, personal knowledge.

21        Form.  Predicate.

22        A.   No.

23             MR. BASNUEVO:  Those are all the questions

24        I have.

25             MR. DAHL:  I've just got a few follow-up.

```
 1                REDIRECT EXAMINATION
 2    BY MR. DAHL:
 3         Q.   Ma'am, and I'll be brief and go through it
 4    quickly.
 5              Ma'am, you never saw the vehicle before
 6    coming into contact with it, correct?
 7         A.   Can you repeat the question, please?
 8         Q.   According to your testimony earlier,
 9    ma'am, you never saw the vehicle before impact,
10    correct?
11         A.   Correct.
12         Q.   So, ma'am, you have then no basis to
13    determine one way or the other whether or not, as
14    your counsel phrased it, Mr. Israel was operating
15    reasonably or unreasonably because you didn't see
16    what he was doing before impact, correct?
17              MR. BASNUEVO:  Object to form.
18         A.   But what person reasonably will impact
19    another vehicle like that?
20    BY MR. DAHL:
21         Q.   Ma'am, there could be multiple different
22    reasons.  My point is this:  You didn't see it to
23    know one way or the other what led to it before
24    impact, correct?
25              MR. BASNUEVO:  Form.
```

Page 157

1          A.   Well, that is I can't say for certain what

2     condition he was in.  But it wasn't normal.

3     BY MR. DAHL:

4          Q.   Ma'am, you've said it wasn't normal.  My

5     position is simply this:  At no time, according to

6     you, did you see the other vehicle until immediately

7     before impact, correct?

8          A.   That's correct.

9          Q.   Fair enough.

10          So you don't know what he was doing,

11     whether or not it was reasonable or unreasonable

12     before the split second before impact, correct?

13          MR. BASNUEVO:  Form.

14          A.   No.

15     BY MR. DAHL:

16          Q.   It's not correct or it is?

17          A.   No, it's not correct.  I did not -- I

18     can't say what condition he was actually in or not

19     because I didn't see him before.

20          Q.   Okay.  Now, you said, according to you,

21     you know, you understood generally that the amount

22     of UM and uninsured/underinsured motorist coverage

23     has to -- is generally required to be equal to the

24     amount of bodily injury coverage.  You said that in

25     response to your attorney's question.

Page 158

```
 1            Do you remember that question and that
 2      answer when your attorney asked it?
 3            MR. BASNUEVO:  Form.
 4       A.   Yes.
 5   BY MR. DAHL:
 6       Q.   But -- so, ma'am, but you also knew --
 7      because you did not carry uninsured/underinsured
 8      motorist coverage equal to the amount of bodily
 9      injury coverage under your policy, you knew that it
10      was not required, correct?
11            MR. BASNUEVO:  Form.
12       A.   No.
13   BY MR. DAHL:
14       Q.   So you get to be different than the
15      general understanding, according to you, right,
16      Ms. Monasterio?
17            MR. BASNUEVO:  Form.
18       A.   No.
19   BY MR. DAHL:
20       Q.   Okay.  But, ma'am, you wouldn't knowingly
21      break the law, would you?
22            MR. BASNUEVO:  Form.
23       A.   No.
24   BY MR. DAHL:
25       Q.   So if -- so then if you didn't carry
```

```
 1    uninsured/underinsured motorist coverage in Florida
 2    equal to the bodily limits of the liability policy,
 3    according to your understanding, you would be
 4    breaking the law, then, right, ma'am?
 5              MR. BASNUEVO:  Form.
 6    BY MR. DAHL:
 7         Q.   You can answer.
 8         A.   No.  No, I mean, I'm counting on the fact
 9    that I'm -- I'm counting on the Uber insurance
10    that's protecting me.
11         Q.   Well, why would you expect Uber to have
12    insurance that is any different than what you had,
13    ma'am?
14         A.   Well, because I was working for Uber.
15              MS. ADAMS:  Move to strike.
16    BY MR. DAHL:
17         Q.   All right.  Now, what is your
18    understanding -- counsel asked you if you understood
19    that bodily injury generally has -- or
20    uninsured/under -- strike that.
21              In response to your attorney's questions,
22    you said that you understood that
23    underinsured/uninsured motorist coverage usually has
24    to go in the same limits AS bodily injury coverage.
25    My question for you, ma'am, is:  Where did you get
```

Page 160

1    that understanding from?

2         A.   General understanding, like I said before.

3         Q.   Did this insurance -- did Progressive

4    specifically insure your car, your 2020

5    Honda Accord?

6         A.   No.

7         Q.   Do you know whether the insurance

8    requirements in Florida are different depending on

9    whether or not the insurance carrier specifically

10   insures your car versus something like this where it

11   doesn't specifically insure your car?

12        A.   No.

13        Q.   Ma'am, you said that you understood -- you

14   relied in part upon a representation on the Uber app

15   that said there was uninsured/underinsured motorist

16   in amounts varying by state.

17             Do you recall that question by your

18   attorney?

19        A.   Yes.

20        Q.   Did you ever check in the Uber app, when

21   it says amounts varying by state, check the amounts

22   offered in the state of Florida before you signed up

23   in February of 2022?

24        A.   Well, it said on the Uber app -- on the

25   Internet, on the web page for Uber online, it said

1    that you were going to be covered if something were

2    to happen.

3         Q.   Now, ma'am, that same web page you were

4    talking about -- and I don't want to rehash it --

5    that was the certificate of insurance that we

6    covered, we talked about earlier?

7         A.   Yes.  And it didn't say that it was

8    rejected.

9         Q.   Ma'am, in terms of amounts varying by

10   state, if it said there was only one dollar

11   available in uninsured/underinsured motorist

12   coverage in the state of Florida, would you still

13   have driven for Uber?

14              MR. BASNUEVO:  Form.

15        A.   No.

16   BY MR. DAHL:

17        Q.   Even if they still give you a million

18   dollars of bodily injury coverage?

19        A.   Yes.

20        Q.   Okay.  Ma'am, if you wouldn't do it for a

21   dollar, what's the minimum amount of

22   uninsured/underinsured motorist coverage, when it

23   says amounts varying by state, that you would have

24   required there to be in order for you to drive under

25   Uber, Door Dash, anything else?

 1              MR. BASNUEVO:  Objection.  This is, like,
 2         the fifth time this question has been asked and
 3         answered.
 4              MR. DAHL:  She's saying she's relying on
 5         amounts varying by state.  I'm trying to figure
 6         out what specific amounts she relied upon to
 7         make that determination.  I think based upon
 8         your examination --
 9              MR. BASNUEVO:  I think what she already
10         said is she doesn't know, and she said it when
11         you asked her the first four times.  This is
12         the fifth time, and it's improper to harass and
13         badger a witness.
14              It's 6:00, she's got back issues, and
15         you're just going over the same thing over and
16         over and over again because apparently you
17         didn't like her answer the first time.
18              MR. DAHL:  No, no, it's -- read the
19         transcript.  I'm done.
20    BY MR. DAHL:
21         Q.   You can answer the question, ma'am.
22              If not a dollar, what's the amount of
23    money -- because it says amounts varying by state.
24    You agree with me that when you relied upon that
25    statement, it didn't say how much there was in

Page 163

1    Florida, right, ma'am?

2         A.   Yes.

3         Q.   What is the amount that you needed to have

4    there in order for you to drive when you already

5    knew there wasn't an amount stated -- if there

6    wasn't an amount stated in the representation you

7    relied upon, what was the amount you needed for

8    there to be?

9              MR. BASNUEVO:   Form.

10        A.   I don't know.  I -- I couldn't tell you.

11   BY MR. DAHL:

12        Q.   All right.  Last area, and it will be

13   brief, because I think there's some confusion.

14             You said in response to Ms. Jones Adams'

15   questions that you believed all of your medical

16   bills have been paid.  And I --

17             THE INTERPRETER:  Go ahead, Counsel.

18   BY MR. DAHL:

19        Q.   And I think there's a question regarding

20   whether they've been paid or whether the lien has

21   been satisfied I think is the outstanding issue.

22             MR. BASNUEVO:  I don't know if I can just

23        stipulate the lien has not been paid.  There's

24        still an outstanding lien from Rawlings.

25             MR. DAHL:  Okay.  That's the -- that's

Page 164

1    what I'm clarifying, I'm trying to figure out.
2        The bills have been paid, and if we do it
3    by stipulation, Javier, that's all I'm trying
4    to do.  It's -- all the bills are still going.
5    Nothing -- everything's going through whoever
6    at Rawlings is now administering it for.
7        MR. BASNUEVO:  Yeah.
8        MR. DAHL:  And none of that lien's been
9    paid?
10       MR. BASNUEVO:  None of the lien's been
11   paid.  They have Amscot now --
12       MR. DAHL:  We're not doing payday advance
13   loans.
14       MR. BASNUEVO:  No, I know.  Sorry.  It's
15   late.  What's the name of insurance carrier?
16   Give me a second.
17       MR. DAHL:  Amsure -- you had it in the
18   interrogatories.  I'm not wedding you to it.  I
19   just need to know the amount.
20       MR. BASNUEVO:  I provided you the latest
21   lien that we got in September.  They have paid
22   all of the medical bills.  Rawlings, who
23   administered their lien, has not been paid for
24   the lien.
25       MR. DAHL:  Okay.  Because that's the

Page 165

```
1        disconnect.  You have 397 in bills, and you

2        have 141 is the lien at -- 141-62 is the lien

3        amount.  Is that reflected -- is that your

4        current understanding?

5               MR. BASNUEVO:  That --

6               MR. DAHL:  Whether or not she knows or

7        not, is this a Medicare, Medicaid plan versus

8        private health insurance?

9               MR. BASNUEVO:  It's not it's an ObamaCare

10       plan.

11              MR. DAHL:  Okay.  That was it.  I just

12       wanted to know the status of --

13              MS. ADAMS:  That's my fault.

14              MR. DAHL:  No, it's no worries.

15  BY MR. DAHL:

16       Q.    Then the last thing for clarification, is

17  there an amount set aside on the settlement pending

18  dissolution of our case?

19              MR. BASNUEVO:  We can talk about that off

20       the record.

21              MR. DAHL:  That's -- that's fine.  It's

22       because -- like, if they're blocking off

23       something to cover it, because the issue is --

24              MR. BASNUEVO:  Want to go off the record?

25              MR. DAHL:  I'm going to ask her on the
```

Page 166

```
1          record and we'll get the answer, because if

2          there is a pool of money -- and this is not to

3          have an intellectual answer -- or a fight.

4               If there's a pool of money pursuant to a

5          settlement that would satisfy that, I would

6          have fundamental questions concerning the

7          ability to admit them the bills towards money

8          that's been segregated to pay.

9               And so that -- I'm going to ask her the

10         question, then, on the record so we have it.

11         Because I think we at least need the record

12         developed, right, to present to the Court.

13              MR. BASNUEVO:  To be honest, I don't think

14         that that's discoverable or -- because that --

15         those are issues between me and her and our

16         trust account and our closing statements, and

17         that's not discoverable here.

18              So --

19              (Simultaneous colloquy.)

20              MR. DAHL:  But, no, it's -- Javier, I just

21         need to ask the question under the Eleventh

22         Circuit rule to get it done the right way.

23              MR. BASNUEVO:  Go ahead.

24    BY MR. DAHL:

25         Q.   Ms. Monasterio, of the 600 --
```

Page 167

1              MR. BASNUEVO:   70.

2    BY MR. DAHL:

3        Q.   -- 70,000 thousand dollars you received in

4    your settlement with Mr. Israel, first, is that

5    number -- or strike that.

6              Of the $670,000 of your settlement with

7    Mr. Israel, has a portion of that sum been

8    segregated to resolve outstanding lien claims for

9    your health care providers?

10             MR. BASNUEVO:  I'm going to instruct the

11             witness not to answer because that invades on

12             attorney-client privilege and the issues

13             between attorney and client about management of

14             the trust account and settlement proceeds.

15             MR. DAHL:  I disagree.  I'll respect the

16             instruction.  I'm not going to go through the

17             whole understanding and everything else, nor

18             will I need it translated because you're not

19             even going to let it get there.

20   BY MR. DAHL:

21       Q.   No. 2, is it your understanding that there

22   are -- has there been any negotiations on your

23   behalf with Rawlings pursuant to which

24   representatives on your behalf have advised that it

25   will be compensated and fully paid out of the

Page 168

1      proceeds from the settlement with Mr. Israel?

2            MR. BASNUEVO:  I'm going to instruct the

3            witness not to answer on the basis that that

4            is -- reveals attorney-client communications

5            between me and her and work that I have done on

6            her behalf.

7            MR. DAHL:  Fair enough.  I will respect

8            that.  With the same understanding we're not

9            going to get into a fight that I haven't done

10           it the right way, Mr. Basnuevo, do we agree

11           we're trying to do this just to make it clean

12           and right?

13           MR. BASNUEVO:  I hear you.

14           MR. DAHL:  Fair enough.

15           With that, I have no further questions

16           subject to the right -- reserving the right to

17           come back to address on the questions that she

18           has been instructed not to answer, if

19           necessary.

20           MR. BASNUEVO:  Sounds good.  We will read.

21           THE STENOGRAPHER:  Are you going to order

22           the transcript?

23           MR. DAHL:  I will.  Can I get it in a

24           week?

25           THE STENOGRAPHER:  Sure.  So Tuesday the

Page 169

1       14th.

2               Would anyone else like to order a copy?

3               Okay.   Thank you.

4               (Thereupon, the taking of the deposition

5       concluded at 6:11 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 170

1                    CERTIFICATE OF OATH

2

3     STATE OF FLORIDA

4     COUNTY OF ST. LUCIE

5              I, MARYKAY HORVATH, RMR, CRR, FPR,

6        Notary Public, State of Florida, certify that

7        KARINA MONASTERIO remotely appeared before me on

8        March 7th, 2023, and was duly sworn.

9

10        Signed this 14th day of March 2023.

11

12

13

14

15   _____

     MARYKAY HORVATH, RMR, CRR, FPR

16   Notary Public, State of Florida

     My Commission No. HH 253603

17   Expires: 5/29/2026

18

19

20

21

22

23

24

25

Page 171

1                        CERTIFICATE OF OATH

2

    STATE OF FLORIDA

3

    COUNTY OF ST. LUCIE

4

5

6              I, the undersigned authority, certify

7        that CARLOS RIVERA NAVAS, Spanish interpreter,

8        remotely appeared before me and was duly sworn on

9        the 7th day of March 2023.

10             Signed this 14th day of March 2023.

11

12

13

         _____

14                   MARYKAY HORVATH, RMR, CRR, FPR

                     Notary Public, State of Florida

15                   My Commission No. HH 253603

                     Expires: 05/29/2026

16

17

18

19

20

21

22

23

24

25

Page 172

1                    CERTIFICATE OF REPORTER

2

3      STATE OF FLORIDA

4      COUNTY OF ST. LUCIE

5

6                    I, MARYKAY HORVATH, RMR, CRR, FPR, do

7            hereby certify that I was authorized to and did

8            stenographically report the foregoing deposition

9            via Zoom of KARINA MONASTERIO; that a review of

10           the transcript, pages 1 through 169, was

11           requested; and that the transcript is a true

12           record of my stenographic notes.

13                   I FURTHER CERTIFY that I am not a

14           relative, employee, attorney, or counsel of any

15           of the parties, nor am I a relative or employee

16           of any of the parties' attorney or counsel

17           connected with the action, nor am I financially

18           interested in the action.

19                   Dated this 14th day of March, 2023.

20

21

22

23

     _____

24     MARYKAY HORVATH, RMR, CRR, FPR

25

Page 173

1                              ERRATA SHEET
2                     DO NOT WRITE ON THE TRANSCRIPT
                        ENTER CHANGES ON THIS SHEET
3

         MONASTERIO V UBER
4        Deponent:  KARINA MONASTERIO
         Date of :  March 7th, 2023
5        Case No.:  0:22-cv-61795-KMM-LFL
6        PAGE    LINE        REMARKS
7        _____
8        _____
9        _____
10       _____
11       _____
12       _____
13       _____
14       _____
15       _____
16       _____
17       _____
18       _____
19       _____
20       _____
21       Under penalties of perjury, I declare that I have
         read the foregoing document and that the facts
22       stated in it are true.
23       Signature of Witness _____
24       Dated this _____ day of _____, _____.
25       Job No.: 5789818

Page 174

1    JAVIER A. BASNUEVO, ESQ.

     basnuevo@robertspa.com

2

3                    March 14th, 2023

4    RE: Karina Monasterio v. Uber Technologies, Inc., Et Al.

        3/7/2023 - Karina Monasterio - Job# 5789818

5

6        The above-referenced transcript is available for

7    review.

8        Karina Monasterio should read the testimony to

9    verify its accuracy. If there are any changes,

10   Karina Monasterio should note those with the reason

11   on the attached Errata Sheet.

12       Karina Monasterio should, please, date and sign the

13   Errata Sheet and email to the deposing attorney as well as

14   to Veritext at Transcripts-fl@veritext.com and copies will

15   be emailed to all ordering parties.

16       It is suggested that the completed errata be returned 30

17   days from receipt of testimony, as considered reasonable

18   under Federal rules*, however, there is no Florida statute

19   to this regard.

20       If the witness fails to do so, the transcript may be used

21   as if signed.

22                   Yours,

23                   Veritext Legal Solutions

24

      *Federal Civil Procedure Rule 30(e)/Florida Civil Procedure

25      Rule 1.310(e).

**&**

**&**   2:4,9

**0**

**01**   3:17
**05/29/2026**
  171:15
**0:22**   1:2 173:5

**1**

**1**   3:11 12:19,22
  13:3 16:24
  36:22 63:17
  65:23 66:22
  82:2 83:12
  96:16 97:5
  100:19,24 101:7
  101:22 102:16
  138:18 155:8
  172:10
**1,300.06**   67:19
  67:25
**1.310**   174:25
**10**   107:11
**10,000**   142:9
**100**   2:17 9:10
  132:12
**10:26**   1:19 4:1
**11**   12:24 13:3
**113**   2:4
**11:22**   29:19
**11:32**   29:16
**11th**   12:25
**12**   3:11
**1255**   2:17

**12:21**   48:18
**12:30**   48:13
**13**   136:25
**13th**   16:21
**141**   165:2
**141-62**   165:2
**143**   3:5
**148**   3:6
**14th**   169:1
  170:10 171:10
  172:19 174:3
**156**   3:6
**169**   172:10
**17.75**   36:16
  43:12
**170**   3:7
**171**   3:7
**172**   3:8
**173**   3:8
**17th**   43:12
**1988**   12:10,14
**1:00**   48:17
**1:11**   49:21
**1a**   83:23

**2**

**2**   3:12 20:11
  43:8 44:16 56:7
  65:17 71:9
  74:17 79:9,11
  136:22 138:19
  140:5 142:18
  153:3 155:10
  167:21
**20**   17:4

**20,000**   66:25,25
  67:4,13
**20,041**   66:19,22
**2010s**   124:18
**2016**   16:21,25
  17:10,17
**2017**   3:15 43:12
  43:24 73:4 74:2
  74:16 75:1
  79:20 142:9
**2018**   3:14 44:16
  44:20 45:9,12
  45:17 46:1,5,10
  48:3,7 70:24
  71:1,9 72:4
  79:16 80:14
  142:12 143:7,17
**2019**   3:13 66:12
  66:13 67:15
  70:13,22 79:12
  80:14 142:17
**2020**   3:12 16:22
  35:2 50:11,16
  51:10 56:10
  57:12 58:25
  59:25 62:1
  63:10,11 64:15
  64:18 65:4,6
  79:8 80:14
  140:10 142:7,17
  145:12 160:4
**2020s**   124:18
**2021**   44:16,20
  45:9,13,18 46:1
  46:6,11 48:3,8

**61**:1,3,8,10,14
  61:22 140:11
  141:8
**2022**   3:17 10:8
  11:5 15:21
  16:10,13 21:22
  37:2,3 43:16,20
  44:8 50:11,16
  51:10 56:11
  57:12 59:25
  61:11,25 74:7
  74:12 79:25
  80:7,24 82:2
  83:12 86:5
  89:11,19 103:24
  107:5 110:7,15
  110:19 124:2,5
  124:10,13 143:7
  143:17 149:3
  152:8 154:8
  160:23
**2023**   1:18 37:2
  74:5 170:8,10
  171:9,10 172:19
  173:4 174:3
**209-5463**   2:11
**20th**   17:17
**22**   20:12,21
  21:11,20
**24**   144:9
**253603**   170:16
  171:15
**26,000**   137:6
**26,030**   62:12,19
  63:11,19,23

64:3 65:6
**27** 18:1,3
**27,000** 142:12
**27,005** 71:2
**27,015** 71:9
**27,015.15** 71:14
**29** 100:14
**29961** 170:14
171:13 172:23
**2:45** 78:15,16
**2nd** 127:3,7
**2s** 142:17

### 3

**3** 3:13 79:13,15
155:10
**3,769** 70:12
**3-5** 151:10
**3.5** 82:24 151:22
**3.5.** 151:16
**3/7/2023** 174:4
**30** 39:8,8 85:12
132:13 174:16
174:24
**300** 2:10
**305** 2:5 77:18
**305,000** 77:19
**31** 137:1
**33024** 9:21
**33134** 2:5
**33301** 2:11
**33442** 2:18
**360** 9:2 127:24
**397** 165:1
**3:00** 141:23

**3:07** 85:13
**3:44** 104:8

### 4

**4** 3:14 79:17,19
90:12
**4,000** 66:24
**4,631** 73:5
**40** 48:14
**42,000** 142:18
**42,830** 66:16
**442-1700** 2:5
**45** 39:9 140:8
**45,000** 64:16
137:1,5 142:4,6
**45,946** 62:3
**462-0330** 2:18

### 5

**5** 3:4,5,15 16:25
79:21,23
**5,638** 68:4,9
**5,726** 73:7
**5/29/2026**
170:17
**50** 39:6 74:25
**501** 2:10
**56** 68:9
**5789818** 1:25
173:25 174:4
**5:03** 134:22
**5:34** 148:25
**5th** 16:21 17:2,9

### 6

**6** 3:16 81:24
82:4 150:12,15
**6,483** 70:22
**60** 9:9
**600** 166:25
**6135** 9:20
**61795** 1:2 173:5
**627.7271** 153:3
**627.7272.** 93:14
**670,000** 167:6
**6:00** 162:14
**6:11** 1:19 169:5
**6th** 12:10,14
89:11,19 103:23
110:7,14,19
123:1 124:2,5
124:10,13

### 7

**7** 3:18 90:8,11
147:12
**7,872** 71:17
**70** 167:1
**70,000** 167:3
**773** 2:11
**79** 3:12,13,14,15
**7th** 1:18 170:8
171:9 173:4

### 8

**8** 62:19 65:18,23
**8,983** 71:19,25
**82** 3:16

### 9

**9** 90:12
**90** 3:18
**95** 112:5 113:13
113:25 114:1,25
**954** 2:18

### a

**a.m.** 1:19 4:1
29:19,20
**ability** 4:6,17
7:1 14:7 41:1,5
49:2 138:7
166:7
**able** 9:19 13:11
14:21 15:7
28:10,11,13
29:25 33:9 39:5
42:12 52:14
72:10 82:7
90:25 106:11
123:14 130:16
130:18,22 138:8
138:23
**above** 100:18
174:6
**absolutely**
120:23 131:17
**accept** 112:13
**accepted** 111:18
112:18
**access** 3:16
81:24 82:20
88:23 105:18
145:16,22

[accessed - aggregated]                                                        Page 177

**accessed**   8:16
   81:8
**accident**   11:5
   27:8,12,15,18
   33:10 37:7
   39:10,17 79:25
   110:8,10,24
   111:7,18 113:13
   113:18 114:2,9
   114:10,13
   116:10,16
   120:20 123:23
   124:1,16,22
   125:6,15 126:25
   132:17 135:24
   136:7 145:13
**accommodation**
   39:12,19
**accommodati...**
   40:13
**accord**   27:21,23
   28:1,18,19
   29:24 30:3,6,18
   30:19 31:3,3
   34:8,20 35:2
   160:5
**account**   67:10
   72:24 75:6
   166:16 167:14
**accountant**   61:6
   62:21 63:1,2
   64:8 65:9 68:24
   69:1 75:25
**accountant's**
   68:12

**accounted**
   74:25
**accounting**
   18:18,20,25
**accuracy**   174:9
**accurate**   4:16
   21:12 23:17
   56:21 57:9 63:6
   130:10
**accurately**   17:1
**accusations**
   69:7
**acknowledge**
   81:2,7
**acknowledged**
   88:10
**acknowledgm...**
   81:18
**acquaintances**
   16:18 46:7,8
**action**   172:17
   172:18
**activity**   39:2
**actual**   38:5 56:4
   56:13 62:13
   66:5 93:16
   123:22 130:17
   130:20
**actually**   22:2
   59:13 62:11,12
   84:21 89:7
   121:3 128:12
   130:23 135:20
   136:8 146:3
   151:5 157:18

**acura**   27:19,22
**adams**   2:19 3:5
   21:9 26:2,7,13
   26:20 29:18
   54:7 58:5 82:11
   82:13 84:22
   87:17 95:8
   99:20 108:15,17
   109:12 142:25
   143:2,11,14
   145:20 148:1,10
   148:24 149:1,21
   150:7 151:1,5
   152:14 153:4,19
   154:3,25 155:11
   155:19 159:15
   163:14 165:13
**adapting**   40:17
**add**   64:24 67:12
**added**   65:17
**addendum**   83:5
   83:11,17,17
   84:8,13,20
   87:22 152:2,11
**addition**   44:15
   135:14
**additional**   19:9
   63:9 74:15
   129:10 140:21
   140:25
**address**   9:16,23
   10:1 43:9
   111:24 168:17
**addressed**   83:18

**addresses**   56:8
   83:12
**adjuster**   19:22
**adjustments**
   25:5
**administered**
   164:23
**administering**
   164:6
**admit**   166:7
**admitted**   78:19
**admittedly**
   26:10
**advance**   164:12
**advances**
   125:14
**advertising**
   67:18,25,25
   68:1
**advised**   88:18
   167:24
**aesthetic**   136:12
   136:13,17,18
**affirm**   4:4,15
   48:25
**affirmatively**
   98:16
**afford**   45:8
   88:13
**afforded**   102:24
   103:8 106:22
**agent**   15:10
   88:24
**aggregated**
   58:22

**ago**  22:5 25:14
  27:9 34:9
  124:20 127:22
**agree**  49:19
  97:23 99:13
  120:3 132:18
  162:24 168:10
**agreed**  84:13,21
  93:5 103:14
**agreeing**  107:16
**agreement**  3:16
  76:18 81:25
  82:15,20 87:11
  87:13,22 88:10
  88:23 89:7
  95:21 103:23
  147:21
**agreements**
  81:3,6,7,10,13
  81:17
**ahead**  42:9 66:2
  71:20,21 163:17
  166:23
**aid**  130:21
**airbag**  42:12
  136:6
**airport**  111:21
  112:3,9
**akins**  2:9
**al**  174:4
**albeit**  132:19
**alleged**  100:14
  108:22
**allow**  42:1,19
  115:14

**allowed**  81:3
**almeria**  2:4
**alter**  102:24
**alterations**
  25:12
**amazon**  35:22
  35:24 36:1,9,17
  36:24 37:8,12
  37:18,22 38:4
  38:25 39:5,12
  39:18 40:12
  43:6,11,20,24
  44:3,7,13 60:9
  60:10 64:18,19
  64:20 70:17,18
  71:6 80:2
  142:17,18
  143:24 144:4,8
  144:9,16
**amended**  68:19
**amending**
  138:14
**amount**  8:3 39:9
  47:13,13,15,17
  47:25 48:5
  51:14,23,24
  52:3,7,17 53:10
  61:5,7 64:5
  70:13 71:11
  77:16 83:18
  99:15 106:5,9
  106:15 139:18
  139:19 142:15
  147:3 152:19
  157:21,24 158:8

161:21 162:22
  163:3,5,6,7
  164:19 165:3,17
**amounts**  51:15
  52:13,19 53:8,9
  54:12,21 88:25
  149:12 160:16
  160:21,21 161:9
  161:23 162:5,6
  162:23
**ample**  52:14,17
**amplified**  103:3
**amscot**  164:11
**amsure**  164:17
**angelica**  10:4,4
  10:6 18:5
**angelica's**  11:10
  11:12
**animal**  111:15
**ankles**  42:13
  131:10
**answer**  5:23 6:3
  6:21 13:12 21:5
  21:20 23:20
  26:19 32:10
  33:23 34:16
  35:10 42:5,9
  53:2 56:3,12
  57:8,18 58:19
  59:3,11,23 66:4
  68:15 74:16
  76:9,10 84:23
  86:22 92:18
  93:16 108:3
  136:21,24

149:23 153:6
  155:14 158:2
  159:7 162:17,21
  166:1,3 167:11
  168:3,18
**answered**  13:6,9
  13:18,18 34:9
  43:15,25 74:6
  74:11 106:23
  162:3
**answering**
  13:10 21:7
  93:25
**answers**  3:11
  12:20 16:19
  22:4 43:7,19
  50:9 56:7,19
  57:1,4 59:16
  104:13 105:10
  125:20 136:21
**antonio**  11:25
  12:8
**anybody**  100:5
  120:23,23
  121:18
**anymore**  145:5
**anyway**  141:16
**apartment**
  14:13
**apologies**  8:4
  54:16 61:20
  143:10
**apologize**  80:10
  112:22 144:22

**app** 50:10 51:12 54:24 80:4,20 80:21 81:1,8,16 82:17 86:6 89:5 89:13,18,22 96:18 100:15 104:14 105:11 112:10,11,14,19 113:1,2 143:7 143:17,20 144:13,15 145:16,22 146:4 149:7,10,17 153:25 154:14 154:16 160:14 160:20,24
**apparently** 75:15 162:16
**appear** 87:15,21 90:20
**appearances** 2:1
**appeared** 170:7 171:8
**appearing** 2:1
**appears** 12:24 16:5,24 67:1
**applicable** 83:11
**application** 50:7 52:7 81:14,15 81:18 82:1 110:14,18
**applications** 8:16

**apply** 118:4
**appointments** 126:10,15 127:5 134:4,8
**appreciate** 29:7 29:14 109:4
**approaching** 114:13 118:12
**approve** 63:3
**approved** 68:14 97:12
**approximately** 57:12
**apps** 52:10 54:11,20 55:18 144:4,5,5,11,15 144:17
**april** 37:5,7
**arcila** 2:24 78:18 79:3
**area** 12:8 19:18 114:4,6,14 136:3 163:12
**areas** 7:2
**argue** 141:17
**argumentative** 52:21,24 93:11
**arises** 22:18
**arrive** 17:18
**arrived** 17:4,17 121:5
**aside** 18:13 19:8 20:5 22:3,22,23 25:11 30:18 43:6 65:24

77:11 121:18 134:11 165:17
**asked** 34:13,15 40:11 43:8 61:16 75:6 84:7 84:20 92:21 94:18,22 105:3 105:4 106:23,25 108:20 112:7,21 113:2 115:7 119:8 125:12 141:9 144:23 150:16 158:2 159:18 162:2,11
**asking** 21:1 46:21 65:24 80:11 82:8 93:19,24 121:21 122:15 150:15
**asks** 20:12 103:3
**asserting** 75:8
**assigns** 112:11 112:15
**assistance** 15:12 130:12
**assistant** 128:9 128:12
**assume** 6:4
**assumed** 99:8
**assumption** 95:6,20,23 96:6 96:8
**assumptions** 103:25

**asylum** 17:22
**attach** 63:18 66:23
**attached** 3:22 66:21 120:2 150:10,12 174:11
**attempted** 150:5 150:18 152:7,12
**attempts** 121:2
**attend** 41:8
**attendant** 18:9 18:10,14
**attention** 55:23
**attorney** 7:11 7:13,20 8:9,22 8:25 13:13,15 13:20 61:19 98:9,10,10 158:2 160:18 167:12,13 168:4 172:14,16 174:13
**attorney's** 8:21 157:25 159:21
**august** 16:21
**authority** 171:6
**authorization** 83:7 152:5
**authorized** 172:7
**auto** 83:1 151:24
**automatically** 152:24 153:14

**automobile**
86:16 88:12
152:18,25
153:14 155:16
**available**  33:14
47:10 54:12
55:19 83:13,24
84:9 89:14,15
151:7 161:11
174:6
**avenue**  2:4
**average**  142:14
**aware**  141:5

**b**

**b**  83:23
**back**  5:21 8:15
9:12 26:7,16,21
29:15 32:17
36:13 39:11,16
39:18 40:11
48:12,17 49:25
75:7 78:15
85:12,14 92:20
94:21 100:9,11
100:12 102:12
106:7 108:19
112:23,24
121:13 122:23
124:2 125:23
128:8 135:4
136:10 141:18
150:14 162:14
168:17
**backboard**
122:3

**background**
9:15 23:8
**backlog**  49:12
**badger**  162:13
**bag**  133:7,11,15
134:13
**bank**  72:24
**bankruptcy**
23:3
**bar**  94:8
**barrier**  114:17
114:18,23
**base**  149:14
**based**  41:16
51:16,19 68:15
86:22 91:6,7
95:20 96:8
147:7 162:7
**basically**  15:15
41:15 75:6
111:2 123:12
130:17
**basis**  64:3 91:3
91:5 92:10,12
107:23 156:12
168:3
**basnuevo**  2:4,6
2:6 3:6 7:8 9:2
9:4,5,9 20:25
21:8 22:9 23:15
23:25 24:8,12
24:18 26:5
27:20 28:22
29:3,14 32:7,13
32:22 33:16,21

34:10 35:8 36:4
40:14 41:20
42:4,24 44:2
47:14 48:14
49:8,15,18
50:20 51:3,7
52:11,20 53:3
54:22 55:4 56:3
56:12 57:6,16
57:19,23 58:7,9
58:11 59:1,19
60:1,17 61:10
62:5,15 63:12
63:24 64:7 65:7
66:3 68:21 69:9
69:12,15 72:12
73:17 74:18
75:17 76:7,16
77:8 78:1,10
82:5 85:7,14
87:3 88:6 90:5
91:11 93:2,9,19
94:4,10,16 95:7
95:12 96:4,11
96:19 97:8,16
99:11 100:25
101:8,23 104:2
104:22,25 106:2
106:13,23
107:12 108:1,10
109:24 111:13
113:16 115:7,13
115:18,22 119:1
120:3,5 135:17
137:8,13 138:3

138:4,10,18
139:1,7,15
140:12,18 141:2
141:4,9,13,16
142:19,24
147:24 148:12
148:13,15,19,22
149:22 150:1,9
150:13,23 151:3
151:8,12,17,21
152:16 153:5,10
153:11,21 154:6
155:1,12,23
156:17,25
157:13 158:3,11
158:17,22 159:5
161:14 162:1,9
163:9,22 164:7
164:10,14,20
165:5,9,19,24
166:13,23 167:1
167:10 168:2,10
168:13,20 174:1
174:1
**bathroom**  29:9
**beach**  2:18
**bear**  84:2
**becoming**
109:15
**began**  4:1
**beginning**  17:9
58:24 96:21
**behalf**  2:3,8,15
167:23,24 168:6

**belief** 91:7
  92:10,12 94:23
  107:24 109:6
  147:20
**beliefs** 93:12
**believe** 37:7
  51:13 52:2
  56:24 72:5
  80:22 86:13
  91:20,22 92:5
  92:16,22 99:4,6
  105:21 110:20
  111:25 126:1
  127:21,21
  135:11 143:24
  145:11,12
  146:25 147:7
**believed** 89:1,15
  163:15
**believes** 101:15
**belongs** 27:3
**benefits** 44:13
  50:6 125:7
**berating** 57:8
**best** 4:6,17 7:1
  7:25 49:2
**better** 53:19
**big** 56:1 65:20
**bigger** 53:15,16
  54:1 65:22
**bills** 144:22,24
  163:16 164:2,4
  164:22 165:1
  166:7

**birth** 12:10,14
**bit** 144:21
**blocking** 165:22
**blood** 122:14
**blow** 82:7,8
**bodily** 86:16
  102:17 152:20
  157:24 158:8
  159:2,19,24
  161:18
**body** 40:16
  41:24 42:1,21
  119:3,11 131:8
  131:9 134:18
**body's** 42:18
**bold** 26:11
**bolstering** 115:5
**bone** 128:15
**books** 9:8
**born** 18:5,6
**bought** 14:16,17
  14:24 15:21,25
  25:2 28:9
**boulevard** 2:10
**bound** 9:7
**brace** 130:18
**bracho** 46:25,25
**brake** 117:1
  118:20
**brakes** 118:5
**break** 6:18,22
  29:3,7,11,25
  48:15 104:5
  123:2 158:21

**breaking** 159:4
**brief** 104:5
  156:3 163:13
**briefly** 85:13
  134:21
**bring** 42:11
**bringing** 137:20
**britney** 56:2
**broke** 29:23
  50:3 79:5
  104:11 134:25
  135:22 136:8
**broker** 15:10
**broward** 21:23
**buckle** 130:15
**bumper** 117:17
  117:21
**bunch** 122:12
  122:21
**bunny** 86:2
**business** 62:14
  63:9,17,22 64:5
  67:3,24 68:4,5
  70:3,9 71:17
  72:7,10,15,22
  73:1,7 80:16
  137:7,23,25
  138:1 139:20
**businesses** 56:8
  80:16
**buttrick** 125:20
  125:22,25 126:7
  126:11 128:11
**buttrick's**
  128:13

**buy** 14:15 25:24
  28:6,7
**buying** 15:9

c

**c** 18:25 63:18
  66:21,23 72:17
  138:25
**cace22-009088**
  21:22
**calculation**
  138:11,16
  140:10 142:15
**calendar** 61:1
**call** 49:13,17
  101:9 121:2
**calling** 120:24
**calls** 121:10
  154:21
**cancel** 83:6
  152:3
**capacity** 40:2,8
  75:9
**car** 23:9,11,13
  23:21 25:21,24
  26:25 27:9,11
  27:15,17 28:7,7
  45:8 67:14
  70:11,15 71:19
  71:25 72:3,7,11
  107:25 116:19
  116:21,21,24
  117:3,12,12,16
  117:17,21
  118:19 119:7,12
  121:15,17,23

124:23 160:4,10
160:11
**carabobo** 18:19
18:20
**care** 32:1 76:6
128:3 133:23
134:2,6 135:1
167:9
**career** 19:2
**careful** 138:19
**cares** 24:11
**carlos** 2:22 4:7
4:10 171:7
**carried** 30:13
31:9 45:25
**carrier** 29:24
30:3 77:8 148:8
160:9 164:15
**carry** 31:6 34:7
158:7,25
**cars** 30:22 31:7
31:9,11 116:7,9
**case** 1:2 8:17
21:21 75:9 77:9
125:13,15
141:23 165:18
173:5
**catheter** 133:6
133:11,13,15,15
134:14
**caught** 26:16
**caused** 122:25
123:3,6 154:20
155:4,18

**cavanaugh**
113:10
**center** 117:12
126:20,24 127:7
**certain** 40:17
41:18 42:20
94:25 116:4
157:1
**certainly** 17:7
27:14 39:15
40:5 47:23
54:17 67:22
69:21 70:6
71:12 74:10
89:17 96:3
99:19 103:20
104:6 109:20
110:17 113:22
116:13 117:19
119:20 124:8
**certificate** 3:7,7
3:8 90:12,16
102:13,23
147:11,17
149:15 154:15
161:5 170:1
171:1 172:1
**certified** 1:24
4:8 49:9,13,20
**certify** 170:6
171:6 172:7,13
**certifying** 13:6
**challenged**
115:17

**chance** 9:5
19:23 116:23
**change** 9:13
16:14,16 36:19
50:8 51:10,14
51:16,20,25
83:5 102:24
131:11 152:3
**changes** 25:8,12
37:25 173:2
174:9
**changing** 51:21
80:19 132:21
**character**
115:15,20
**characteristic**
69:4
**characterization**
77:9 100:3
**characterize**
14:6
**check** 85:10
160:20,21
**checked** 138:22
141:2
**cheek** 24:14
**chest** 120:10
131:3
**chevy** 25:13
28:4
**chiropractor**
127:10,20 128:2
**choice** 41:15,21
41:25

**choose** 83:1
112:14 151:23
**chose** 99:13
**church** 73:15,23
74:20,21
**circuit** 21:22
166:22
**circular** 109:5
**city** 114:1
152:11
**civil** 174:24,24
**claim** 75:8
90:15 94:13
125:6,10 137:20
139:9
**claimed** 65:18
67:23
**claiming** 64:3
134:15 135:3,23
136:25 137:23
**claims** 125:16
167:8
**clarification** 8:3
9:18 27:21
165:16
**clarify** 61:13
127:2,14 130:2
133:2
**clarifying** 99:21
164:1
**claus** 86:1
**clean** 111:14
168:11
**cleaned** 74:21
74:24

cleaning   73:12
73:14
clear   99:23
100:11 143:5
clearer   57:13
clearly   39:14
53:19 87:5
client   66:4 69:4
69:6 167:12,13
168:4
closer   113:14
closest   114:16
114:22
closing   166:16
collision   88:13
149:2 154:7,19
155:4
colloquy   22:10
57:21 58:2
60:18 62:7
139:10 140:1,15
166:19
colon   10:14,15
10:17,20,23
11:7,10,17,20
colostomy   133:7
133:10,15
134:13
combined
102:16
come   42:11
48:12,16 78:15
109:6 140:22
144:10 168:17

comes   117:24
comfort   14:1
104:5
comfortable
13:24 52:9,15
91:15 99:17
101:17 102:3
110:6
coming   26:16
76:14 105:1
116:22 156:6
commending
94:17
comment   66:8
commentary
93:21
commenting
94:17
comments   62:7
commission
170:16 171:15
committing
137:20
communicatio...
168:4
community   26:6
companies   55:7
55:12 60:16
company   1:9
2:8 28:18,23
44:5 52:15 53:6
53:16,17,18,20
53:25 54:2 60:5
60:7,11,14
70:11 91:16

94:13 101:12,18
109:18 149:4
152:18
compensate
154:10
compensated
167:25
complaint   3:18
90:1,11 100:12
100:14 101:3
107:3,12 113:9
147:13
complete   79:7
120:17 123:13
completed
174:16
completely   40:1
83:15 86:13
130:15
compound
54:22
comprehensive
88:13
compression
122:23 123:20
concept   91:19
concern   13:16
concerned
76:17
concerning
13:25 88:24
129:18 166:6
concluded
169:5

conclusion
154:22
concrete   114:17
114:17,23
condition   39:19
39:23 40:13,18
129:14 157:2,18
conditions
82:21 103:11
116:6
conduct   141:21
cones   116:24
117:4,8 118:17
confers   102:22
confident
101:12
confidential
3:17 77:2
confidentiality
76:17
confirm   103:16
confirmed
45:24
confused   7:3
confusion   59:4
163:13
connected
172:17
connection   8:17
15:8 22:21
109:1 134:15
136:6
considered
174:17

**contact** 88:23
116:19 156:6
**contained** 90:1
91:6
**contains** 82:20
98:15
**contents** 96:8
**continue** 57:24
**continuing** 6:6
19:9 23:8 42:5
**contract** 150:17
**contractor**
85:10 99:24
**conversation**
7:19,22 8:8
**conversations**
7:10 120:19
121:18
**cool** 78:24
**copies** 103:16
103:24 174:14
**copilot** 124:24
**copy** 169:2
**coral** 1:20 2:5
**corporation** 1:7
1:8,9
**correct** 13:7
14:19 16:7,10
19:13 20:3 21:2
32:6,21 41:8,13
41:19 43:13,21
47:7,9 50:12
51:1 55:3 56:21
58:25 59:21,25
62:3,4,14 66:13

66:14,16,17,19
66:20 67:1
70:17 71:2,3,6,9
71:14,17 72:1
73:5,8 75:16
82:18,22 83:9
83:13,20,24
84:10,17 86:17
86:20 87:2 89:7
89:23 91:10
95:17,19,24
96:10 97:15
100:20 102:14
102:18 103:12
103:17 104:1
107:13 112:20
113:6 116:3
117:5,9 118:2,3
125:2 126:15,16
127:24 129:5,6
132:25 133:18
135:5,15 137:2
137:7 142:7,10
142:12 143:7,20
144:1 150:6,19
150:25 151:2
156:6,10,11,16
156:24 157:7,8
157:12,16,17
158:10
**corrected** 24:3,3
**correctly** 4:11
44:17 49:6 99:5
103:1 121:4
132:24 147:16

**cost** 67:19
**costs** 33:7,7,8
**counsel** 7:10 8:4
12:11 40:3
47:21 54:14
71:11,21 103:18
119:18 143:8
150:20 153:7,8
156:14 159:18
163:17 172:14
172:16
**counsel's** 22:10
60:18 62:7
**counselor** 91:25
95:25 98:19
103:2 104:4
116:11 145:17
**counting** 159:8
159:9
**country** 36:5
**counts** 22:15
**county** 21:23
170:4 171:3
172:4
**course** 87:8
101:14 108:11
119:10 148:6,9
**court** 1:1 20:6
21:23 26:18
49:9,10 58:15
58:17 69:10
141:2 166:12
**courtroom**
154:24

**cover** 33:6,7,8
33:10,24,25,25
34:2,4 38:13
86:12 87:5
90:25 165:23
**coverage** 30:7,8
30:16 31:12,17
31:23,24 32:4,6
32:20,21 33:1,4
33:5,13,20 34:7
34:11,17,19
35:1,5 45:4,11
45:19,25 46:5
46:10 47:4,7,10
47:18,19 48:1,6
50:6,14,17
51:10,17,18,24
51:24 52:8,14
52:14,18,19
53:13,20 54:21
83:3,13,22,24
84:9,12,17 85:4
85:21 86:4,10
86:20,25 87:21
88:15,25 91:15
91:24 92:8,23
95:11,16,24
96:7,17 97:6
98:17 99:1,9,16
100:17,23,24
101:7 102:8,10
102:18 103:8
104:15,15,17
105:11,12,13
106:10,22 107:9

107:22,24,25
108:4,8 109:2,3
109:11 110:1
113:3,4,5
146:17,20,22
147:1,3,16,23
148:3 149:6,11
149:18 150:6,18
150:25 152:1,8
152:10,13,23,25
153:14,24
154:10 155:17
157:22,24 158:8
158:9 159:1,23
159:24 161:12
161:18,22

**coverages** 94:25
102:24 107:7,19
107:20 108:24
151:6

**covered** 87:7
91:17 92:16
95:2,3 97:5
100:13 102:4
109:10 137:4
147:5 161:1,6

**covering** 32:1
38:16

**created** 123:23

**cross** 3:5,6
143:1 148:14

**crosses** 117:25

**crr** 1:23 170:5
170:15 171:14
172:6,24

**cruel** 29:11

**crushed** 136:4,5

**current** 9:16
16:4 17:20
39:22,25 77:13
126:15 165:4

**currently** 8:19
10:11 19:12
23:9 25:10
35:15 76:3,15
90:12,17 130:24
133:6,23 134:4
134:7,8

**cut** 94:19 96:21

**cv** 1:2 173:5

**d**

**d** 3:1

**dahl** 2:12 3:5,6
5:7,10 7:12 8:5
8:7 9:3,7,11,22
12:13,17,23
20:17 21:3,10
21:17 22:11,20
23:22 24:4,11
24:15,19,23
26:3,8,17,22
27:24 29:2,6,17
29:21 32:9,16
32:24 33:18,22
34:12 35:9 36:6
36:7 40:5,6,24
42:2,8 43:5 44:6
47:16,23,24
48:11,16 49:25
50:2,25 51:4,8

52:16,22 53:1
54:5,9,17,18
55:1,10 56:5,15
57:15,17,22
58:1,8,10,18,20
59:2,22 60:12
60:19 61:15
62:10,17 63:14
64:2,14 65:12
66:2,9,11 69:5,8
69:11,13,21,22
71:12,13,22
72:14 73:24
74:23 75:22
76:8 77:4,22
78:5,13,23 79:5
79:12,16,20,24
81:22 82:9,12
82:14 84:6 85:5
85:16,17 87:9
87:18 88:8 90:2
90:6,9 91:18
92:3,4 93:3,14
93:24 94:2,8,14
94:20 95:5,9,14
96:3,5,13,23
97:1,13,19
98:21,22 99:12
100:5,8 101:2
101:20 102:11
103:5,7,20,21
104:6,10,21
105:3,5,9 106:6
106:16,24 107:2
107:14 108:2,16

108:18 109:13
109:14 110:3
111:14,16
113:22,23 115:4
115:10,14,20
116:1,13,14
119:5,20,21
120:3,6 121:10
121:12 127:4,17
130:6 133:5
134:21,24
135:18 137:10
137:19 138:10
138:22 139:4,8
139:13,25 140:5
140:14,24 141:1
141:7,11,14,24
142:3,22 144:23
146:21 147:21
148:18,20,23
149:19 150:12
150:16 151:10
151:14 153:2,17
154:2,4,21
155:6,20,25
156:2,20 157:3
157:15 158:5,13
158:19,24 159:6
159:16 161:16
162:4,18,20
163:11,18,25
164:8,12,17,25
165:6,11,14,15
165:21,25
166:20,24 167:2

167:15,20 168:7
168:14,23
**dahl's** 69:3
147:12
**damage** 30:10
30:12 86:16
102:17 117:20
152:20
**damages** 31:25
155:18
**dan** 127:10
**darwin** 11:13,14
**dash** 44:15,19
44:24 45:2,3,7,9
45:12,15,18,24
46:4,9 47:1,3,19
48:2,7 50:5 52:7
53:4,16,20,23
54:2,11,19,23
55:5,7,8,13 67:1
68:5 70:2,8,16
72:18 106:20
144:18 161:25
**date** 12:10,14
16:23 36:20
37:1 146:1
173:4 174:12
**dated** 172:19
173:24
**dates** 43:9 56:8
**daughter** 10:2
10:24 76:6
**daughter's** 10:3
48:9

**day** 36:24 93:21
110:21,23 123:1
144:9 154:24
170:10 171:9,10
172:19 173:24
**days** 37:11
174:17
**dc** 1:8
**dead** 121:9
**dealer** 26:24
**dealership** 25:3
27:2,6 28:9,12
**death** 86:15
152:20
**december** 43:16
43:20
**deciding** 154:1
**decision** 41:16
52:5
**declare** 173:21
**declared** 149:17
**declaring**
137:25
**deduction** 65:22
66:18 72:7
138:6
**deductions**
65:18 137:15
139:21
**deerfield** 2:18
**defendant** 2:8
2:15 20:14,16
**defendants** 1:11
107:6,8 108:23

**definitely** 53:6
101:18
**degree** 19:2,4
**delayed** 19:7
**delgado** 126:18
127:6
**deliver** 28:11
**delivered** 25:6
**deliveries** 44:21
44:21,22,23
46:14 64:24
65:3 144:12
**delivery** 65:2,17
67:9 144:5
**demand** 3:18
**denied** 94:13
**density** 128:15
**departments**
38:13,15 60:9
**depending**
160:8
**deploy** 136:6
**deponent** 4:14
173:4
**deposing** 174:13
**deposition** 1:13
5:11,14 6:12,17
7:5,7,15 8:12,15
8:20 9:14 36:22
81:23 169:4
172:8
**describe** 83:4
129:20
**described** 33:19
152:2

**despite** 59:16
72:7 147:20
**destination**
112:4
**determination**
41:18 162:7
**determine** 89:19
94:6 128:25
156:13
**develop** 108:6
**developed**
166:12
**device** 121:25
**die** 119:4
**difference** 32:6
32:20,25 33:3
33:14
**differences**
132:2
**different** 32:5
33:20 36:5
37:25 38:12,14
39:11 51:18
55:6,7,12,12,13
60:9,16 73:13
86:19 94:11
130:21 137:7,16
154:12 156:21
158:14 159:12
160:8
**difficult** 65:16
**digital** 3:21
**digress** 94:9
**dipping** 140:8

direct 3:5 5:6
directly 86:6
disagree 77:9
  141:24 142:1
  167:15
disagreeing
  77:10
disclose 7:9
  75:23 76:23,24
  150:17,24 152:6
  152:12,17
disclosed 76:20
discloses 150:4
disconnect
  46:15 56:1
  165:1
discoverable
  166:14,17
discovery 76:13
discretion 82:25
  151:23
discs 123:21
discussing
  121:7
displace 155:8
displaces
  154:23
disregard 26:15
dissolution
  165:18
district 1:1,1
disturbances
  19:6
divorce 12:5,7
  20:2,4,5 22:3

divorced 12:3
divorcing 10:18
divulge 77:2
doctor 19:19
  32:3 43:3
  122:11,20
  126:19 127:9
  128:1,4 129:5
  136:12,13,18
doctors 40:10
  40:25 41:4
  42:22 43:1
  125:18,19 129:9
  129:13 136:11
  136:17
document 57:10
  85:19,21 88:4
  90:19 91:4,6
  93:4 96:14 97:3
  97:9,14,15,20
  97:24,25 98:4,5
  98:5,15,24
  102:21 150:2
  151:11,15,18
  173:21
documents 3:22
  8:12 14:18,22
  14:23 15:4,5,8
  15:13 96:9
  139:3 140:21
  149:20
doing 6:7 17:24
  17:25 24:9,19
  25:17 36:9
  37:25 38:9

44:19,22 45:1,1
47:1 54:4 65:2,3
72:16 76:2 91:8
91:9 93:20
129:2 156:16
157:10 164:12
dollar 161:10,21
162:22
dollars 86:14,15
95:11 101:25
102:1,5,10
147:5,6,7,9
149:18 152:19
161:18 167:3
door 44:15,19
44:24 45:1,3,7,8
45:12,15,18,24
46:4,9 47:1,3,19
48:1,6 50:4 52:6
53:4,16,20,23
54:2,11,19,23
55:5,7,8,13 67:1
68:5 70:2,8,16
72:18 106:20
144:18 161:25
double 140:7
download 80:21
dr 125:20,22,25
126:7,11,18,19
127:6,10,11,20
128:11,13
drag 24:21
drive 25:22 67:9
99:14 106:12
115:3,10 146:15

154:1 161:24
163:4
driven 161:13
driver 22:14,23
53:24 80:21
81:2 82:1,18
83:20 84:15
97:7 99:15,22
100:1 107:4,16
109:16,21 110:6
149:7
driver's 19:12
drivers 45:19
46:1,5,10 47:4
48:7 54:3 67:9
86:4,10,25 87:1
100:15 150:4
153:25
driving 45:8,12
48:2 50:6,16
52:9,15 53:7,13
53:21 54:10,19
55:17 66:25
70:16 80:3 95:1
95:4 96:18
99:17 101:11,17
106:1,21 110:23
115:2 124:21
drove 50:10
duly 5:3 170:8
171:8
duties 37:21
duty 141:3,4

| e | | | |
|---|---|---|---|
| **e** 3:1 174:24,25 | 144:18 | **employment** | 24:16,24 25:1,5 |
| **earlier** 22:12 | **edge** 137:21 | 43:9 56:9 75:14 | 25:13 28:4,5 |
| 35:5 108:7 | 138:12 141:20 | 75:21 | **equivalent** |
| 112:8,22 119:8 | **education** 18:8 | **emptiness** | 138:16 |
| 125:12 135:8 | 18:16 19:2,7,8,9 | 120:17 | **errata** 3:8 173:1 |
| 137:4 147:22 | **effect** 82:2 | **emt** 19:19 | 174:11,13,16 |
| 150:16 156:8 | **efficiently** 5:18 | **ended** 87:6 | **esq** 2:6,12,19 |
| 161:6 | **either** 16:17 | 116:22 | 174:1 |
| **early** 141:25 | 20:14 31:10,11 | **endorsements** | **established** |
| **earn** 61:3 138:5 | 31:12 47:12 | 103:10 | 53:19 |
| 138:7 139:23 | 50:15 54:13 | **ends** 87:6 | **estate** 15:10 |
| **earned** 61:22 | 76:6 89:13 | **english** 4:5,6,11 | **estimate** 8:1 |
| 62:2,12 71:2,9 | 103:3,22 104:21 | 4:12 5:20 13:6 | **estimated** 137:1 |
| 73:5,7 142:9 | 116:15 118:8 | 13:11,12,18,20 | **et** 174:4 |
| **earning** 60:24 | 133:4 134:5 | 14:1,2,3,7,23 | **evaluated** 134:1 |
| 75:9 139:18,22 | 144:4,11,11 | 15:5,6,14 49:1,2 | 134:5 |
| **earnings** 62:13 | **electronically** | 49:6,7 81:10,12 | **evaluations** |
| 75:12 139:19 | 3:21 | **enter** 173:2 | 127:6 |
| 142:6 | **eleventh** 166:21 | **entered** 48:22 | **eventually** |
| **easier** 20:17 | **email** 82:6 | **entering** 147:21 | 121:15 |
| **easiest** 5:14 | 174:13 | **entire** 67:15 | **everybody** 6:8 |
| **east** 2:10 | **emailed** 174:15 | 70:13 72:4,7,9 | 24:5 |
| **easter** 86:2 | **emergency** | 72:11 117:25 | **everything's** |
| **easy** 20:19 | 122:16,19 | 118:18 | 164:5 |
| **eat** 48:15 | **emigrated** 36:2 | **entirety** 16:5 | **eviction** 23:6 |
| **eats** 50:10,15 | 36:4 | 72:3 132:22 | **evidence** 115:15 |
| 51:12 52:6 | **employ** 40:12 | **entities** 26:14 | **exact** 7:25 36:20 |
| 54:20,24 55:2,6 | **employed** 35:15 | 54:13 58:24 | 39:8,9 61:5,7 |
| 55:8,12,16,20 | 35:18 44:3,10 | **entitled** 7:25 | 124:14,17 146:1 |
| 55:22,23 56:10 | **employee** 99:23 | 64:6 76:13 78:2 | **exactly** 7:23 |
| 57:11 58:22 | 100:4 143:5,16 | 78:8 | 80:22 95:18 |
| 59:5,5,9,11,24 | 172:14,15 | **equal** 157:23 | 105:20 110:20 |
| 60:3,7,10 72:18 | **employers** | 158:8 159:2 | 110:22 111:1,10 |
| 80:3 106:4,21 | 43:10 | **equinox** 23:12 | 111:24 114:5,9 |
| | | 23:12,21,23 | 120:11 122:24 |

126:1 146:12,14
**exam** 128:15
**examination** 5:6
143:1 148:14
156:1 162:8
**examined** 5:3
128:9,12
**example** 7:3
14:10 18:16
22:21 39:3
137:6
**excellent** 24:9
24:10
**exclusions**
103:10
**excuse** 58:3,4
67:20 92:11
140:2,2,3
**execute** 81:13
**executed** 82:17
103:22
**exhibit** 3:11,12
3:13,14,15,16
3:18,21 12:19
12:22 13:3
16:24 20:11
36:22 44:16
79:9,11,13,15
79:17,19,21,23
81:24 82:4 90:3
90:8,11 147:12
150:15
**exhibits** 3:10,21
**existence** 84:16
88:25

**exists** 86:1
**exit** 114:3,4,5,12
**exited** 48:20
49:24
**expect** 159:11
**expense** 67:18
68:3
**expenses** 66:25
67:14,23 68:10
71:20,25
**experienced**
124:2
**experiencing**
123:3 134:12
**expert** 155:7
**expires** 170:17
171:15
**explain** 32:13
33:3 66:10
75:12 78:12
**explaining**
44:11
**explicitly** 100:6
**express** 1:9 2:8
114:18,20,21,25
117:8 118:14
**extend** 102:24
**extra** 64:20,20
**extremely**
131:15
**extremities**
131:1 134:13
**extremity** 123:4
123:7 129:18

**eyebrow** 125:3
**eyebrows** 136:8

**f**

**face** 26:12
**fact** 42:10 72:8
98:24 114:11
139:22 152:17
155:9 159:8
**facts** 173:21
**factually** 101:15
**fails** 174:20
**fair** 6:4 26:17
112:17 157:9
168:7,14
**family** 16:15,17
**fan** 56:2
**fancy** 9:3
**far** 46:22 130:7
141:13
**fare** 111:5 112:9
**fast** 115:2
118:10
**father** 11:10,12
**fault** 33:20
145:12 165:13
**february** 16:21
16:25 17:2,9,11
80:23,24 84:14
105:21 107:5
145:25 146:6,11
160:23
**federal** 49:9
63:4 141:1
174:18,24

**feel** 51:5 52:15
53:7,13,25 58:1
101:16 119:2
120:8,14 121:20
121:25 122:15
129:21 131:5,13
131:16,19
132:12
**feeling** 131:12
131:14,20 132:5
132:6,7,10,13
**feelings** 131:1
**feet** 131:16
**felt** 53:17,21
54:4 91:15
101:12,13,17
102:3 106:10
110:6 120:8,16
120:16
**fifth** 162:2,12
**fight** 166:3
168:9
**figure** 58:13
65:5,25 94:1
131:7,9 162:5
164:1
**figures** 138:12
**file** 68:19 73:1
80:16 125:6
**filed** 21:22 22:5
61:1 62:24 63:4
63:7 80:6
140:11
**filled** 68:24

**filthy** 111:14
**financially** 172:17
**find** 65:13 76:13 85:25 88:3 101:6
**fine** 21:8 22:11 24:6 46:19 48:16 66:9 92:3 141:11 155:13 165:21
**finish** 5:22 19:4 42:9
**finished** 19:2
**fired** 44:4
**first** 5:3,13,16 5:19 7:3 11:7 13:2 16:23 17:14 25:18 28:10 56:18 61:4 80:20 107:4 110:14,21 117:20 122:21 162:11,17 167:4
**five** 35:25
**fix** 24:5
**fl** 174:14
**flavio** 27:7
**flight** 18:9,10,14
**florida** 1:1,20 2:5,11,18 9:20 12:5 16:9,12 20:8 21:23 35:13,18,20 36:2,4,14 37:17

37:23 59:15,15 59:18 83:11,18 86:5,11 97:7 99:14,17 100:18 101:22 104:17 105:14 107:21 109:16,22 113:5 144:19 148:3 150:6 152:8,11 152:13,25 153:13 159:1 160:8,22 161:12 163:1 170:3,6 170:16 171:2,14 172:3 174:18,24
**florida's** 51:18
**fly** 111:13
**follow** 155:25
**following** 4:1 20:13
**follows** 5:4
**food** 44:21,22 44:23 59:5
**foot** 129:23,25 130:4,4 131:20 131:20,21,24 132:5,6,8,23
**foreclosure** 23:6
**foregoing** 172:8 173:21
**foreign** 1:7,8,9
**forgot** 22:5 80:9
**form** 32:7,14,22 33:16,21 34:10 35:8 40:14,19

41:20 42:24 44:2 47:14 52:11,20 54:22 55:4 59:1,19 60:1 62:15 63:12,24 64:7 65:7 68:21 72:12 74:18 75:17 76:7 87:3 91:11 93:10 95:7,12 96:4,11 96:19 97:8,16 99:11 100:25 101:18,23 104:2 106:2,13,23 108:1,10,15 109:24 119:1 124:2,6 137:8 142:19 147:24 149:21 150:7 151:1,3 152:14 153:19 154:2,3 155:6,19,21 156:17,25 157:13 158:3,11 158:17,22 159:5 161:14 163:9
**formal** 18:15,15 19:8,9 75:20,23
**formation** 120:4
**formed** 138:11
**forms** 122:12
**fort** 2:11 111:21 112:3,9

**found** 86:2
**foundation** 115:16
**four** 19:1 125:19 135:5 162:11
**fourteen** 10:7
**fpr** 1:23 170:5 170:15 171:14 172:6,24
**fracture** 135:15 135:21
**fracture's** 135:20
**fractures** 135:23 136:1
**fraudulent** 138:17
**free** 51:5
**friday** 7:21
**friend** 49:13 124:15,20,21
**friend's** 27:2
**friends** 16:17 25:2 27:3,5 46:7 46:8,12,18,20 46:23 53:5 55:9 74:20 120:25
**front** 116:21 117:11,12,13,17 117:21,22,25
**fuel** 67:11
**full** 30:7,8 34:11 34:17 37:14 64:22 71:6,8,9

79:2 117:7
123:13 131:1
143:25
**fully** 167:25
**function** 129:18
133:9,21
**fundamental**
56:1 166:6
**funds** 77:14
**further** 93:6
102:21 103:8
142:22 168:15
172:13
**furthest** 114:24
**fusion** 135:5,7
**future** 126:8
129:11

**g**

**gables** 1:20 2:5
**gain** 149:9
**gaining** 145:16
145:22
**gears** 9:13 15:16
35:12 50:8
80:19 132:21
**geico** 76:18,24
**general** 7:2 91:7
109:25 146:23
158:15 160:2
**generally** 87:19
88:2 157:21,23
159:19
**generated** 80:2
**getting** 7:2
13:23 65:22

101:8
**girlfriend**
124:20
**give** 4:16 7:1,8
28:7 43:2 61:6
61:19 62:21
63:1,2 64:9
116:23,25
148:16 161:17
164:16
**given** 5:14 77:18
129:7 140:12
**gives** 112:15
128:5
**giving** 8:20
46:23
**glad** 26:13
**glitch** 9:18
**go** 5:17,17 6:22
21:3 29:8,23
32:3,17 38:19
38:19 39:23
42:9,18 43:6
56:6 60:22
61:25 65:6 66:2
66:12 70:18,19
70:24 71:20,21
75:7,11,13
78:10,13,14
85:7,18,25
87:19 88:9
89:18 92:20
94:21 100:9,11
100:12 106:7
108:19 112:23

112:24 121:13
128:6 131:10
133:3 137:11
138:2 141:11,17
148:16 156:3
159:24 163:17
165:24 166:23
167:16
**goes** 13:22 63:7
66:23
**going** 6:3,24,25
7:8 9:12 12:17
12:18,19 20:10
21:3 24:7 26:15
29:10,12,23
36:21 48:11
50:8,20,25 51:4
57:7 58:18
60:23 66:7
71:16 73:25
77:23,24 78:7
79:8 80:12
81:22,23 82:13
85:3,15 91:16
92:16 101:16
102:12 111:4
114:18,20
115:14,23 116:3
119:4 122:14
123:14 136:9
137:16,17
141:16 143:4,19
150:14 161:1
162:15 164:4,5
165:25 166:9

167:10,16,19
168:2,9,21
**good** 5:8,9 6:15
57:15,22 58:8
115:17 139:14
139:16,17
168:20
**goodbye** 93:15
**gotten** 140:22
140:23
**government**
63:4 64:13
**governments**
19:16
**gps** 112:6
**grabbed** 120:24
**graduate** 18:22
**great** 78:25
82:12
**gross** 77:25 78:6
**ground** 5:17,19
139:14,16,17
**guess** 32:11,11
35:11 44:4
61:18
**guilty** 51:1,4
**guyagos** 27:7
**guys** 76:19
**gyn** 136:11

**h**

**habit** 115:15,21
**half** 19:1 64:23
**hand** 4:3,14
48:24 85:10

handicap 25:20
25:20
happen 53:14
90:25 101:16
102:5,7 161:2
happened
120:25
happening
123:21
happens 32:14
69:9
harass 162:12
harassing 58:14
69:6 137:14
141:19
harness 119:16
head 6:10
heading 118:14
health 44:12
70:1,7 165:8
167:9
healthcare 40:7
41:11,17
hear 39:14
46:17 67:21
74:8 83:14,15
96:21 104:20,22
168:13
heard 122:3
hearing 17:6
held 36:13
hello 46:17
104:22
help 33:9 42:12
130:17,20

helped 13:13
15:1
helping 15:1,1,4
121:8
hereto 3:23
hh 170:16
171:15
hi 143:3
high 18:16
higher 64:16
highest 18:8,15
hip 131:21,22
131:23 132:8,22
135:15,16,19
hips 131:9
hire 40:12 98:9
history 60:24
140:6
hit 119:12 125:3
hold 42:4,4 57:6
76:16 93:9
101:8 107:10
115:7 130:12,14
holder 102:23
holding 140:13
hollow 120:16
120:17
hollywood 9:20
10:24 14:12
113:14 114:3,4
114:12 122:8
home 14:12
42:14 43:4
144:10

honda 27:19,23
28:1,18,19
29:24 30:3,6,18
30:19 35:2
160:5
honest 52:12
61:7 65:8
106:14 111:9
166:13
hood 117:22
hope 5:13 20:23
horvath 1:23
170:5,15 171:14
172:6,24
hospital 122:5,7
122:12 128:13
hour 8:1,5,6
29:10,13 36:16
43:13 48:12
110:25 112:1
hours 42:15,15
64:20,20 141:22
141:22 143:19
144:9 148:21
house 14:11,13
14:14,19,24
15:9,16,18,25
16:4 22:16
73:12,14 85:11
111:2
huge 26:5
hurt 42:13,14
136:2
husband 11:1,4
15:24

hustle 72:6

i

idea 7:1 13:25
identification
12:21 79:10,14
79:18,22 82:3
90:7
identified 21:4
22:3 44:16
45:24 56:10
63:19 75:15,16
80:15 113:10
125:19 126:17
127:9
identifies 84:9
identify 21:5
29:23 64:4
74:14
identifying
63:10
ignore 155:13
immediately
120:7 157:6
immigrated
17:25 19:10
impact 117:13
117:16,21 118:4
118:7,12,18,22
120:7 156:9,16
156:18,24 157:7
157:12
impermissible
141:21
implied 133:20

**implies** 96:15
**important** 6:6
53:24
**improper** 62:8
93:20 94:16
115:9 154:21
155:6,7 162:12
**improve** 133:20
**improvements**
129:17
**imputation** 69:3
**inaccuracy**
98:23,24
**inaccurate**
68:17,19,23
69:2,6 98:3,15
**incident** 132:15
**include** 30:9
67:14 68:1 69:1
75:25
**included** 68:13
68:16 70:22
92:24 136:21,24
147:12 148:3
152:24 153:14
**including** 31:3
82:21
**income** 33:6,14
63:17 64:17
65:17 73:8
74:15,25 75:9
75:12 76:5
77:14 80:1,2,6
137:15,24,24
138:5,7,15

140:7 142:18
**incorrect** 33:2
57:14
**incur** 33:8
**independent**
73:2 99:24
**independently**
100:22 101:5
**indicate** 146:19
**indicates** 66:15
**indicating** 58:23
**individual**
113:8,9
**inference** 77:7
**infinity** 30:4,6
30:16,25 34:24
**inflammation**
123:10
**information**
12:16 13:15
89:12,23,25
90:15
**informational**
102:22
**initial** 129:16
**injured** 124:25
**injuries** 32:2
123:18 134:14
134:17 154:18
155:5
**injury** 41:13
86:16 87:6
88:14 102:6,17
123:13,15,23
129:16 134:12

135:2 152:20
157:24 158:9
159:19,24
161:18
**inputs** 118:8
**inquire** 45:2
**insert** 133:13
**inserting** 93:11
**instance** 32:2
**instruct** 57:7,17
66:4 167:10
168:2
**instructed**
168:18
**instruction** 7:9
167:16
**insurance** 1:9
2:8 19:22 27:25
28:3,8,17,18,21
29:24 30:2,5
31:6,9,14 33:19
33:24 34:1,1,3,4
34:5,21,22
44:12 45:4,7
54:12,21 55:17
55:19 70:1,2,7,8
70:10,11 82:22
83:1,6,13,18,22
83:24 84:12
85:1 86:17
88:12,24 89:12
89:14,23,25
90:10,13,15,16
94:12 102:13
105:24,25 107:7

107:19 108:13
108:14,24
109:17,23 110:1
125:7 134:16
145:15,21 146:3
146:5,16,20
147:12,17 148:2
148:5,8 149:15
149:18 151:23
151:24 152:3,10
152:19 153:15
154:15 155:17
159:9,12 160:3
160:7,9 161:5
164:15 165:8
**insure** 160:4,11
**insured** 28:5,19
30:25
**insurer** 76:20
88:20
**insures** 160:10
**intellectual**
166:3
**intend** 68:19
**intentionally**
24:13
**interested**
105:23,25
172:18
**interior** 119:12
**internet** 45:22
45:23 84:18,20
97:17,21 102:20
160:25

**interpret** 4:5,11
20:21 49:1,6
69:17
**interpretation**
23:16 57:9
73:18 96:22
105:3 113:17
**interpreter** 1:17
2:22,23,24 3:7
4:7,8,18 5:20,22
6:8 8:2,2 9:17
9:17,19 12:11
12:11 13:23
20:21,24 21:10
21:15 23:15,18
23:19 24:2,2,3,9
26:18 27:21
40:3,3 47:21
48:21 49:3,11
49:16,19 54:14
54:15 61:10,12
61:12 69:16,16
69:18,18,19
71:10,10,21
73:20,20,21
78:21,21,25
79:3 84:2,3
91:25 92:1
95:25 96:1,20
96:24,24 98:19
98:20 103:2,3,4
103:18,19 104:4
104:5,7,19,19
104:23,24 105:4
105:7,7 107:12

113:19,19,20
116:11,12
119:18,19 127:1
127:1,13,13
130:1,1 133:1,1
143:8,9,12,12
145:17,18
150:20,21
151:20 153:7,8
163:17 171:7
**interrogatories**
3:11 12:20
16:20 17:8 22:4
43:7,15 44:1
56:7,20 57:2,4
58:6 74:6,11
75:14 125:20
146:19 164:18
**interrogatory**
20:12 43:8 50:9
59:16 74:17
104:13 105:10
136:22,22,25
**intervening**
22:6
**invades** 167:11
**invented** 126:5
**involved** 20:6
22:7 23:2,5
38:16 63:23
110:8,10 111:6
116:10,16 125:5
**ipolito** 11:23,24
12:2

**israel** 21:4,21
76:19 77:14,17
145:11 154:20
155:3 156:14
167:4,7 168:1
**israel's** 155:16
**issue** 22:17
41:22 137:18
140:20 147:16
155:9 163:21
165:23
**issued** 19:16
**issues** 123:3,6
130:25 134:11
135:4 138:13
162:14 166:15
167:12
**item** 67:17

**j**

**january** 3:17
15:20 17:17
80:23,24 82:2
83:12 84:14
105:20,21
145:25 146:2,6
146:11
**javier** 2:6 24:7
26:15 29:6
77:22 82:11
115:11 148:24
164:3 166:20
174:1
**jesus** 46:24,25
**joanne** 126:18

**job** 1:25 24:10
24:10 36:9
37:21,24 38:24
39:4,11,24
70:17,18 73:13
74:19 173:25
174:4
**join** 149:21
153:4,19 154:25
155:11
**joined** 78:18
**jokes** 148:24
**jones** 2:19 26:20
150:15 163:14
**judicial** 20:6
22:7
**july** 21:22 126:2
126:2,3,14
127:12
**jumping** 112:22
**june** 126:2,3,14
127:3,7,15,15
**jurus** 127:10,11
127:20
**jury** 3:18
154:23

**k**

**k** 2:12
**karina** 1:4,15
3:4 5:2 21:20
149:2 170:7
172:9 173:4
174:4,4,8,10,12
**kattan** 2:23
48:21,23 49:5,8

49:24

**keep** 82:13
85:15 99:21
109:4 115:23

**kidding** 148:20

**kind** 9:13,14
13:22 57:25
78:11 102:3,6,8
128:23 130:11

**kmm** 1:2 173:5

**knee** 131:23,23
131:24

**knees** 130:13,18
131:2,2,4,10,13
131:16

**knew** 50:4 158:6
158:9 163:5

**know** 6:1,18 9:6
20:17 21:1,14
22:14,15,16,17
22:18,19 26:8
27:1,3 31:14,15
31:16,25 32:1
33:7,8 34:4 43:1
43:4 44:10
45:15,17,21
46:3,13 48:10
48:11 52:13,17
52:22 53:11
55:13 57:19,20
57:23 58:15,15
58:16,18 61:16
63:25 64:1 65:8
65:9,10,24 67:8
68:12,18,25

75:3,18 76:22
77:2,23 78:9
91:15 98:9
101:17 102:2,6
102:7,9 106:19
106:24 110:1
113:13,24 114:4
115:12,21 116:2
119:13 120:11
120:25 122:13
122:13 124:17
129:22,23
132:11 134:19
135:25,25 137:4
137:14,19
138:20,24 140:8
140:20 144:23
145:4 147:2
148:23 156:23
157:10,21 160:7
162:10 163:10
163:22 164:14
164:19 165:12

**knowingly**
158:20

**knowledge**
155:20

**knows** 32:15
133:22 165:6

**l**

**l1** 123:25 135:11

**l2** 123:9,15,16
123:19,23 135:8
135:11,20

**l3** 135:11

**lack** 155:10

**lacks** 154:4

**land** 36:6

**lane** 114:14,19
114:20,21,24
116:25 117:7,25
118:13,14,18

**lanes** 114:21,25
117:8

**las** 2:10

**late** 164:15

**latest** 164:20

**lauderdale** 2:11
111:21 112:3,9

**law** 34:3,6 107:7
107:21 108:5,9
108:24 109:7,17
109:22 138:24
146:20 158:21
159:4

**lawsuit** 20:15
22:4,15 134:15

**lawyer** 94:8
138:20

**lawyers** 2:16

**lay** 40:16,22
41:5,23 154:22
155:8,9

**learn** 47:17,25
48:5 154:8

**leather** 9:7

**lebron** 126:18
126:19 127:6

**led** 154:13 155:5
156:23

**left** 111:2
114:24 117:5
118:8 120:2
127:6 128:13
130:4 131:22,24
132:3,21

**legal** 14:18 20:1
154:22 174:23

**legs** 121:20
122:1,15 129:22
130:12,13

**lender** 14:25

**length** 150:3

**leprechaun** 86:1

**letting** 57:19,20
57:23

**level** 14:1,6 18:8
18:15 41:13
123:15,19
133:21 135:5

**levels** 104:15
123:18 135:7,9

**lfl** 1:2 173:5

**liability** 30:12
32:4,20 33:1,4
45:7 86:17
88:13 95:11
102:18 152:18
152:25 153:15
159:2

**license** 19:13
25:19

| | | | m |
|---|---|---|---|
| licensed 19:22 | 144:21 | looked 55:15 | ma'am 21:19 |
| licenses 19:16 | live 9:23 10:1,15 | 89:22 | 32:10 33:3 34:8 |
| lien 163:20,23 | 10:20,23 17:14 | looking 29:5 | 34:13 35:4,6,12 |
| 163:24 164:21 | lived 10:8 15:19 | 103:15 | 41:9 42:3,9 |
| 164:23,24 165:2 | 17:9 30:20,23 | looks 16:9 65:21 | 45:21 46:3,15 |
| 165:2 167:8 | living 16:4,6,20 | lose 65:1,3 | 51:21 53:2 |
| lien's 164:8,10 | 16:24 17:11,12 | 131:12 | 54:10 55:11,25 |
| life 22:8 134:2,6 | 44:24 | losing 67:4,5,7 | 56:11,16,22,24 |
| lift 39:4,5 | llc 1:8 2:15 | 137:6 | 58:21 60:20 |
| light 154:24 | llm 138:21 | loss 26:3,5,11,14 | 62:11,18,25 |
| limit 30:12 | loading 38:21 | 62:18 63:18,19 | 63:9,16 66:12 |
| 102:17 | loans 125:14 | 64:4 67:24 | 67:13 68:4,8,14 |
| limitations 41:5 | 164:13 | 71:17 72:10 | 69:14,23 70:1 |
| 103:10 | location 1:20 | 75:8 80:15 83:3 | 71:19 73:13,25 |
| limited 131:6,6 | 37:18 38:12 | 138:1 152:1 | 74:1,12,14,24 |
| 131:14,14,16,22 | lock 130:18 | losses 67:6 | 75:8,24 76:2,15 |
| 132:9,10 | locka 37:18 | 137:23 139:21 | 77:13 79:25 |
| limits 51:9 | log 110:13,18 | 154:10 | 81:22 84:7,19 |
| 55:17 100:17,18 | logged 153:25 | lost 26:1,9 63:11 | 85:6,18 86:3 |
| 100:24 105:12 | logic 109:5 | 63:23 64:5 | 87:12,25 88:22 |
| 113:4 159:2,24 | long 7:22 11:1 | 66:22,25 137:1 | 89:4 90:14 91:2 |
| lina 2:24 78:18 | 15:19 23:13,23 | lot 19:5 37:25 | 91:19,22 92:10 |
| 78:19 79:3 | 35:23 40:15,16 | 39:2 54:4 116:7 | 92:17 93:8 94:3 |
| lina's 79:2 | 40:21,22,23 | 122:22 123:9,20 | 94:15,21 96:14 |
| line 62:19 63:17 | 41:23 42:13 | loud 6:9 | 97:3,23 98:3 |
| 65:17,18,22,23 | 47:1 78:23 | low 33:6,14 | 99:13 100:10,13 |
| 67:17 173:6 | 110:23 111:1 | lower 123:4,7 | 101:21 104:11 |
| list 43:9 56:8 | 121:24 | 129:18 130:25 | 105:10,15,18,24 |
| listed 44:15 | look 27:1 28:20 | 131:10 134:13 | 106:7,17,19 |
| 62:18 102:25 | 29:1,4,8,23 | lucie 170:4 | 107:3,15,23 |
| 103:9 147:17,18 | 50:18 54:11,20 | 171:3 172:4 | 108:6,21 109:5 |
| literally 75:4 | 55:16,19 65:25 | luck 57:15,22 | 109:9,15 110:7 |
| 88:2 | 70:24 73:4 | 58:8 115:17 | 113:24 115:2 |
| little 14:4,4,5 | 75:11 89:12 | | 116:2 117:3 |
| 129:19 131:6 | 101:6 | | |

121:14 141:15
142:4 155:14
156:3,5,9,12,21
157:4 158:6,20
159:4,13,25
160:13 161:3,9
161:20 162:21
163:1
**made** 25:12
41:15,17,21
56:22 59:16
64:16,25 66:24
92:25 95:20,22
96:6 104:18
105:16 113:6
121:2 122:12
125:10 149:10
154:14
**mahogany** 9:8
**maintain** 83:1
151:24
**maintained** 83:6
152:4
**maintains**
151:22 152:18
**make** 5:21 6:14
9:19 13:24 21:6
25:4,8 32:17
39:18 50:23
52:24 53:13
58:16 64:11
65:1,3 75:5 89:4
89:6 99:25
100:2,11 112:23
118:7 128:19,25

135:2 146:16
151:12 162:7
168:11
**making** 36:16
41:16 43:12
52:5 65:21
137:5
**management**
167:13
**managing** 128:2
**mandatory**
33:20
**manner** 155:4
**map** 129:21
**march** 1:18
36:25 37:1,2,2
170:8,10 171:9
171:10 172:19
173:4 174:3
**marie** 126:18
**mark** 12:17,18
81:23 90:2
**marked** 3:17,22
12:21 20:11
36:22 79:10,14
79:18,22 82:3
90:7 116:21
**marking** 79:8
**marriage** 11:7,8
12:2
**married** 10:11
10:13 11:14,16
11:19,22,24
**marrying** 11:17
11:20

**marykay** 1:23
170:5,15 171:14
172:6,24
**matched** 112:8
113:8
**math** 17:25,25
**matter** 20:15
42:10 118:19
**mean** 22:17
38:6,8,11 39:7
41:22 43:1
46:20,21 63:2
63:15 69:2
74:20 75:18
76:10,11 80:11
87:4 91:12
101:24 108:12
111:1 112:13
115:19 116:22
120:11,12,13,16
120:21 121:9
130:11 132:16
134:19 135:20
147:4 159:8
**means** 22:19
**meat** 141:23,25
**mechanics**
13:17
**medicaid** 165:7
**medical** 33:8
41:8 42:18
88:14 129:4
135:1 144:21,24
163:15 164:22

**medically** 138:8
**medicare** 165:7
**medicine** 19:19
42:17
**medula** 123:9
**meeting** 48:20
48:22 49:23,24
78:18
**member** 94:8
**memorial** 122:8
**mention** 84:15
**mentioned**
135:8
**met** 73:15
**miami** 59:6,7,14
111:25 112:4
113:15
**michael** 21:21
76:19 154:20
155:3
**middle** 119:3
**military** 2:17
**million** 86:14,15
95:10 96:16
97:5 100:19,24
101:7,22,25
102:1,5,10,16
147:5,6,7,9
149:17 152:19
161:17
**mind** 78:3
**mine** 13:4 49:14
**minimum** 20:2
99:15 138:13
161:21

minute   48:14
minutes   22:6
  29:8
mischaracteri...
  149:19 153:2,18
mischaracteri...
  151:15
mischaracteri...
  151:11
misheard   73:21
mislead   57:14
misleading
  138:17
misrepresenta...
  98:16
missed   26:8,20
  61:20
missing   140:25
mission   142:1
misspoke
  135:17
mistake   92:25
misunderstan...
  32:18
misunderstood
  33:2
modifications
  25:4,9,12
modify   102:24
moment   84:3
moments   34:9
monasterio   1:4
  1:15 3:4 5:2
  9:12 10:5 21:21
  29:22 50:3 79:6

92:5 134:25
143:3,15 148:8
158:16 166:25
170:7 172:9
173:3,4 174:4,4
174:8,10,12
money   61:3
65:1,1,3,3,21
67:7 76:2,12,15
89:6 139:18,22
162:23 166:2,4
166:7
month   23:24
24:18,20,25
25:14 27:9
months   43:21
43:25 105:22
140:9
morgan   2:9
morganakins....
2:12
morning   5:8,9
5:11
motion   115:22
137:17
motor   155:3
motorist   30:16
31:17,22 32:21
33:5,13 34:7,19
35:1 45:11,19
45:25 46:5,10
47:3,18 48:1,6
50:5 52:8 84:17
85:21 86:4,9,20
86:25 87:21

88:15 90:20
91:24 92:7
95:16,24 96:7
96:17 97:6
98:17 99:1,16
100:16 106:9
107:9,20 109:2
149:6 150:6
152:8,23 153:13
153:24 154:10
157:22 158:8
159:1,23 160:15
161:11,22
motorists   51:25
move   16:12,15
17:16 22:9,11
22:13 54:7
57:24 60:17
62:5,6 66:3
84:23 87:17
93:16 95:8
107:1 108:16,17
109:12,13 115:4
121:10 129:1,23
129:24,24 130:3
130:3 159:15
moved   15:20,20
16:9 17:12
35:13,18 36:14
37:17,23 59:18
123:22 128:21
moves   128:25
mri   124:6,9,12
125:1

multiple   55:18
94:18 156:21

## n

n   3:1
name   5:10 10:3
26:24 27:4,5
28:14,23 30:2
46:24 79:2
111:11,17
121:21 122:15
145:12 164:15
names   43:9
46:16,19,22
native   13:25
navas   2:22 4:10
48:20 171:7
necessary
168:19
need   6:18 42:6
47:21 49:13
56:3,12 78:9
113:20 129:10
138:23 141:5
164:19 166:11
166:21 167:18
needed   52:9
100:23 106:10
106:11 122:18
163:3,7
needs   9:17
127:1,13 130:1
133:2
negative   66:18
negligence
154:20

[negotiations - old]                                           Page 199

negotiations
  167:22
neither  150:3
net  77:21,24
network  149:4
neurofit  127:24
neurologist
  133:24 134:9
never  57:3 59:7
  68:9 86:23
  105:25 140:19
  154:24 156:5,9
new  25:24 40:18
nicer  26:13
nicknames
  46:23
nine  90:11
nod  6:10
nohemy  2:23
  48:21 49:5
nonanswer
  22:12
nonresponsive
  54:8 108:16
normal  131:15
  132:6,7,10,13
  157:2,4
normally
  132:11 152:24
notary  170:6,16
  171:14
note  3:21 53:3
  174:10
noted  100:17

notes  80:12
  130:8 148:17
  172:12
notice  83:7
  152:4
novas  49:23
november  43:12
number  39:8
  64:16 66:16
  114:5 139:9
  167:5
numbers  65:20
  69:1
nurse  136:11
nursing  19:19

**o**

oath  3:7,7 56:22
  56:25 57:2
  59:17,23 170:1
  171:1
ob  136:11
obamacare
  165:9
object  23:16
  32:7,14 41:20
  59:19 62:15
  68:21 69:3
  73:17,18 93:9
  96:4 100:2
  113:16 137:13
  156:17
objection  21:9
  22:9 24:1 52:20
  53:3 60:17 62:5
  62:6 66:3 84:22

88:6 93:10
  149:19 151:12
  151:14,18 153:2
  153:17 154:2,21
  155:6,20 162:1
obligation  91:23
  94:24 141:1
obligations
  109:17 153:3
observation
  126:22
observe  78:22
observed  26:9
obtain  72:21
obtained  48:7
occasion  69:5
occur  7:20
  113:13,18 114:2
occurred  11:5
  80:1 110:24
  149:3
offer  115:20
offered  54:3
  107:6 108:23
  160:22
office  8:21 9:3,8
  42:11 68:3,4,6,9
  68:10 111:14
  128:10,13
offset  65:19
oh  17:4 28:20
  55:14 61:18
  66:2 71:20
  73:20 74:5
  103:5 121:21

139:15
okay  5:12,24
  6:2,5,11,16,19
  6:23 9:12 20:10
  21:15 22:2 26:7
  27:25 29:15
  35:12 38:15
  46:8,20 49:17
  52:3 54:6 55:25
  58:10 61:21
  66:21 69:8
  72:15 73:4,16
  73:25 75:4
  76:22,23 81:21
  85:14,16,24
  86:13 87:10
  88:9 91:19
  96:14 97:14
  98:7 107:15
  110:4,7 111:11
  121:2 126:13
  127:23 132:1
  136:20 137:11
  139:25 144:20
  146:13,16
  148:10 149:2,9
  149:22 150:9,14
  151:17 152:22
  157:20 158:20
  161:20 163:25
  164:25 165:11
  169:3
olas  2:10
old  10:6 18:2,3
  24:21

**omission** 141:7
**once** 11:21
18:11 36:14
37:22 89:9
121:17
**one's** 106:24
**ones** 47:2 55:9
97:10
**online** 85:23,24
85:25 86:3,23
87:4,15 89:21
95:22 97:11
101:24,24,25
102:9,12 113:1
147:5,8,10
160:25
**opa** 37:18
**operate** 25:5
81:4 122:22,24
**operated** 128:5
**operating** 45:4
47:20 51:11
67:3 72:22
83:19 87:1 97:7
106:20 155:3
156:14
**operation**
125:21,21
**opinion** 24:12
155:7
**opinions** 94:11
**opportunity**
117:1 118:20
**opposed** 6:9

**option** 41:25
**order** 25:5,18
28:7,12 39:4
42:10 52:9
57:24 106:11,12
128:23,23,24,24
130:16 137:18
161:24 163:4
168:21 169:2
**ordering** 174:15
**orders** 128:5
**orlando** 10:16
10:21
**outlines** 83:23
**outside** 121:7
**outstanding**
144:24 145:1
163:21,24 167:8
**overall** 128:3
**overtime** 64:22
**owe** 145:2,4
**own** 23:9,11
25:2 27:9,11,15
27:17 30:11
32:1 42:22
70:11 93:12,21
108:13 115:15
133:13
**owned** 23:13
24:16,24 30:22
**owning** 67:14

**p**

**p.a.** 2:4
**p.m.** 1:19 48:18
48:19 49:21,22

78:16,17 85:13
104:8,9 134:22
134:23 169:5
**p2p** 88:11
152:11
**paa** 83:5 103:23
147:21 150:10
150:12,14 152:2
**pack** 38:8,18
**packages** 38:19
38:21
**packing** 36:11
36:12 37:20,22
38:2,4,7,8
**page** 3:3,10
12:25 13:3
90:11,12 160:25
161:3 173:6
**pages** 12:24
172:10
**paid** 64:23
67:13 78:5,6
145:6,8 163:16
163:20,23 164:2
164:9,11,21,23
167:25
**paint** 28:10
**painting** 25:10
25:11
**pandemic** 49:12
**paragraph**
82:24 83:23
100:14 107:11
**paramedic**
120:22

**paramedics**
121:4,6,19
**pardon** 143:11
**part** 37:15,16
64:21 116:19,20
117:14 119:11
119:12 140:9
147:13 160:14
**particular**
39:23 40:20
41:2,6 82:24
112:9
**parties** 20:20
30:10,13 31:24
172:15,16
174:15
**partner** 80:21
81:2 82:1 83:20
84:15 87:1 97:7
99:14,22 100:1
107:16
**party** 19:25
20:1,14
**pass** 28:11
**passenger** 111:6
111:12,17
**passengers** 59:6
59:13,14 111:5
111:8
**past** 22:18
**pat** 9:2 26:15
36:5 42:4 49:18
50:20 56:14
57:20 82:5 85:7
99:25 150:10

151:13
**patrick** 2:12
5:10
**pause** 85:9
**pay** 43:10 44:9
56:9 155:17
166:8
**payday** 164:12
**paying** 55:23
68:9
**payment** 44:7
72:3
**payments** 88:14
146:17
**pdahl** 2:12
**pelvis** 135:19
**penalties** 173:21
**pending** 6:21
56:14 165:17
**people** 15:12
25:19 33:6,15
41:12 46:13
73:19,23 74:15
74:21,24 81:25
85:25 121:3
**percent** 9:9,10
74:25 132:12,13
**perfect** 29:18
**perform** 125:22
**performed**
125:21 128:15
**period** 41:2
50:11 51:10
58:24 60:3,8,14

**periods** 40:15
40:16,21,22,23
41:6,23 42:13
**perjury** 173:21
**permission**
76:24
**permit** 41:24
**person** 33:24,25
34:5 68:24
73:15,19 156:18
**personal** 88:12
88:14 137:23
155:16,20
**personally** 14:6
67:18
**phone** 28:21,24
29:5 101:9
120:22,24 128:7
**phrase** 122:3
**phrased** 156:14
**physiatrist**
134:1,5
**physical** 37:21
38:24 39:2
40:13 127:23
130:17,20
134:17
**physically** 38:20
**physician** 128:1
**physician's**
128:9,11
**physicians**
39:25 129:7
133:19

**pick** 85:11 89:6
144:12
**picked** 111:5,8
**picking** 111:6
111:20
**pierce** 9:20
**pip** 33:20
**place** 28:15
84:22 128:20
130:19 133:16
**placed** 3:22 28:4
40:25 41:4
**places** 60:24
140:7
**placing** 42:22
**plaintiff** 1:5 2:3
3:10 12:21
20:14,16 79:10
79:14,18,22
82:3 90:7 99:23
**plaintiff's** 3:11
12:19,20
**plan** 165:7,10
**planner** 134:2,6
**planning** 25:16
111:22 112:2
**plans** 126:7
**platform** 1:21
3:16 81:24
82:20 88:23
140:7
**please** 4:2,13
5:21 6:1,18,21
11:18 17:6
20:13 26:19

27:13 39:14
48:4,23 49:15
58:4 67:21 70:5
74:9 77:6 79:2
89:16 117:18
124:7 129:20
139:12 156:7
174:12
**pllc** 2:9
**plural** 73:19
**plus** 130:20
**point** 45:10
117:20 118:12
119:4 130:9
133:20 146:11
156:22
**poles** 117:25
**policies** 102:25
103:9,11,16,24
**policy** 30:16
34:23 51:19
88:12 89:1
145:15,21 146:3
146:5,10 148:2
148:5 153:15,23
155:17 158:9
159:2
**political** 19:6
**pool** 166:2,4
**pop** 63:15
**portion** 26:21
76:18 119:16
150:22 167:7
**position** 36:9,13
37:14,15 40:20

40:21 154:12,13
157:5
**posted** 149:16
154:16
**potential** 125:14
**potentially**
26:12 138:13,17
**pounds** 39:6,8,9
**practitioner**
136:11
**precautions**
125:4
**predicate** 154:4
155:21
**predicated**
137:22 138:11
138:15
**predicating**
139:8
**premiums** 70:13
**preparation**
7:14 8:11,14
9:13
**prepare** 7:4,6
62:23 64:12
**prepares** 62:23
64:10
**present** 2:21 8:9
8:24 20:15
39:19,22 43:12
43:24 129:17
166:12
**pressure** 123:10
**pretty** 138:24
139:13 141:25

**prevent** 118:16
**previous** 31:10
**previously**
11:22 20:1,11
36:21 61:23
64:17 124:6
**primary** 152:18
**prior** 11:16
15:22 16:4
30:18 31:3
68:15 86:22
89:18 107:15
109:15 124:1,5
124:12 140:6
**private** 165:8
**privately** 78:3
**privilege** 167:12
**probably** 43:2
78:15 137:21
**problem** 41:21
49:16 78:23
105:1,2 124:3
**problematic**
65:16 77:23
**problems** 64:13
123:8,24
**procedure**
174:24,24
**procedures**
129:10 136:14
**proceeding** 3:22
20:1,2 23:6
**proceedings** 3:3
4:1 12:4,7 20:7
22:7 23:3

**proceeds** 125:14
145:9 167:14
168:1
**process** 10:17
16:2 28:14,14
40:17 49:11
**procured** 48:2
**produce** 61:16
**produced** 61:8
139:4,5 140:5
140:11 142:6
**professional**
19:15
**proffer** 115:15
**profit** 1:7,8,10
67:24 72:9
**profits** 80:15
**prognosis**
129:14
**progress** 123:11
**progressed**
130:9
**progressing**
132:18
**progressive** 1:9
2:8 92:6 113:6
149:16 150:3
153:23 154:8,15
160:3
**proof** 28:8
**proper** 93:22
115:22
**properly** 119:15
**property** 86:16
102:17 152:20

**protect** 153:24
**protected** 53:25
100:16 101:14
101:19
**protecting**
101:13,18
108:12 159:10
**protection** 54:3
69:10 88:14
102:3
**protective** 57:24
137:18
**provide** 45:12
83:2 147:22
149:5 151:25
154:9
**provided** 13:16
45:16,18 46:4,9
47:3,7,19 50:5
50:14 83:19
89:1 96:10,15
96:17 104:15
105:12 107:8
113:3 149:15
164:20
**provider** 41:11
**providers** 40:7
41:17 167:9
**provides** 82:25
102:21
**providing** 45:3
72:17 73:10
85:20 88:11
91:16 110:5
140:6

**province** 154:23
**provisions**
  82:21
**public** 170:6,16
  171:14
**pull** 100:12
  122:2 151:18
**pulled** 147:22
**punishment**
  29:12
**purchase** 14:19
  24:25 26:23
  27:9 70:2,8
**purchased**
  25:13,21,21
  26:24
**pure** 39:2
**purposes** 8:19
  99:20 102:22
**pursuant** 166:4
  167:23
**put** 18:4 59:10
  82:10 122:1,1
  131:8
**putting** 19:8
  77:11

**q**

**qualification**
  155:10
**question** 5:13
  5:22 6:1,3,21,22
  11:18 12:12
  13:2,16,22
  14:11 15:3,23
  17:5 20:18 21:1

21:7,11,13
23:20 26:19
27:13 31:20
32:8,15 34:16
35:5 39:13 40:4
47:22 48:4
52:21,23 53:2
54:15,22 56:4
56:13,16,17
57:8,18 58:12
58:14,19 59:20
60:25 61:17
66:5,6 67:21
68:22 69:20
70:5 73:13 77:5
77:12 80:11
84:7,8 89:16
90:14 91:2 92:2
92:17,18,19,20
92:21 93:10,17
93:18,23 94:21
96:2 97:2 98:2
99:18 104:25
105:15 106:8,25
108:19 109:19
110:16 111:4
113:17,21 115:8
116:12 117:18
119:19 124:7
142:4 143:9,13
144:7,23 145:18
150:22 151:4,9
153:9,12 155:2
156:7 157:25
158:1 159:25

160:17 162:2,21
163:19 166:10
166:21
**questioned**
  26:10
**questioning**
  57:25
**questions** 13:5,9
  13:10,19 88:19
  88:24 93:20
  142:23 143:4
  148:11,18
  155:23 159:21
  163:15 166:6
  168:15,17
**quick** 79:2
  143:4
**quickly** 156:4
**quoting** 142:5

**r**

**raise** 4:2,14
  48:24 88:24
**ramifications**
  138:2
**rasier** 1:8 2:15
  100:4,15 143:6
  143:17 146:17
**rates** 43:10 56:9
**rather** 20:22
  91:6 143:16
**rawlings** 163:24
  164:6,22 167:23
**ray** 128:18,19
**rays** 128:15

**read** 13:11 14:3
  14:7,21 15:7
  20:21 21:11,12
  26:21 83:16
  84:24 85:8
  93:14 95:13,15
  97:4 103:1
  109:22 145:15
  145:21 146:3,5
  146:10 147:5,7
  147:10 153:8
  162:18 168:20
  173:21 174:8
**reading** 65:15
  92:25
**ready** 28:10
**real** 15:10 79:2
  86:1
**realize** 60:4,15
**really** 26:3
  39:14 65:13,23
  78:2
**realtime** 1:24
**realtor** 14:25
**reason** 99:4,5
  174:10
**reasonable**
  50:25 155:4
  157:11 174:17
**reasonably**
  156:15,18
**reasons** 156:22
**recall** 7:23,24
  45:10,14 50:17
  51:15 61:5,7

68:2,7 72:13,13
80:22 105:20
110:20,25
111:19,24 115:3
115:8 118:10
126:1 145:7
146:1 160:17
**receipt**  174:17
**receive**  125:9
**received**  44:7
97:4 141:10
167:3
**recently**  36:19
**recognized**
26:14
**record**  6:15
26:12 29:19
48:18 49:21,25
62:9 78:4,9,11
78:13,14,16
85:13 99:21
104:8 134:21,22
165:20,24 166:1
166:10,11
172:12
**records**  16:5
107:5
**redirect**  3:6
156:1
**reduce**  83:5
138:7 152:3
**reduction**  64:6
**refer**  72:18
136:16

**reference**  8:16
**referenced**
174:6
**referred**  102:21
**referring**  70:21
97:15 99:21
**reflect**  142:18
**reflected**  165:3
**refusing**  154:9
**regain**  133:21
**regained**  150:25
**regard**  174:19
**regarding**  13:2
43:10 59:13
77:7 82:22
89:14,23 109:17
109:22 163:19
**regardless**  15:4
41:16 55:15
78:7 125:10
**registered**  28:13
146:15
**rehab**  126:20,23
127:7
**rehash**  161:4
**reject**  150:5,18
152:7,12
**rejected**  84:4
85:1 91:13,14
91:20,24 92:8
92:14,15,23
94:25 98:6,8,12
98:18 99:2,8
109:8 153:1,16
161:8

**rejection**  151:6
**rejoined**  49:23
**relate**  14:8
**related**  83:1
151:24
**relative**  172:14
172:15
**relied**  101:4
107:6,8 108:22
146:20 160:14
162:6,24 163:7
**rely**  15:10
153:22
**relying**  98:1
162:4
**remarks**  173:6
**remember**
28:23 30:14
34:15 36:20,25
39:7,9 46:24
52:13 53:8,9,9
53:11 82:9
106:5 110:22
111:9,10 114:8
114:9 118:6,21
118:22,25
124:14 136:18
136:19,19
146:11,14
150:10 158:1
**remote**  1:13,21
**remotely**  6:8
170:7 171:8
**removed**  121:15
121:17

**rent**  14:15
**repeat**  11:18
17:5 26:19
27:13 31:20
39:13 48:4
67:20 70:4
71:23 74:9
89:16 109:19
110:16 117:18
124:7 156:7
**repeated**  91:19
**repetition**  12:12
23:19 40:4
47:22 54:15
69:20 71:11
73:22 92:1 96:1
98:20 103:19
104:24 105:8
113:20,21
116:12 119:19
143:9,13 145:18
150:21 153:9
**repetitive**  6:14
**rephrase**  58:12
58:13 119:23
**reply**  73:22
**report**  172:8
**reported**  1:23
**reporter**  1:24
3:8 26:18 172:1
**representation**
104:18 105:16
160:14 163:6
**representations**
104:12 113:1

149:10
**representatives**
167:24
**represented**
16:25
**representing**
94:12
**request** 50:25
103:24 104:5
**requested** 26:21
39:11 61:24
128:16 172:11
**require** 15:12
138:14
**required** 37:21
81:2 83:2 92:13
92:22 93:6,12
93:13,22,22,25
94:5,7,11
100:18,24 101:6
107:7,21 108:5
108:8,24 109:1
109:7 146:20,25
149:5 151:25
157:23 158:10
161:24
**requirement**
39:5 101:22
109:23 147:1
**requirements**
38:24 39:3
160:8
**requires** 34:6
**requiring** 108:7

**reserving**
168:16
**residency** 17:20
**resident** 128:17
**resolution**
125:15
**resolve** 88:19
167:8
**resonance** 125:4
128:17
**respect** 14:11,12
15:18 26:23
28:17 31:6 36:8
39:10 60:23
125:13,18
136:20 167:15
168:7
**respectfully**
140:23
**responding** 66:7
**response** 57:1
125:19 146:21
157:25 159:21
163:14
**responses** 6:9
**responsibilities**
37:22
**responsibility**
34:2 38:23
88:19
**responsible**
38:20
**restart** 96:23
**restate** 97:2

**restrictions** 41:1
42:23 43:2
**restroom** 133:4
**result** 125:5
134:12 135:24
**resulted** 135:5
**return** 3:12,13
3:14,15 61:9,23
63:11,16 64:4
65:15 66:13
68:20 69:14
70:22,25 71:1
75:24 79:8,12
79:16,20 80:6
138:14 140:11
141:8 142:5,7
**returned** 174:16
**returns** 61:14
62:19,22 64:10
69:23,24 73:2
79:7 80:10,15
80:17
**reveals** 168:4
**review** 106:3
109:16 172:9
174:7
**reviewed** 8:12
54:25 97:4
**reviewing** 81:17
**ribs** 136:1,1,4
**rich** 9:8
**ride** 110:21
112:18
**rider** 110:11

**rides** 83:2 89:6
89:9 112:12,16
144:12 151:24
**rideshare** 144:5
**riding** 124:15
**right** 4:2,14
14:3 17:6 20:23
23:25 24:6
27:17 29:7,22
42:23 43:17
47:6 48:24
49:14 51:6
52:18 55:2
56:22 62:25
63:4 64:12
69:14,24 70:24
72:21 74:1,2,2,7
74:12 75:9,24
76:4 87:11 93:8
95:11 98:14
102:14 106:25
108:9 113:10
116:25 117:4,7
117:13,24 118:9
118:13,13,17
126:17 129:25
130:4 131:19
132:2,4 135:13
139:14 140:18
158:15 159:4,17
163:1,12 166:12
166:22 168:10
168:12,16,16
**rights** 102:23

**rivera** 2:22 4:7
4:10 48:20
49:23 171:7
**rivero** 10:4,4
11:13,14
**rmr** 1:23 170:5
170:15 171:14
172:6,24
**roberts** 2:4
**robertspa.com**
2:6 174:1
**roig** 2:16
**roiglawyers.c...**
2:19
**romer** 11:23
**room** 8:22,24
**route** 112:2,5
**routes** 112:12
**rule** 5:19,25
166:22 174:24
174:25
**rules** 5:17
174:18

**s**

**safe** 53:7,13
101:16
**safely** 115:3,10
**safer** 53:17,21
54:4
**safety** 125:4
**salary** 36:19
**san** 11:25 12:8
**santa** 86:1
**satisfied** 163:21

**satisfy** 166:5
**saw** 84:25 87:4
87:8,10 89:25
96:9 126:13
127:12,15 148:5
156:5,9
**saying** 57:3
59:17 94:4
100:1 109:4
133:16 146:2,5
146:9 162:4
**says** 17:11 51:19
56:8 57:10,11
62:18 66:16,22
72:16 73:4,7,12
84:18,20 85:3,8
87:4 97:24,25
98:10 101:24,24
101:25 102:9,16
103:8 105:17
160:21 161:23
162:23
**scene** 120:19
**schedule** 37:9
63:17,18 66:21
66:22,23 72:17
138:25
**scheduled**
126:10
**school** 18:16
41:8 42:18
**screen** 12:18
17:3 62:20 82:6
90:17 102:14
151:19

**screw** 51:1
**se** 74:19 75:21
**seatbelt** 119:9
119:15,24 120:4
**second** 5:25
57:6 69:5 78:11
85:10 93:9
110:21,21
148:16 157:12
164:16
**seconds** 85:12
118:20
**section** 84:13
102:18 151:10
151:15,22
152:10
**see** 28:20 55:16
62:19 63:20
80:12 82:6
95:22 116:9,15
122:24 123:11
126:7 127:15,18
128:7,19,22
129:2 148:2
151:15 154:24
156:15,22 157:6
157:19
**seeing** 118:16
127:23 136:16
**seek** 69:10
155:7
**seeking** 81:25
**seen** 86:23
90:15 125:24
126:14 127:11

127:20 128:10
129:4 134:5,9
136:10 138:20
139:1,2
**segregated**
166:8 167:8
**send** 82:5,11
**sensation**
131:11,14
**sent** 3:21 22:16
126:21
**separate** 10:20
10:21,23 72:21
72:24 73:1,2
80:16
**separated** 10:25
11:2,4 16:1
**separating**
10:18
**september**
12:10,14 128:14
128:14 129:3,5
164:21
**serious** 102:6,7
**served** 43:16
**service** 88:12
**services** 72:9,16
72:17 73:10
152:11
**set** 37:9 106:15
143:19 165:17
**setoff** 78:8
**settlement**
76:18 77:14,16
125:10 145:9

165:17 166:5
167:4,6,14
168:1
**seven** 43:21
90:4,5 148:20
**several** 34:9
114:8,11 120:25
**severe** 87:7
**sheet** 3:8 173:1
173:2 174:11,13
**shift** 37:9 38:5
**shifted** 128:21
**shoot** 24:21
**shoulder** 119:16
120:2
**shoulders** 6:10
**show** 9:6 16:23
20:10 36:21
73:25 81:22
87:15 96:14
97:3 131:3
153:8
**showing** 69:24
120:1
**shows** 16:19
98:11,12 142:6
**shrug** 6:10
**sic** 20:11
**side** 72:6,15
73:13 114:19
117:4,14 131:22
132:2,3,4
**sides** 131:18
**sign** 14:17 15:8
62:24 63:3 81:3

81:7,13 89:7
122:12 174:12
**signature** 12:25
13:3 170:14
171:13 172:23
173:23
**signed** 56:19
84:14 87:11,13
87:22,24 88:5
89:9,10 93:5
95:22 103:15
160:22 170:10
171:10 174:21
**signing** 88:22
107:15
**silence** 77:7
**simply** 52:22
68:23 91:2
157:5
**simultaneous**
57:21 58:2
139:10 140:1,15
166:19
**single** 96:14
97:3 102:16
**sir** 50:1 58:7,9
58:11
**sit** 32:19 34:18
40:15,22 41:1
41:23 42:12,14
78:22
**six** 17:3 43:25
**size** 53:18
**slightly** 113:25

**slowly** 132:19
**smaller** 65:23
**smells** 9:8
**smoothly** 5:17
**sole** 82:25
151:23
**solely** 51:22
**solutions** 174:23
**somebody** 78:24
87:5 92:19
130:20 133:16
**somewhat** 15:16
**sorry** 17:3,4,5
21:24 22:1
23:15 27:12,13
27:20 31:20
39:13 42:5 48:9
49:18 58:3
61:18,19 63:15
66:2 67:20
68:11 69:15
70:4 73:17,18
74:3,8 83:14
85:9,15 96:20
103:5 110:16
112:7 113:16
134:18 139:11
140:16 146:8
164:14
**sought** 81:1
**sound** 113:10
**sounds** 168:20
**source** 77:13
94:23

**sources** 64:15
64:17 74:15
76:5,12,14 80:1
137:25
**south** 2:17
**southbound**
113:13,24
118:14
**southern** 1:1
**spanish** 1:17 4:5
4:5,8,12,12 5:21
13:19,21 15:5
15:14 48:21
49:1,1,7,7 50:22
50:24 81:11
171:7
**speak** 7:14 14:2
151:5
**speaking** 7:13
93:17
**spears** 56:2
**special** 121:23
**specialized**
41:12
**specific** 83:3
113:25 117:14
152:1 162:6
**specifically**
13:15 20:12
34:13,15 37:20
38:4 45:24
55:20 83:4,22
84:8 85:22
87:14,16,23,25
88:7,10 90:21

98:25 105:16,23
107:19 108:22
108:25 113:12
119:14 151:6
152:2 153:1,16
160:4,9,11
**specify** 59:11
60:4,15 93:6
95:18
**speculation**
121:11
**speed** 116:2,5
**speeding** 116:4
**spend** 18:24
42:25 43:3,4
**spent** 67:24
**spinal** 41:13
134:12 135:4
**spine** 123:18,21
**split** 157:12
**spoke** 7:11
121:3
**sport** 27:19,23
28:1
**st** 170:4 171:3
172:4
**standard** 120:4
**standing** 139:13
139:16,17
**stands** 24:2,3
**start** 24:22
105:6 110:13
**started** 17:11,12
18:9,19 53:22
54:10,13 80:20

83:12 141:22
**starters** 94:9
**starting** 18:10
**state** 16:15
20:13,16 51:17
51:17,20,20,22
51:22 100:17
104:16,16
105:12,13
109:16 113:4,5
149:12 152:13
160:16,21,22
161:10,12,23
162:5,23 170:3
170:6,16 171:2
171:14 172:3
**stated** 100:15
104:14 105:11
113:3 163:5,6
173:22
**statement** 113:2
113:6 152:6
162:25
**statements**
56:25 57:1
154:14 166:16
**states** 1:1 16:6
17:13,14,16,21
18:1,5,11 19:10
20:7 30:20,23
151:22
**status** 17:20
165:12
**statute** 93:7,13
94:6,7,12

153:18 174:18
**steering** 118:8
**stenographer**
3:21 4:2,13,20
26:1,4 29:15
48:23 50:1 58:3
78:19 79:1,4
90:4 139:11
140:2,16 168:21
168:25
**stenographer's**
3:21
**stenographic**
172:12
**stenographica...**
1:23 172:8
**sticker** 3:22
**stipulate** 163:23
**stipulation**
164:3
**stipulations**
20:20
**stop** 140:17
**strange** 36:6
**streamline**
148:17
**street** 9:20
**strength** 130:14
133:9
**stretcher** 121:24
**stricken** 62:8
**strike** 7:17
10:22 14:22
15:22 16:22
20:18 22:10,12

33:1 35:13
36:23 39:16
45:16 52:4 54:7
56:17 60:18
62:6,6 66:3
70:20 71:23
72:8 73:10 75:7
84:23 87:17
89:19 90:10
91:4,21 93:1,2
95:8 97:24 98:1
101:4 106:18
107:17 108:16
108:17 109:12
109:13 115:4
117:14 121:10
129:8 130:7
136:22 142:15
159:15,20 167:5
**strikes** 19:5,6
**struck** 116:10
116:17 118:24
**studied** 18:18
18:19
**study** 42:17
**studying** 18:24
**stuff** 94:18
**subject** 103:9
168:16
**subsequent**
127:5
**subsidiary**
143:6,16
**sudden** 116:23
117:2

**suddenly**
105:24
**sued** 22:22,25
**suffered** 33:10
154:19
**sufficient** 125:1
155:17
**suggest** 17:8
86:24 105:10
130:8
**suggested**
104:14 111:3
133:19 174:16
**suggestion** 77:7
84:15
**suggests** 96:15
**suite** 2:10,17
**sum** 78:7 167:7
**sums** 125:9
**supplement**
141:3,5
**supplemented**
61:24
**supplementing**
141:6
**supplies** 70:21
**supposed** 56:21
56:25 57:2
108:8
**sure** 5:21 6:14
20:25 21:6
31:21 32:17
64:11 75:5
78:20 86:13
89:4 100:2,11

101:12,13
112:23 128:19
128:25 135:2
142:25 153:10
168:25
**surgery** 122:17
122:19 125:23
126:21 128:20
**surgical** 129:10
136:14
**sustained**
123:17
**swear** 4:4,15,19
48:25
**swell** 42:13
**switch** 35:12
**switching** 15:16
**swore** 59:23
77:1
**sworn** 4:11 5:3
49:6 57:4 170:8
171:8

**t**

**t12** 123:24
135:10,10,11,11
135:12
**t2** 123:24
**tags** 28:13
**take** 6:18,22
25:22 29:7
48:14 58:16
67:10 76:5
112:3,6 138:6
139:21 140:3

**taken** 1:17
28:15 121:6
122:5,7 125:13
139:19
**talk** 7:4 15:17
51:5 80:19
165:19
**talked** 144:21
150:2 161:6
**talking** 6:25
9:14 34:23 39:1
50:4 51:21,22
55:11 79:6
80:10 82:16
88:2 104:11
107:4 112:25
123:1 134:17
135:1 138:5
147:11 161:4
**tax** 3:12,13,14
3:15 61:8,14,22
62:19,22 63:10
63:16 64:4,10
65:15 66:13
68:19 69:14,23
69:24 70:22,24
71:1 72:22 73:2
75:24 79:6,8,12
79:16,20 80:6
80:10,15,17
138:2,14,20,21
138:24 141:8
142:5,7
**taxable** 62:13
137:15

**taxes** 61:1 62:1
62:1 139:20
**tear** 67:10,11
**technologies** 1:7
2:15 143:6
174:4
**tell** 32:19 34:18
46:13,22 47:6,9
47:13,15 52:18
59:24 61:21
65:9,10 79:1
91:23 92:7 93:1
94:24 95:3
119:11,14
122:18 123:6
163:10
**telling** 42:19,21
78:3 94:5
122:13,13
141:17
**ten** 29:8 56:9
74:16 124:20
**terms** 82:21
103:10 125:9
161:9
**terribly** 42:14
**test** 25:22
**testified** 5:4
143:25 146:3
**testimony** 4:15
68:22,23 69:4
108:7 146:24
147:15 156:8
174:8,17

**[tests - transcript]**                                          Page 210

tests   122:21
texas   11:25 12:5
  12:6,8 16:7,12
  16:16,18,21,24
  17:9,12,13
  19:12 20:3,8
  36:1,13 44:24
  45:2,13,19 46:1
  46:5,10,12 47:4
  47:20 48:3,7
  50:7,12,16
  51:12,17,23
  52:1,7 54:13,20
  55:17,24 57:4
  59:5,8,9,12,12
  64:21 71:5
  106:1,3,22
  136:10 144:17
thank   4:20
  26:15 29:6
  49:17 79:4 90:6
  93:14 104:7
  148:11,13 169:3
thanks   9:5
  29:18 51:7
therapist
  127:24 128:2
therapy   128:6
  128:23
thin   121:24
thing   6:20 21:4
  38:7 41:22
  51:18,18 64:19
  75:19 118:25
  121:25 134:16

162:15 165:16
things   6:25
  15:17 18:4,17
  33:11 38:1,6,14
  41:19 42:20,21
  70:15 121:7
  122:16 128:6,24
  129:22 136:10
  137:16 141:18
  142:2
think   7:25 17:6
  21:2 24:1,6,12
  26:1,20 29:11
  43:1 65:14,16
  76:16 78:1
  89:21 94:16
  99:22 100:5
  105:1,2 111:3
  115:4 138:12,17
  139:13,15,16
  141:7,19,25
  146:21 162:7,9
  163:13,19,21
  166:11,13
thinks   93:25
third   30:10,13
  31:24 69:9
thought   35:4
  91:8 92:24
  100:5 119:4
  121:9
thousand   167:3
three   42:15
  55:11 130:21

time   5:16 6:17
  7:25 8:3 9:9,10
  16:6 27:8 35:17
  37:14,15,16
  39:22 40:16,16
  40:21,22,23
  41:2,6,23 42:13
  42:15,25 43:3,4
  45:10 47:1
  53:10 58:4,24
  60:3 64:21,22
  64:23 69:9
  70:16 71:6,8
  83:7 87:1 88:22
  103:22,23
  110:14 111:7,18
  118:2,4,7 119:4
  121:14 123:1
  125:24 126:5
  127:19 129:3,16
  132:15 133:20
  138:22 139:12
  140:4,9 141:2
  142:23 143:25
  144:3,10 146:4
  152:4 157:5
  162:2,12,17
times   11:16,19
  94:18 114:8,11
  162:11
timing   18:4
title   36:10
tnc   107:4
  109:15,17,21

today   6:25 7:5,7
  34:18 56:25
  140:18 154:18
toes   129:25
  130:3,3
together   18:5
  58:22
told   13:21 40:7
  46:8 47:2,12
  53:6,12 55:9
  91:9 92:13,23
  95:10 99:7
  112:6 122:9,20
  122:25 123:8,17
  129:13 140:24
  149:11 151:10
tongue   13:25
  24:14
took   112:5
tools   121:23
top   64:22
  108:13
topic   7:2
total   70:12
totally   40:1
touch   136:2
towards   166:7
tps   17:22,23
traffic   114:14
  116:6 118:1,18
trail   2:17
training   2:24
  18:13 19:18
transcript
  162:19 168:22

172:10,11 173:2
174:6,20
**transcript's**
79:7
**transcripts**
174:14
**transfer**  28:12
**transfusion**
122:15
**translate**  50:22
81:19
**translated**
13:10 15:11
167:18
**translates**  50:24
**translating**  5:20
5:22 15:13
**transportation**
149:4
**transporting**
110:11 111:7
**travel**  126:5
**treated**  120:18
**treatment**  41:12
135:1 144:22
**trial**  3:18
**tried**  120:24
**trier**  155:9
**troubleshooting**
38:9
**truck**  71:19,25
**trucks**  38:10,17
38:21
**true**  4:16 21:25
56:21 172:11

173:22
**truly**  4:11 49:6
**trust**  166:16
167:14
**truth**  59:24
**try**  7:1 14:8
20:23 64:11,12
66:10 122:2
143:4
**trying**  6:13 18:4
24:5 34:15 65:2
65:5,13,15
77:22 94:1
100:6 131:3,7,8
155:7,8 162:5
164:1,3 168:11
**tuesday**  1:18
168:25
**turned**  84:5
85:1
**two**  30:24 31:2
31:3,3,5,11
42:15 54:13
55:6,6 58:24
60:8,15 105:22
114:20 116:15
127:21 137:15
140:9
**type**  23:11
27:11,17 30:5
52:15 72:19
87:6 100:3
121:24 126:18
**types**  83:23 84:9
88:25 130:21

**u**

**u**  18:25
**uber**  1:7 2:15
22:14,23 34:22
35:22 50:10,10
50:15,15 51:11
51:12 52:6,6
53:15,16,17
54:1,11,20,20
54:23 55:2,3,5,7
55:12,13,16,20
55:20,21,21,22
55:23,23 56:10
56:10 57:3,11
57:11 58:21,22
59:5,6,6,9,11,13
59:18,24,24
60:2,3,6,7,7,10
60:10,10 72:18
80:3,3,20,21
81:1,8 82:1,17
82:17 83:19
85:20 86:6,7,8
87:1 89:2,13,18
92:6 96:18 97:7
99:14,14,22,24
100:4,14,15
101:6 104:14
105:11,17,18
106:4,21 108:11
108:12,13
109:10 110:5,6
110:11 111:5
112:10,11,18
113:1,2 143:6

143:16 144:17
144:18,19
146:15 149:4,10
149:16,17 150:3
150:4,4,17
151:22 152:7,12
153:23,24 154:1
154:8,14,14,16
154:16 159:9,11
159:14 160:14
160:20,24,25
161:13,25 173:3
174:4
**uber's**  53:15
145:16,22 148:7
**uc**  18:20
**ui**  147:1
**uim**  50:14,21
147:1,1,22
148:3 149:11
150:18,24
152:12
**ultimate**  112:4
129:14 155:9
**um**  50:14,21
76:20 77:8
100:23 101:7
104:14 105:11
106:22 107:17
108:8 113:3
147:22 148:3
149:11 150:18
150:24 152:12
157:22

**unable**  104:20
139:23,23
**under**  30:16
45:16 55:19
56:22,25 57:2
59:17,23 72:16
83:22 88:25
102:17 107:21
108:12 126:22
133:23 153:3
158:9 159:20
161:24 166:21
173:21 174:18
**undergo**  125:1
129:10 136:13
**undergone**
124:6,9,12
**underinsured**
30:15 31:12,16
31:22 32:5,21
33:5,13 34:7,19
35:1 45:18,25
46:4,9 47:3,18
48:1,6 50:5,23
51:9,25 52:8
84:16 85:21
86:20,25 87:20
88:4,15 90:20
91:23 92:7
95:16,23 96:7
96:16 97:6
98:17 99:1,16
100:16 107:9,20
109:2 149:6
150:5 152:8,23

153:13,24 154:9
157:22 158:7
159:1,23 160:15
161:11,22
**underlying**
139:2
**underneath**
122:1
**undersigned**
171:6
**understand**  6:1
7:24 13:14 15:9
15:14 21:13
22:1,2 28:8,16
32:4,6,11,12
35:11 56:2
60:21 62:16
63:13 67:8
68:11 70:23
75:3 77:5 88:11
93:4 99:5,18,25
108:25 121:4
126:13 132:2,23
135:2,14 144:6
146:8,23 147:15
148:7 154:13
**understanding**
28:6 34:14
51:16 90:24
91:3,5,8 103:17
107:6,8,17,18
108:23 109:25
146:24 147:2
149:3,9,14
152:22 153:12

153:22 158:15
159:3,18 160:1
160:2 165:4
167:17,21 168:8
**understood**  6:4
16:3 21:6 56:20
90:23 157:21
159:18,22
160:13
**unemployable**
40:1,8
**uniform**  143:22
**uninsured**
30:15 31:12,16
31:22 32:5,21
33:5,13 34:7,19
35:1 45:11,16
45:18,25 46:4,9
47:3,18 48:1,6
50:5,23 51:9,25
52:8 84:16
85:20 86:4,9,20
86:25 87:20
88:3,15 90:20
91:23 92:7
95:16,23 96:7
96:16 97:6
98:17 99:1,16
100:16 106:9
107:9,20 109:1
149:5 150:5
152:7,23 153:13
153:23 154:9
157:22 158:7
159:1,20,23

160:15 161:11
161:22
**united**  1:1 16:6
17:13,14,16,21
18:1,5,11 19:10
20:7 30:20,23
**university**  18:16
18:18,20
**unnecessarily**
6:14
**unqualified**
154:22
**unreasonable**
157:11
**unreasonably**
156:15
**unspecifically**
90:22
**unsupported**
137:21
**unusual**  29:12
**updated**  3:16
**use**  29:9 52:5
70:18 80:21
81:1 89:5
121:22 130:9,22
130:23 133:3,8
144:15
**used**  25:24,25
69:1 70:10,15
72:9 143:7,17
144:17 174:20
**using**  50:6 51:11
54:10,19 80:20
81:18 82:17

130:24 140:8
143:20 144:4
**usually** 89:5
159:23
**utilize** 81:25
**utilized** 72:6
**utilizing** 50:10
52:10 55:18
96:18

**v**

**v** 173:3 174:4
**vadams** 2:19
**varied** 37:13
**varies** 37:24
**various** 82:21
**vary** 38:2
**varying** 100:17
104:15 105:12
113:4 149:12
160:16,21 161:9
161:23 162:5,23
**vehicle** 25:9
30:11 32:1
34:22 45:5
67:10,11 80:3
83:4 117:17,24
118:17,24 121:7
152:1 155:3
156:5,9,19
157:6
**vehicles** 30:19
31:13 116:16,20
118:11,13
**venezuela** 17:19
18:1,6,7,11,12

18:14,19,21
19:6 20:8
**veresa** 2:19
142:24
**verified** 101:5
101:11
**verify** 63:6
100:22,23
101:21 103:25
174:9
**veritext** 174:14
174:23
**veritext.com**
174:14
**versus** 21:21
160:10 165:7
**view** 9:2
**vs** 1:6

**w**

**w** 65:17 71:9
140:5 142:17,18
**wages** 62:2
66:15 73:5
137:1,24
**waist** 119:3
120:9,9 131:13
**wait** 69:15
123:10
**wake** 119:2,6
**walk** 123:14
134:20 137:17
139:24
**walker** 130:10
130:19,22

**want** 6:14 7:3
13:14,25 21:6
21:14 24:8
25:18 29:4
46:19 50:22
58:12 66:10
69:11 75:5
80:19 84:22
99:25 100:2,11
112:23 132:1,1
135:2 147:2
161:4 165:24
**wanted** 16:14
16:15,16 75:25
78:22 140:21,25
165:12
**wants** 42:7
**watching** 78:24
**way** 6:7 17:15
20:19 23:8 51:6
54:4 58:13 75:7
77:6,12 94:17
111:4 115:6
117:15 123:24
123:24 131:19
131:21 132:5,6
132:8,22 135:12
139:5,21 155:2
156:13,23
166:22 168:10
**ways** 138:2
**we've** 29:12
48:11 76:20
100:13 141:21
150:2

**wear** 67:10,11
119:25 143:22
**wearing** 119:9
119:15,22,24
**web** 160:25
161:3
**website** 86:7,8
105:17,19,23
146:4 149:16
154:14,16
**websites** 8:15
**wedding** 164:18
**week** 37:11
126:25 168:24
**weeks** 127:21
**went** 13:17
14:18 17:13,13
17:14 39:16
45:23 54:24
86:6 89:21
95:22 105:22
**when's** 36:24
**wife** 46:25
**wilfredo** 10:14
**witness** 4:18 7:9
20:22 57:7,9,17
58:14 104:20
120:1 137:14
141:20 154:22
155:8,10 162:13
167:11 168:3
173:23 174:20
**wondering**
68:16

[words - zoom]                                    Page 214

**words**  6:9 14:8
  87:20 88:3
  90:19 138:19
**work**  36:8 37:9
  38:24 40:19
  46:18 59:17
  60:2 64:21
  72:19 78:22,24
  120:4 132:1
  139:24 144:8,9
  168:5
**worked**  35:21
  36:11,24,25
  37:4 38:11
  43:20 53:5 57:3
  60:6,7,8,11,14
  60:25 64:22
  143:24
**working**  35:23
  36:1,12,17 37:8
  37:11,18 43:23
  43:25 51:23
  53:22 54:1
  58:21,23 64:18
  71:5,6 73:16
  76:11 80:2
  129:1 140:9
  144:3,16 149:6
  159:14
**works**  9:10
  57:11 120:5
**worried**  105:25
**worries**  165:14
**worry**  24:4

**wrapping**  136:9
**write**  72:6,10
  173:2
**writeoffs**  65:5
  65:22
**writing**  48:9,10
  65:4 138:1
**written**  6:15
  13:6
**wrong**  59:10
  65:14 122:9
  151:3
**wrote**  13:20
  58:5 59:11
  62:12

---

**x**

**x**  3:1 128:15,18
  128:19

---

**y**

**yeah**  32:13
  48:16 49:18
  59:4 77:1 78:1
  78:10 83:25
  93:2 98:21
  103:5,5 115:18
  120:13 121:24
  145:3 150:12
  164:7
**year**  11:3 21:25
  22:5 23:14
  24:17 58:24
  61:1 67:15 71:8
  72:4 74:1,3
  124:15,17 126:3

126:4 137:5,6
  142:5
**years**  18:2,3,24
  19:1 35:25 53:5
  55:18 56:9 60:8
  60:15 74:16
  124:20 137:1
**yeller**  24:21
**yep**  29:17

---

**z**

**zero**  76:5
  132:17
**zoom**  1:21,23
  2:1 48:22 172:9

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

```
                    VERITEXT LEGAL SOLUTIONS
          COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

    Veritext Legal Solutions represents that the
    foregoing transcript is a true, correct and complete
    transcript of the colloquies, questions and answers
    as submitted by the court reporter. Veritext Legal
    Solutions further represents that the attached
    exhibits, if any, are true, correct and complete
    documents as submitted by the court reporter and/or
    attorneys in relation to this deposition and that
    the documents were processed in accordance with
    our litigation support and production standards.

    Veritext Legal Solutions is committed to maintaining
    the confidentiality of client and witness information,
    in accordance with the regulations promulgated under
    the Health Insurance Portability and Accountability
    Act (HIPAA), as amended with respect to protected
    health information and the Gramm-Leach-Bliley Act, as
    amended, with respect to Personally Identifiable
    Information (PII). Physical transcripts and exhibits
    are managed under strict facility and personnel access
    controls. Electronic files of documents are stored
    in encrypted form and are transmitted in an encrypted
    fashion to authenticated parties who are permitted to
    access the material. Our data is hosted in a Tier 4
    SSAE 16 certified facility.

    Veritext Legal Solutions complies with all federal and
    State regulations with respect to the provision of
    court reporting services, and maintains its neutrality
    and independence regardless of relationship or the
    financial outcome of any litigation. Veritext requires
    adherence to the foregoing professional and ethical
    standards from all of its subcontractors in their
    independent contractor agreements.

    Inquiries about Veritext Legal Solutions'
    confidentiality and security policies and practices
    should be directed to Veritext's Client Services
    Associates indicated on the cover of this document or
    at www.veritext.com.
```