# EXHIBIT C

**CONFIDENTIAL**

**P2P SERVICES ONLY**

**CITY ADDENDUM**

**Florida**

Effective as of: January 1, 2022

You entered into an agreement with Rasier-DC, LLC for your use of certain software or other services. This is an addendum to that agreement and it sets forth additional terms and conditions that are applicable in the state of Florida. By clicking "I accept", you acknowledge that you have read and understand the below disclosures.

1. **INSURANCE COVERAGE.** Company maintains during the terms of this agreement insurance related to your provision of passenger Transportation Services with the following coverage and limits of liability:

    a. While logged onto the Uber application provided by Company and available to receive User requests, but prior to being matched with a User, Company maintains primary automobile liability insurance in the amount of $50,000 for death and bodily injury per person, $100,000 for death and bodily injury per incident and $25,000 for property damage. In addition, during this period Company maintains Personal Injury Protection coverage in amounts required by law.

    b. Beginning when a User request for transportation has been accepted within the Uber application and ending when the last requesting User departs from your vehicle, a trip is ended, or a trip is cancelled, whichever is later, Company maintains primary automobile liability insurance in the amount of $1,000,000 for death, bodily injury and property damage. In addition, during this period Company maintains Medical Payments coverage in the amount of $5,000 per insured. If a driver holds Comprehensive and Collision coverage on his/her personal auto policy, then Company also maintains coverage for physical damage to the vehicle with a $2,500 deductible.

2. **REQUIRED NOTICES.** Company is required by law to make you aware of, and you must acknowledge, the following statutory requirements in the state of Florida: Your own automobile insurance policy might not provide any coverage while you are logged on to the digital network or are engaged in a prearranged ride, depending on the terms of your own automobile insurance policy. The provision of rides for compensation which are not prearranged rides subjects you to the coverage requirements imposed under s. 324.032(1), Florida Statutes, and failure to meet such coverage requirements subjects you to penalties provided in s. 324.221, Florida Statutes, up to and including a misdemeanor of the second degree.

3. **YOUR INSURANCE.** Company may at any time verify or obtain proof of insurance and other policy information about your insurance, including from your insurance provider or other third parties.

**CONFIDENTIAL**