



# Amy Wagner

Experienced Finance, Insurance and Communications Executive

Miami, Florida, United States · **Contact Info**

917 followers · 500+ connections

See your mutual connections

Join to view profile     Message

**Lockton Companies**

**Florida International University - College of Business**

## About

A seasoned senior level executive with more than 30 years of proven performance in diverse disciplines; a strategic thought leader with excellent inter-personal, finance, insurance, communications and team building skills; and a high-level of initiative with strong internal and external customer focus.

# Activity

 Follow



**Looking back, it has been a jam-packed year. I am looking forward to our end-of-year break at Edge Case Research and enjoying the holidays as we…**

Liked by Amy Wagner



**Yesterday I got to present a poster highlighting my initial results for the first chunk of my PhD at #arvo2023! I am equal parts starstruck and…**

Liked by Amy Wagner



Was just reflecting on our fantastic strategy session today with the Edge Case Research leadership team and our awesome slate of Edge Case Risk…

Liked by Amy Wagner

Join now to see all activity

# Experience


**Senior Vice President, Sr. Account Executive**
Lockton Companies
Mar 2023 - Present · 1 year
Miami, FL / Atlanta, GA


**Advisory Board Member**
Edge Case Research
Aug 2022 - Present · 1 year 7 months


**Head of North America and Corporate Insurance**
Uber
Mar 2020 - May 2022 · 2 years 3 months
San Francisco, CA / Miami, FL, United States



**Vice President Finance and Insurance**
Ryder System, Inc.
Nov 2012 - Mar 2020 · 7 years 5 months
Miami/Fort Lauderdale Area



**Vice President, Finance & Investor Relations**
Brightstar
Apr 2011 - Jul 2012 · 1 year 4 months



**SVP, Global Communications & Investor Relations**
Burger King Corporation
Apr 2006 - Nov 2010 · 4 years 8 months

**Ryder System, Inc.**
1 year

**Vice President, Risk Management & Insurance Ops**
2003 - Apr 2006 · 3 years
Miami, FL

**Group Director, Investor Relations**
2001 - 2003 · 2 years
Miami, FL

**Senior Director, Global Financial Planning & Analysis**
2000 - 2001 · 1 year
Miami, FL

### Director, Financial Planning & Analysis
Ryder Supply Chain Solutions
1999 - 2000 · 1 year
Miami, FL

### Senior Manager, International Financial Planning & Acquisitions
Ryder System, Inc.
1997 - 1999 · 2 years
Miami, FL

### Manager, Market Planning & Analysis (Pricing)
Ryder Supply Chain Solutions
1994 - 1997 · 3 years
Miami, FL

### Various Sr. Financial Analyst Positions
Ryder System, Inc.
1990 - 1994 · 4 years
Miami, FL

## Education

### Florida International University - College of Business

MBA · Finance & International Business

1987 – 1989

Activities and Societies: Phi Sigma Sigma

### Florida International University

BA · Public Affairs

1983 – 1987

## More activity by Amy

**Ryder names new head of Investor Relations (IR) as industry and Ryder veteran, Bob Brunn, is retiring. Calene Candela, a 30-year Ryder veteran, will…**

Liked by Amy Wagner

Today was my last day working at Ryder System, Inc.. The past three years (and change) have been some of the most educational and rewarding years of…

Liked by Amy Wagner

As my time at Georgia Tech comes to an end, I wanted to take a moment to thank the people who got me through one of the most rewarding experiences of…

Liked by Amy Wagner

I cannot believe that I'm finally able to announce that I have accepted admission to University of South Florida for the Fall 2022 semester where I…

Liked by Amy Wagner

Honored and grateful! Risk & Insurance Thank you to my Lockton family who support me every day especially Christopher Healy Yasmin Haniff Blythe…

Liked by Amy Wagner

Dear #Uber : Yes, this is a love letter, well, more like a thank you note, but with a lot of love included. As I'm going back to the saddle after…

Liked by Amy Wagner

The oddest two years, doing the hardest job I ever loved the most because I have learned so much, committed to a valuable mission that is woven into…

Liked by Amy Wagner

On Zero Discrimination Day we celebrate the right of everyone to live a full and productive life—and live it with dignity. This day highlights how…

Liked by Amy Wagner

Ask what the gig workers want. We believe there's a better way.

Liked by Amy Wagner

Great teamwork to get this done. Special thanks to Diane Rodgers, Rafael Costa, Patricia Hildt and their teams for making it happen

Liked by Amy Wagner

Very exciting to reach this milestone with Uber for Business. Very proud of the Ryder and Uber teams working on this important solution.

Liked by Amy Wagner

Do you have a clear picture of what unlocking true potential looks like? Financial results are only a byproduct of what most leaders define as…

Liked by Amy Wagner

## View Amy's full profile

- See who you know in common
- Get introduced
- Contact Amy directly

Join to view full profile



## People also viewed

### Carlos Esnard, CPA, MBA

Finance Executive leveraging expertise in the Logistics & Transport, Testing Inspection and Certification (TIC), and Private Equity space to resolve operational challenges and implement best practices.

Miami-Fort Lauderdale Area



### Benjamin Lewis, CPCU

Greater Boston



### Liam Jones
EVP - Strategic Growth Officer at Mosaic Insurance
United Kingdom

 Connect

### Emily Fitts, CPCU
St Paul, MN

 Connect

### Calene Candela
Miami, FL

Connect

### Manuel Alvarez, CPA
VP Risk Management - Ryder System Inc.
Miami, FL

 Connect

### Daniel McHale
Vice President, Senior Account Executive
United States

 Connect

### Jacob Nelson
Director of Risk Engineering at Edge Case Research
Pittsburgh, PA

 Connect

### Lina Digilova
Atlanta Metropolitan Area

Connect

### Maximilian Schöffer
Director of Strategy & Business Development @ Edge Case Research
Munich

 Connect

Show more profiles



### Explore collaborative articles

We're unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.

Explore More

## Others named **Amy Wagner** in **United States**

**Amy Wagner**
Executive Vice President, Chief Human Resources Officer
Jacksonville, FL

**Amy Wagner**
Dayton Metropolitan Area

**Amy Wagner**
New York City Metropolitan Area

**Amy Wagner**
Lead Category Manager
Iowa City-Cedar Rapids Area

**Amy Leppin**
Wesley Chapel, FL

433 others named Amy Wagner in United States are on LinkedIn

See others named **Amy Wagner**

## Add new skills with these courses

Data, Economic Modeling, and Forecasting with Stata
49m

**Sales Forecasting**

49m

**Forecasting Using Financial Statements**

2h 5m

See all courses

© 2024

About

Accessibility

User Agreement

Privacy Policy

Your California Privacy Choices

Cookie Policy

Copyright Policy

Brand Policy

Guest Controls

Community Guidelines

Language