UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61354-CV-MIDDLEBROOKS

PROGRESSIVE EXPRESS
INSURANCE COMPANY,

    Plaintiff,

v.

RASIER-DC, LLC, UBER TECHNOLOGIES,
INC., and KARINA MONASTERIO,

    Defendants.

_____/

**FINAL JUDGMENT**

THIS CAUSE comes before the Court upon the Court's Order on Motion for Summary Judgment. (DE 52). Consistent with those Orders and pursuant to Federal Rule of Civil Procedure 58, final judgment is entered as set forth below.

It is hereby **ORDERED AND ADJUDGED** that:

1) Final Judgment is **ENTERED** in favor of Plaintiff Progressive Express Insurance Company and against Defendants Rasier-DC, LLC, Uber Technologies, Inc., and Karina Monasterio on all claims brought in Plaintiff's Amended Complaint. (DE 12).

2) Consistent with the Order on Summary Judgment (DE 53), Plaintiff's Claim for Declaratory Judgment is adjudged as follows:

    (a) Fla. Stat. § 627.748 does not mandate that Progressive Express Insurance Company provide uninsured and underinsured motor vehicle insurance coverage in the Transportation Network Company Commercial Auto Policy, Policy Number 06250110-8;

(b) Progressive Express Insurance Company complied with its obligation under Fla. Stat. § 627.727(2) to make available, as part of the application for the Transportation Network Company Commercial Auto Policy, Policy Number 06250110-8, uninsured and underinsured motor vehicle insurance coverage.

(c) Progressive Express Insurance Company's Transportation Network Company Commercial Auto Policy, Policy Number 06250110-8, does not provide underinsured and underinsured motor vehicle insurance coverage.

**SIGNED** in Chambers at West Palm Beach, Florida, this 27 day of March, 2024.

Donald M. Middlebrooks
United States District Judge

cc: Counsel of Record